UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND and SEA SHEPHERD CONSERVATION SOCIETY,<br><br>*Plaintiffs*<br><br>v.<br><br>WILBUR ROSS, UNITED STATES DEPARTMENT OF COMMERCE, CHRIS OLIVER, NATIONAL MARINE FISHERIES SERVICE, STEVEN MNUCHIN, UNITED STATES DEPARTMENT OF TREASURY, CHAD WOLF, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | **SUMMONS**<br><br>Civil Action No. 20-cv-00112 |

**TO**: The Above-Named Defendants

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court

| | |
|---|---|
| /s/ Brett Sommermeyer<br>Signature of Plaintiff's Attorney | Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney |
| 05/21/20<br>Date | Brett Sommermeyer<br>Sea Shepherd Legal<br>2226 Eastlake Avenue East, #108<br>Seattle, WA 98102<br>(206) 504-1600, ext. 2<br>brett@seashepherdlegal.org |