**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

|  |
|---|
| Plaintiff,<br><br>v.<br><br>Defendant. |

### **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for                , _____, in this action

       and for the parties indicated in the actions listed on the attached

       schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

_____.

Date: _____          _____
                                                         Attorney

                                                         _____
                                                             Firm

                                                         _____
                                                       Street Address

                                                         _____
                                                 City, State and Zip Code

                                                         _____
                                                    Telephone Number

                                                         _____
                                                      E-mail Address