**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

```
┌─────────────────────────────┐
│                             │
│              Plaintiff,     │
│  v.                         │
│                             │
│              Defendant.     │
│                             │
└─────────────────────────────┘
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for _____, _____, in this action

 and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: _____    _____
                                         Attorney

                                          _____
                                           Firm

                                          _____
                                       Street Address

                                          _____
                                    City, State and Zip Code

                                          _____
                                      Telephone Number

                                          _____
                                         E-mail Address