IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

|  |  |
|---|---|
| SEA SHEPHERD NEW ZELAND, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 20-00112 |
| ) | |
| UNITED STATES, *ET AL.*, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Stephen C. Tosini, hereby enters an appearance as the principal attorney of record for all defendants in this action and requests that all papers in connection with action be served at the address below.

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         JEANNE E. DAVIDSON
                                         Director

                                         /s/  PATRICIA M. McCARTHY
                                         Assistant Director

                                                /s/  STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 616-5196
stephen.tosini@usdoj.gov

May 29, 2020                                Attorneys for Defendant