IN THE UNITED STATES DISTRICT COURT OF INTERNATIONAL TRADE

SEA SHEPHERD NEW ZEALAND, et al.

        Plaintiffs,

v.

WILBUR ROSS, et al.,

        Defendants.

Civil Action No. 20-112

PROOF OF SERVICE

I, Catherine Pruett, declare as follows:

1. I am an attorney of record for Sea Shepherd New Zealand and Sea Shepherd Conservation Society (hereinafter "Plaintiffs) in this matter.

2. On May 29, 2020, I caused to be served on Defendants Wilbur Ross, the United States Department of Commerce (Commerce), Chris Oliver, the National Marine Fisheries Service (NMFS), Steven Mnuchin, the United States Department of the Treasury (Treasury), Chad Wolf, the United States Department of Homeland Security (DHS), and Steven Tosini (Attorney-In-Charge, United States Department of Justice) true and correct copies of the following documents in the above-captioned case: (1) the Complaint; (2) Exhibit A to the Complaint; (3) the Summons; (4) the Corporate Disclosure Statement for Sea Shepherd New Zealand; (5) the Corporate Disclosure Statement for Sea Shepherd Conservation Society;  and (6) the case Information Statement.

3. To effectuate service upon all Defendants, I retained the services of Same Day Process Service (SDPS).

4. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Wilbur Ross at the following address:

> The Honorable Wilbur L. Ross, Jr.
> Secretary of Commerce
> United States Department of Commerce

> 1401 Constitution Avenue
> Washington, DC 20230

*See* Affidavit of Process Server, submitted herewith as Exhibit A.

5. Finding the Commerce office closed to the public due to COVID-19, SDPS served Wilbur Ross at the same address via certified mail, return receipt requested. *See* Exhibit A.

6. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Commerce at the following address:

> United States Department of Commerce
> 1401 Constitution Avenue
> Washington, DC 20230

*See* Affidavit of Process Server, submitted herewith as Exhibit B.

7. Finding the Commerce office closed to the public due to COVID-19, SDPS served Commerce at the same address via certified mail, return receipt requested. *See* Exhibit B.

8. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Chris Oliver at the following address:

> Assistant Administrator Chris W. Oliver
> NOAA Fisheries
> 1315 East-West Highway
> Silver Spring, MD 20910

*See* Affidavit of Process Server, submitted herewith as Exhibit C.

9. Finding the NMFS office closed to the public due to COVID-19, SDPS served Chris Oliver at the same address via certified mail, return receipt requested. *See* Exhibit C.

10. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon NMFS at the following address:

> NOAA Fisheries
> 1315 East-West Highway
> Silver Spring, MD 20910

*See* Affidavit of Process Server, submitted herewith as Exhibit D.

11. Finding the NMFS office closed to the public due to COVID-19, SDPS served NMFS at the same address via certified mail, return receipt requested. *See* Exhibit D.

12. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Steven Mnuchin at the following address:

> The Honorable Steven T. Mnuchin
> Secretary of the Treasury
> United States Department of Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220

*See* Affidavit of Process Server, submitted herewith as Exhibit E.

13. Finding the Treasury office closed to the public due to COVID-19, SDPS served Steven Mnuchin at the same address via certified mail, return receipt requested. *See* Exhibit E.

14. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Treasury at the following address:

> United States Department of Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220

*See* Affidavit of Process Server, submitted herewith as Exhibit F.

15. Finding the Treasury office closed to the public due to COVID-19, SDPS served Treasury at the same address via certified mail, return receipt requested. *See* Exhibit F.

16. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon Chad Wolf at the following address:

> The Honorable Chad Wolf
> Secretary of Homeland Security
> United States Department of Homeland Security
> 245 Murray Lane, SW
> Washington, DC 20528

*See* Affidavit of Process Server, submitted herewith as Exhibit G.

17. Finding the DHS Office closed to the public due to COVID-19, SDPS served Chad Wolf at the same address via certified mail, return receipt requested. *See* Exhibit G.

18. On May 26, 2020, SDPS attempted in person service of the documents identified in ¶ 2 upon DHS at the following address:

> United States Department of Homeland Security
> 245 Murray Lane, SW
> Washington, DC 20528

*See* Affidavit of Process Server, submitted herewith as Exhibit H.

19. Finding the DHS office closed to the public due to COVID-19, SDPS served DHS at the same address via certified mail, return receipt requested. *See* Exhibit H.

20. Pursuant to Court of International Trade Rule 4(h), on May 29, 2020, SDPS served the Attorney-In-Charge by sending one copy of the documents identified in ¶ 2 via certified mail, return receipt requested to:

> Stephen C. Tosini
> Senior Trial Counsel
> Department of Justice Civil Division
> Commercial Litigation Branch
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044

*See* Affidavit of Process Server submitted herewith as Exhibit I.

21. Attached as Exhibit J are copies of the United States Postal Service Certified Mail Receipts evidencing completed service of process on all Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June 2020.

*[Signature]*