**EXHIBIT A**

# AFFIDAVIT OF PROCESS SERVER

## United States Court of International Trade

Sea Shepherd New Zealand, a New Zealand registered charity, et al

    Plaintiff(s),

VS.

Wilbur Ross, in his official capacity as Secretary of Commerce, et al

    Defendant(s).

Attorney: Brett Sommermeyer

Sea Shepherd Legal
2226 Eastlake Avenue East, #108
Seattle WA 98102



*254924*

Case Number: 20-cv-00112

Legal documents received by Same Day Process Service, Inc. on **05/22/2020** at **1:09 PM** to be served upon **Wilbur Ross, in his official capacity as Secretary of Commerce** at 1401 Constitution Ave., NW, Washington, DC 20230

I, **Michael Molash**, swear and affirm that on **May 29, 2020** at **4:54 PM**, I did the following:

Served **Wilbur Ross, in his official capacity as Secretary of Commerce** by delivering a conformed copy of the Summons;Information Statement; Complaint; Exhibit ) by Certified Mailing to : Wilbur Ross, in his official capacity as Secretary of Commerce at 1401 Constitution Ave., NW , Washington, DC 20230.

**Supplemental Data Appropriate to this Service:** On 05-29-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200151 to the address of: 1401 Constitution Ave., NW, Washington, DC 20230.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/26/2020-10:52 AM | 1401 Constitution Ave., NW Washington, DC 20230 | I arrived at the address and found the door to the agency to be locked. I knocked on the front door and was informed by a security guard they are not open to the public at this time. I was informed that court documents should be sent to the agency, via certified mail. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Molash
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **254924**



Harvey Jessup
Process Server

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____, ____

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024