**EXHIBIT C**

# AFFIDAVIT OF PROCESS SERVER

## United States Court of International Trade

Sea Shepherd New Zealand, a New Zealand registered charity, et al

    Plaintiff(s),

VS.

Wilbur Ross, in his official capacity as Secretary of Commerce, et al

    Defendant(s).

Attorney: Brett Sommermeyer

Sea Shepherd Legal
2226 Eastlake Avenue East, #108
Seattle WA 98102

*254927*

Case Number: 20-cv-00112

Legal documents received by Same Day Process Service, Inc. on **05/22/2020** at **1:20 PM** to be served upon **Chris Oliver, in his official capacity as Assistant Administrator of the National Marine Fisheries Service at 1315 East-West Hwy, Silver Spring, MD 20910**

I, **Michael Molash**, swear and affirm that on **May 29, 2020** at **4:54 PM**, I did the following:

Served **Chris Oliver, in his official capacity as Assistant Administrator of the National Marine Fisheries Service** by delivering a conformed copy of the **Summons; Information Statement; Complaint; Exhibit** by Certified Mailing to f Chris Oliver, in his official capacity as Assistant Administrator of the National Marine Fisheries Service at 1315 East-West Hwy, Silver Spring, MD 20910.

**Supplemental Data Appropriate to this Service:** On 05-29-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70142870000213490350 to the address of: 1315 East-West Hwy, Silver Spring, MD 20910.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/26/2020-2:00 PM | 1315 East-West Hwy Silver Spring, MD 20910 | I arrived at the address and found the building to be locked. A security guard explained they were currently closed to the public due to COVID-19 outbreak and did not know when they would reopen. No additional information was provided. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **254927**



**Harvey Jessup**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me this _____ day of _____, ____

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024