**EXHIBIT F**

## AFFIDAVIT OF PROCESS SERVER

### United States Court of International Trade

Sea Shepherd New Zealand, a New Zealand registered charity, et al

    Plaintiff(s),

vs.

Wilbur Ross, in his official capacity as Secretary of Commerce, et al

    Defendant(s).

Attorney: Brett Sommermeyer

Sea Shepherd Legal
2226 Eastlake Avenue East, #108
Seattle WA 98102

*254928*

Case Number: 20-cv-00112

Legal documents received by Same Day Process Service, Inc. on **05/22/2020** at **1:21 PM** to be served upon **United States Department of the Treasury, a United States government agency at 1500 Pennsylvania Ave., NW, Washington, DC 20220**.

I, **Michael Molash**, swear and affirm that on **May 29, 2020** at **4:54 PM**, I did the following:

Served **United States Department of the Treasury, a United States government agency** by delivering a conformed copy of the **Summons; Information Statement; Complaint; Exhibit** by Certified Mailing to **United States Department of the Treasury, a United States government agency at 1500 Pennsylvania Ave., NW, Washington, DC 20220**.

**Supplemental Data Appropriate to this Service:** On 05-29-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70142870000213490367 to the address of: 1500 Pennsylvania Ave., NW, Washington, DC 20220.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/26/2020-10:45 AM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | I arrived at the address and was informed by security that the building is closed due to the COVID-19 outbreak. I was informed that the agency is not accepting service in person at this time and did not know a date when that would be resuming. I was informed to send the court documents, via certified mail. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Molash
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **254928**

Harvey Jessup
Process Server

District of Columbia: SS
Subscribed and Sworn to before me this _____ day of _____, 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

