**EXHIBIT G**

# AFFIDAVIT OF PROCESS SERVER

## United States Court of International Trade

Sea Shepherd New Zealand, a New Zealand registered charity, et al

    Plaintiff(s),

vs.

Wilbur Ross, in his official capacity as Secretary of Commerce, et al

    Defendant(s).

Attorney: Brett Sommermeyer

Sea Shepherd Legal
2226 Eastlake Avenue East, #108
Seattle WA 98102

*254931*

Case Number: 20-cv-00112

Legal documents received by Same Day Process Service, Inc. on **05/22/2020** at **1:23 PM** to be served upon **Chad Wolf, in his official capacity as Acting Secretary of Homeland Security at Office of the General Counsel, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485**

I, **Michael Molash**, swear and affirm that on **May 29, 2020** at **4:54 PM**, I did the following:

Served **Chad Wolf, in his official capacity as Acting Secretary of Homeland Security** by delivering a conformed copy of the **Summons;Information Statement; Complaint; Exhibit** by Certified Mailing to Chad Wolf, in his official capacity as Acting Secretary of Homeland Security at Office of the General Counsel, 2707 Martin Luther King Jr. Ave., SE , Washington, DC 20528-0485.

Supplemental Data Appropriate to this Service: On 05-29-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200175 to the address of: 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/26/2020-3:09 PM | Office of the General Counsel, 3801 Nebraska Ave., NW Washington, DC 20016 | I reached out to the agency first by telephone, as per the agency's policy, and spoke with attorney Andrew Szilagyi at 202-447-3546 and was informed that the agency is not yet accepting service of process in person due to COVID-19 outbreak. Mr. Szilagyi further stated we can send court documents, via certified mail to the address of: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485. No additional information was provided. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Molash
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **254931**

Harvey Jessup
Process Server

District of Columbia: SS
Subscribed and Sworn to before me this _____ day of _____, 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024