**EXHIBIT I**

## AFFIDAVIT OF PROCESS SERVER

### United States Court of International Trade

Sea Shepherd New Zealand, a New Zealand registered charity, et al

    Plaintiff(s),

vs.

Wilbur Ross, in his official capacity as Secretary of Commerce, et al

    Defendant(s).

Attorney: Brett Sommermeyer

Sea Shepherd Legal
2226 Eastlake Avenue East, #108
Seattle WA 98102

*255858*

Case Number: 20-cv-00112

Legal documents received by Same Day Process Service, Inc. on **05/29/2020** at **2:32 PM** to be served upon **Stephen C. Tosini, Senior Trial Counsel** at Department of Justice Civil Division, Commercial Litigation Branch, PO Box 480, Ben Franklin Station, Washington, DC 20044

I, **Michael Molash**, swear and affirm that on **May 29, 2020** at **4:54 PM**, I did the following:

Served **Stephen C. Tosini, Senior Trial Counsel** by delivering a conformed copy of the **Summons;Information Statement; Complaint; Exhibit** by Certified Mailing to Stephen C. Tosini, Senior Trial Counsel at Department of Justice Civil Division, Commercial Litigation Branch, PO Box 480, Ben Franklin Station, Washington, DC 20044.

**Supplemental Data Appropriate to this Service:** On 05-29-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200182 to the address of: PO Box 480, Ben Franklin Station, Washington, DC 20044.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Michael Molash_
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 255058

District of Columbia: SS
Subscribed and Sworn to before me this ___ day of _____, 2020

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024