**EXHIBIT J**

Case 1:20-cv-00112-GSK   Document 9-10   Filed 06/03/20   Page 1 of 6

















