## UNITED STATES COURT OF INTERNATIONAL TRADE

SEA SHEPHERD NEW ZEALAND, et al.,

       Plaintiffs,

       v.

UNITED STATES, et al.,

       Defendants.

**Court No. 20-00112**

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Gary S. Katzmann.

          /s/ Timothy C. Stanceu
          Timothy C. Stanceu
          Chief Judge

DATED: June 3, 2020