**In the United States Court of International Trade**

| | |
|---|---|
| Sea Shepherd New Zealand et al., <br><br> Plaintiffs, <br><br> v. <br><br> Wilbur Ross et al., <br><br> Defendants | Civil Action No. 1:20-cv-00112-GSK <br><br> Before: Judge Gary S. Katzmann <br><br> **[Proposed] Order Granting Plaintiffs' Unopposed Motion to File First Amended Complaint** |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint, ECF No. 18, it is hereby **ORDERED** that:

1. Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint, ECF No. 18, is granted.

2. Plaintiffs First Amended Complaint, (ECF No. 18-1) is deemed filed..

Date: July 20, 2020

/S/   Gary S. Katzmann
Hon. Gary S. Katzmann
Judge of the Court of International Trade