IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND, et al., | Civil Action No. 1:20-cv-00112-GSK |
| Plaintiffs, | |
| v. | Before: Judge Gary S. Katzmann |
| WILBUR ROSS, et al., | **Order on Joint Stipulated Schedules** |
| Defendants, | |
| and | |
| NEW ZEALAND GOVERNMENT, | |
| Defendant-Intervenor. | |

**Order**

Having reviewed the parties' joint stipulated schedules in this matter, the Court hereby ORDERS the following briefing schedule:

| Action | Date |
|---|---|
| Sea Shepherd files renewed Motion for Preliminary Injunction | November 25, 2020 |
| Defendants and Defendant-Intervenor file responses to Plaintiffs' Motion for Preliminary Injunction | December 16, 2020 |
| Sea Shepherd files reply to Motion for Preliminary Injunction | January 6, 2021 |

The Court also ORDERS the following additional schedule:

| Action | Date |
|---|---|
| Sea Shepherd files Second Amended Complaint | November 20, 2020 |
| Defendants file administrative record for Plaintiffs' Second Claim for Relief | November 23, 2020 |

| Action | Date |
|---|---|
| Defendants and Defendant-Intervenor file response to Second Amended Complaint | January 20, 2021 |

Date: November 9, 2020

                                        /S/  Gary S. Katzmann
                                        Hon. Gary S. Katzmann
                                        Judge of the Court of International Trade