**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>WILBUR ROSS, et al.,<br><br>         Defendants,<br><br>   and<br><br>NEW ZEALAND GOVERNMENT,<br><br>        Defendant-Intervenor. | Civil Action No. 1:20-cv-00112-GSK<br><br>Before: Judge Gary S. Katzmann<br><br>**Declaration of Dr. Glenn Simmons in Support of Plaintiffs' Renewed Motion a for Preliminary Injunction** |

I, Dr. Glenn Simmons, hereby declare that the statements contained in this declaration are true and correct to the best of my knowledge. In the case of my opinions, I believe them also to be true. If called as a witness, I could and would testify competently to the statements contained herein.

**Credentials**

1.   I am recognized as a fisheries expert, having undertaken extensive socio-economic research on New Zealand's marine fisheries sector since 2008, primarily while studying and working as a research fellow at the University of Auckland.  I completed my Ph.D in International Business at the University of Auckland in 2014 and since 2019 have worked as a socio-economic fisheries consultant.

2.   My research undertaken in China, Iceland, Indonesia, Japan, New Zealand, Norway, Philippines, and Taiwan focuses on governance, innovation, sustainability, value creation, and trade in the seafood industry.  It has significantly contributed to the international

debate on labor standards, productivity, and sustainability of fisheries, and had a significant impact on policy, regulation and industry.

3.    Since 2010, I have authored and co-authored 8 journal articles, 3 book chapters, and 11 peer reviewed monographs and working papers published in leading international journals, and by internationally-recognized academic presses, reputable media, and universities. My research has been featured in over 270 media articles and documentaries - domestically and internationally.  I am often sought out by governments, NGOs, UN agencies, and universities for my expertise; e.g. keynote addresses, advising on fisheries policy, and for confidential briefings to senior officials, diplomats, and politicians.

### The Commercial Set Net and Trawl Fishery Overlap Māui Dolphin Habitat

4.    New Zealand's Exclusive Economic Zone (EEZ) is divided into 10 Fisheries Management Areas (FMAs) (see Figure 1).  The FMAs are administered by the Ministry for Primary Industries (MPI) since 2012 and before then by its predecessors (e.g. Ministry of Fisheries, Ministry of Agriculture and Fisheries). Under the Quota Management System (QMS), each of New Zealand's more than 640 fish stocks are defined by their own Quota Management Areas (QMA), which generally are the same as their corresponding FMAs. However, where the fish stock extends across more than one FMA, the QMA may be based on several, combined FMAs (e.g. the hoki [*Macruronus novaezelandiae*] fish stock [HOK1] covers FMAs 1 to 9; the snapper [Australasian snapper or silver seabream (*Pagrus auratus*)] fish stock [SNA8], covers FMAs 8 and 9).



**Figure 1:** New Zealand Fisheries Management Areas (FMAs).[1]

        5.    Multi-species fisheries are a key feature of New Zealand's FMAs. For example,

New Zealand's inshore trawl fisheries are complex, multi-species fisheries, harvesting a wide

range of inshore finfish species. The composition of the catch can vary considerably in space and

time. Another complicating factor of New Zealand's multi-species fisheries is that while certain

---

[1] FMAs are 1. AKE (Auckland East), 2. CEE (Central East), 3. SEC (Southeast Coast), 4. SOE (Southeast), 5. SOU (Southland), 6. SUB (Sub-Antarctic), 7. CHA (Challenger), 8. CEW (Central West), 9. AKW (Auckland West), and 10. KER (Kermadec).

species may be the "target" species in a particular fishery, a large number of non-target (bycatch) species are also retained for commercial trade. Using inshore trawling fisheries as a continued example, tarakihi is a major target of trawl fisheries at depths of 100–200 m, but tarakihi are taken as a bycatch at other depths as well. Another example is red gurnard, which is not only a major bycatch of inshore trawl fisheries in most areas of New Zealand but is also often taken by fishers targeting snapper and tarakihi around the North Island. These examples illustrate the complex and wide ranging (in terms of location and depth) nature of New Zealand's multi-species fisheries and highlight the difficulty of tracing where particular species are caught absent a robust fisheries traceability scheme, which issue I discuss in detail below.

6.      Of the 1,008 marine fish species found in the FMAs (Paulin, Stewart, Roberts, & McMillan, 1989), up to 397 species are commonly caught using non-selective bottom, midwater and surface fishing methods (McMillan, Francis, James, Paul, Marriott, Mackay, *et al.*, (2011a); McMillan, *et al.*, (2011b); McMillan, *et al.*, (2011c). Of these, 98 are commercially important and are targeted. But, commercial fishers fishing in multi-species fisheries, particularly those in FMAs 1, 2, 7, 8, and 9 using non-selective fishing methods (e.g. set nets (also known as gillnets), trawl nets, and purse seine), catch a wide range of bycatch. Inshore bottom trawl research surveys (to determine the types of species, their distribution, and relative abundance) have consistently caught between 120 and 165 species in each trawl (Anderson, Bagley, Hurst, Francis, Clark, McMillan (1998). The multi-species nature of New Zealand's fisheries further adds to the difficulty of associating particular species exported to the U.S. with Māui dolphin bycatch – an issue related to seafood traceability, which I discuss in detail in the next section below.

7.     Māui dolphins (*Cephalorhynchus hectori māui*) range in marine waters all around the North Island (FMAs 1, 2, 8, and 9), with the most numbers currently found on the west coast of the North Island (FMAs 8 and 9). They are prevalent in the area between the shore and 4 nautical miles (NM) of the shore, but are also present in areas beyond 4NM as far out as 67.2NM, although the full extent of their presence in these areas is unknown (Ministry of Fisheries (2011). In short, Māui dolphin distribution overlaps with the set-net and trawl fisheries. Given this overlap with commercial fisheries, Māui dolphins are caught as bycatch of the target species (e.g. mullet (*Mugil cephalus, Aldrichetta forsteri*)).

8.     The trawl fishery for jack mackerel (*Trachurus declivis*) (JMA7) in FMAs 7, 8, and 9, for example, has resulted in a substantial amount of marine mammal bycatch. The former Ministry of Fisheries (a predecessor to MPI) noted that trawl fishers on the west coast of the North Island occasionally caught other dolphin species but did not report any incidences of Māui dolphins caught in trawl nets in this area. The Māui dolphin habitat off the west coast of the North Island is immediately inshore of where this fishery operates. This fishery has almost certainly caught Māui dolphins, which may be one of the reasons for the currently relatively low numbers of Māui dolphins. Historically, there have not been any incentives for commercial fishers to report captures of Māui dolphins due to the nature of the QMS, which fosters perverse incentives in order to maximize profit (discussed below).

9.     In formulating my expert opinion herein, I relied in part on data collected from semi-structured interviews of commercial fishers, Ministry for Primary Industries compliance officers, government scientists, and fisheries observers.  One former FMA 7 and 8 fisherman stressed in an interview that *"No one wants to kill a dolphin, but if one is killed no-one will bring the hammer down on their livelihood by reporting it"*. He recalled catching three dolphins in

their trawl net on one trip. Of the three, they freed two and one drowned, which they dumped

into the sea: *"No incentive to report them at all, zero! If we had the Ministry would have*

*hammered us"*.  Another fisherman very recently confirmed that he was aware of half a dozen

dolphin deaths but only one was reported because an observer happened to be onboard in that

particular case. *"I've never heard of anyone voluntarily reporting a dolphin death. There's no*

*incentive to report. If we reported it wouldn't be a fair trial, we would just be a political football*

*with no rational discussion around it. We would just be at the mercy of whatever shitstorm*

*happens to come our way from societal and media pressure."*

10.     In consequence, the number of recorded fishing-related deaths is highly unlikely

to accurately reflect the actual total number of fishing-related deaths (Department of

Conservation and Fisheries New Zealand, 2019a).  In fact, the former Ministry of Fisheries also

confirmed that mortalities were most likely underestimated and, as such they: *"cannot determine*

*with certainty the extent of actual Maui's dolphin mortalities caused by fishing"* (Ministry of

Fisheries, 2007). With respect to trawling, MPI and the Department of Conservation (DoC)

admitted in 2012 that they "*cannot determine if the absence of reported mortalities necessarily*

*equates to the absence of trawl-related mortalities because monitoring of the [west coast North*

*Island] trawl fleet is low."* (Ministry of Fisheries, 2012). Nothing has changed to date.

11.     Significantly, MPI is well aware of the continuing problem posed by the cryptic

(not readily detectable) mortality of Māui dolphins.  For example, in a 2018 aquatic biodiversity

study, MPI observed that *"[i]t is widely accepted that incidental mortality in coastal fisheries,*

*notably set nets and to a lesser extent trawls, is the most significant threat to Hector's and Māui*

*dolphins."* (Ministry for Primary Industries, 2019).  Yet, MPI further acknowledged that DoC's

database provided a negatively biased picture of such incidental mortality.  As admitted by MPI:

"*The numbers reported in the DOC Incident database are not representative of the total magnitude or relative scale of incidental capture . . . because carcasses may not be reported by fishers, may not wash ashore, may not be recovered or may not show evidence of interaction with fishing gear. Carcass reporting is also likely to be correlated with proximity to major population centres and thoroughfares. The information in the incident data base . . . provides only a biased indication of incidental captures.*" (Ministry for Primary Industries, 2019). The same circumstances persist today — a fact confirmed by the public consultation document for the draft 2019 Threat Management Plan (2019 Draft TMP) for Hector's and Māui dolphins. In discussing monitoring of "fishing threats," the 2019 Draft TMP acknowledges that *"there remains a strong likelihood of under-reporting"* by fishers.

12.    As long acknowledged by MPI and its predecessors, fishing is regarded as the greatest threat of human-induced mortality for Māui dolphins because they are vulnerable to entanglement in fishing nets. In particular, set nets are not visible in the water and, according to the DoC, dolphins can easily get caught in them and drown: *"In the fisheries where most set-net deaths occur, a typical set-net is estimated to be 20 to 30 times more likely to capture or kill a dolphin than a single trawl*" (Department of Conservation and Fisheries New Zealand, 2019b). However, as trawl effort is significantly greater than set netting, the total bycatch from trawling is likely greater than that of the set net fishery. Moreover, as the operation of trawl nets is designed to herd fish into the mouth of the net, dolphins are not always able to escape.

13.    While New Zealand has put some area-based fishing restrictions in place since 2003, it has not gone far enough to protect Māui dolphins from extinction - a consequence of budgetary constraints and political lobbying by powerful quota owners in the fishing industry. Trawling for example, is permitted in many areas in the Māui habitat where set nets are

prohibited and despite trawling being a known risk to Māui dolphins, the areas where trawling is prohibited are much less extensive. Additionally, the recently introduced fishing-related mortality limit for Māui dolphins does not apply from Cape Egmont to Wellington, where set netting is banned.

14.    Figure 2, shows Māui dolphin sightings (blue dots) and trawl fishing effort (purple lines) in FMAs 1, 2, 7, 8, and 9, during 2009-2017. Where the start and end of a trawl was provided, these are plotted as a line. Where only a start point was provided, these are plotted as a dot. Areas where set nets (light green), or both set nets and trawling (dark green), are currently banned are obscured by fishing effort. Figure 2 illustrates the high density of trawling in the main Māui habitat as well as where Māui range. As reflected in the sightings data, Māui are known to go further offshore from their main habitat on the west coast of the North Island, particularly in the winter, and range throughout other suitable habitats elsewhere along North Island coasts. Māui dolphins prefer waters where prey availability is higher. In the summer, their densities are highest in locations closest to shore and in the winter, they tend to be more spread out further offshore. Year round they range throughout waters up to 100 m deep, with some sightings in deeper water (Ministry of Fisheries, 2007).



**Figure 2:** Māui dolphin sightings (blue dots) and trawl fishing effort (purple lines) in FMAs 1, 2, 7, 8, and 9, during 2009-2017.
**Source:** Created from data provided by MPI, for 2009-2017.

15.     Trawling is currently prohibited on part of the west coast of the North Island within 4 NMs of the shore (between Maunganui Bluff and Pariokariwa Point ) and harbour entrances, but outside this area, trawlers operate where Māui dolphins have been sighted, including in areas where set sets are banned. Trawling can occur relatively close to shore depending on species targeted. For example, flatfish are mainly targeted in water depths less than 30 metres. Red cod is mainly targeted in water depths between 20 and 50 meters and tarakihi between 50 and 100 meters.

16.    Figure 3 shows Māui dolphin sightings and set net fishing effort in FMAs 1, 2, 7, 8, and 9, during 2009-2017. Māui dolphin sightings are illustrated by blue dots and set net fishing effort is illustrated by the purple dots. Areas where set netting (light green), or both set netting and trawling (dark green), are currently banned are obscured by the fishing effort plots. Commercial set netting is undertaken in areas immediately outside the set net closed area, including in areas where Māui dolphins are present. Figure 3 shows the high density of set netting immediately adjacent to the main Māui habitat. The large cloud of sightings north of Cape Egmont suggests there is a very high risk to Māui dolphins in that area and also in the Manukau and Kaipara harbours, and south to Wellington. Virtually all parts of all the harbours are fished, from the intertidal upper reaches to the deeper channels towards the entrances. As such, any Māui dolphins coming into these waters are at risk of entanglement. Moreover, there is a possibility that nets get lost and washed out into areas where dolphins range. Only protecting a tiny strip close inshore is misguided.



**Figure 3:** Māui dolphin sightings (blue dots) and set net fishing effort (purple dots) in
FMAs 1, 2, 7, 8, and 9, during 2009-2017.
**Source:** Created from data provided by MPI, for 2009-2017.

17.    Table 1 lists the main target species caught in FMAs 1, 2, 7, 8, and 9 by set nets

and trawl nets.

| Common Name | Scientific Name | Species Code |
|---|---|---|
| Barracouta | *Thyrsites atun* | BAR |
| Blue Cod | *Parapercis colias* | BCO |
| Blue Mackerel (English mackerel) | *Scomber australasicus* | EMA |
| Blue Moki | *Latridopsis ciliaris* | MOK |
| Blue Warehou | *Seriolella brama* | WAR |
| Flatfish (FLA)<br>• Brill<br>• Greenback flounder<br>• Black flounder<br>• Lemon Sole<br>• NZ sole<br>• Sand flounder<br>• Turbot<br>• Yellowbelly flounder | • *Colistium guntheri*<br>• *Rhombosolea tapirine*<br>• *Rhombosolea retiarii*<br>• *Pelotretis flavilatus*<br>• *Peltorhamphus novaezeelandiae*<br>• *Rhombosolea plebeian*<br>• *Colistium nudipinnis*<br>• *Rhombosolea leporine* | • BRI<br>• GFL<br>• BFL<br>• LSO<br>• ESO<br>• SFL<br>• TUR<br>• YBF |
| Frost Fish | *Lepidopus caudatus* | FRO |
| Grey Mullet | *Mugil cephalus* | GMU |
| Hoki | *Macruronus novaezelandiae* | HOK |
| Jack Mackerel | *Trachurus declivis, Trachurus novaezelandiae* | JMD |
| John Dory | *Zeus faber* | JDO |
| Kahawai | *Arripis trutta* | KAH |
| Ling | *Genypterus blacodes* | LIN |
| Parore | *Girella tricuspidata* | PAR |
| Pilchard | *Sardinops sagax* | PIL |
| Porae | *Nemadactylus douglasi* | POR |
| Red Cod | *Pseudophycis bachus* | RCO |
| Red Gurnard | *Chelidonichthys kumu* | GUR |
| Rig (spotted dogfish) | *Mustelus lenticulatus* | SPO |
| School Shark | *Galeorhinus galeus* | SCH |
| Silver Warehou | *Seriolella punctate* | SWA |
| Snapper | *Pagrus auratus* | SNA |
| Spiny Dog Fish | *Squalus acanthias* | SPD |
| Tarakihi | *Nemadactylus macropterus* | TAR |
| Trevally | *Pseudocaranx dentex* | TRE |
| Yellow-eyed Mullet | *Aldrichetta forsteri* | YEM |

**Table 1:** Main target species caught in FMAs 1, 2, 7, 8, and 9 by set nets and trawl nets.
**Source:** Ministry for Primary Industries.

18.     In February 2019, NOAA (National Oceanic and Atmospheric Administration) asked New Zealand's MPI to provide information on fisheries that *"operate within the distribution of Māui dolphin"*.[2] In response, MPI listed seven fish species that are caught in the *"current area of spatial restriction for Māui dolphin"*[3] and exported to the U.S. These were flatfish (Flounder), grey mullet, gurnard, rig, snapper, tarakihi and trevally. Yet, my analysis of MPI data indicates that at least 33 fish species are caught in waters that Māui dolphin inhabit (see Table 1). Based upon my analysis of the officially reported trade data, of these 33 species, at least 23 are exported to the U.S. One reason for the discrepancy with MPI's number reported to NOAA is that the *"current area of spatial restriction"* (protected area) is only a small part of the Māui dolphin habitat. MPI also informed NOAA that barracouta, hoki and common (blue) warehou, were *"caught in deeper water, beyond the area of spatial restriction"*.[4] However, table 2 of the 2019 Draft TMP indicates that the proposed protection measures would reduce warehou catch by 40-69% (Department of Conservation and Fisheries New Zealand, 2019a). Therefore, warehou are clearly caught in the Māui dolphin habitat. Further, MPI's vague reference to "deeper" water is meaningless given (1) their focus on the limited area of "spatial restriction," which does not encompass the deeper waters (out to at least the 100m depth contour) of Māui dolphin habitat; and (2) as discussed below, the at least 23 fish species caught in Māui dolphin habitat (and exported to the U.S.) are caught in "mixed fisheries" that have a broad geographic range (inside and outside of Māui dolphin habitat) and, thus, include fish caught in a range of locations and water depths.

---

[2] February 22, 2019: Ministry for Primary Industries' answers to questions from NOAA in regard to Sea Shepherd's Petition of 6 February 2016 (attached as Exhibit 1 to the Second Declaration of Brett Sommermeyer).
[3] ibid.
[4] ibid.

19. MPI's failure to account for "mixed fisheries" in their communication with NOAA is a critical flaw. In particular, MPI only provided NOAA with information relating to seven specific fish species while also noting that they are caught in *"mixed fisheries"*[5] – meaning that they are caught in conjunction with other fish species. As I discuss in paragraph 5 above, a key feature of New Zealand's fisheries is their "multi-species" nature. As a consequence, many species are caught together in the same fisheries (e.g. trevally and snapper) or caught in varying degrees as both target catch and retained bycatch (*e.g.* gunnard). Accordingly, it is very misleading for MPI to represent that only seven species "overlap the area of spatial restriction" because those species are caught in conjunction with numerous other species. Thus, MPI has clearly not provided the full list of species caught in these fisheries to NOAA.

20. Critically, the lack of traceability means that it is not actually possible to demonstrate that only seven fish species are caught in the Māui dolphin habitat or in the current protected area and exported to the U.S. Most of the fish species in Table 1 are caught over very large areas (e.g. around the whole North Island, or the whole EEZ). Additionally, many of the fish species listed in Table 1 (including those species that overlap with the seven species identified by MPI in its submission to NOAA) are also caught in FMAs around the South Island. Without a sufficient fishery traceability system, it will be impossible to determine the origin in New Zealand waters of the fish products derived from the Table 1 listed species that are exported to the U.S. – including whether any of those products are from Māui dolphin habitat.

21. Based on my extensive analysis of the official export data underlying the total U.S. export revenues summarized in Table 2, it is my expert opinion that a large quantity of these

---

[5] ibid.

exports is likely caught in FMAs 1, 2, 7, 8, and 9. Given the traceability issues outlined below,

New Zealand is unable to show that exported finfish products are not impacting the Māui

dolphin.

| Total Exports of Fisheries products to USA | | |
|---|---|---|
| Year | Total Exports ($NZD) | Total Exports ($USD)[6] |
| 2010 | $172,578,020 | $110,881,378 |
| 2011 | $155,272,893 | $99,762,834 |
| 2012 | $135,875,101 | $87,299,752 |
| 2013 | $138,215,350 | $88,803,362 |
| 2014 | $154,483,001 | $99,255,328 |
| 2015 | $173,630,485 | $111,557,587 |
| 2016 | $196,917,042 | $126,519,199 |
| 2017 | $215,748,922 | $138,618,682 |
| 2018 | $198,926,580 | $127,810,328 |
| 2019 | $247,444,754 | $158,983,254 |

**Table 2:** Total Exports of Fisheries products to USA
**Source:** Created from Statistics New Zealand data, collected by New Zealand Customs Service.

### New Zealand Fisheries Suffer from a Serious Lack of Traceability

22.       Despite the provenance of seafood products being of great concern to consumers,

particularly international consumers, New Zealand does not have a boat to plate traceability

system. Of particular note, MPI has confirmed this lack of traceability. In preparing my testimony

herein, I reviewed MPI's response to a Sea Shepherd records request under New Zealand's

Official Information Act (OIA). In its request, Sea Shepherd sought information regarding the

estimation of lost revenue from greater restrictions to protect Māui dolphins. In explaining why its

estimate was based on *"expert judgement as to the potential supply that may have come from*

---

[6] Reserve Bank of New Zealand: NZ/US exchange rate 0.6425, 15th June 2020. Retrieved from: https://www.rbnz.govt.nz/statistics/b1.

*range of the Maui's dolphin"*, MPI admitted: *"Export data is collected on a national level and cannot be traced back to the fisheries management areas [FMAs] from which products may have been obtained."*[7]

23.    Commercial fishers are required to complete a trip-start and trip-end report, and also up to 5 additional fishing event reports that must be completed and submitted electronically to FishServe, a wholly owned industry organization that is contracted by MPI to collect the information. The 4 main reports are:

- **Fish catch report:** Estimates the catches of the top 8 species only. Trawl fishers must report only the top 5 QMS species (discussed in detail below) and only the top 3 non-QMS species. All other fishers using different catch methods report only the top 8 species, whether QMS or not. The position of catches is either automatically recorded in the report from the vessel's global positioning system (GPS) or entered manually by the fisher.  This report must be completed within 8 hours after fishing ends.

- **Capture of non-fish or protected fish species report:** Must be provided with the corresponding fish catch report and lists any non-fish and protected species caught. The position of capture is either automatically recorded in this report from the vessel's GPS or entered manually by the fisher.

- **Processing report:** For vessels that process their catch on board, this report must be completed and submitted before the close of the day following the reported day, or on the day that processing finishes if it is undertaken over more than one day.

---

[7] Ministry for Primary Industries. Official Information Act response OIA19-0645 seeking an estimation of lost revenue from greater restrictions to protect Māui dolphins. 14 Nov 2019, p.1.

- **Landing report:** First, a detailed inventory of all catch landed is electronically submitted. Then the report is updated after receiving confirmation of the actual fish green weights (the pre-processed weight) by an approved Licensed Fish Receiver (LFR).

24.    LFRs must keep records of all fish received, dispatched and sold. After uplifting the catch, the truck driver employed by the LFR to transport the fish completes and provides the fisher with a sequentially numbered "unloading docket", which lists the date, fisher ID number, vessel number, each species received, the processing state of each species, the container type, number of containers, estimated container weight, and estimated total weight. LFRs must complete and submit a licensed fish receiver return (report) each month to FishServe, which includes whom they received fish from, the species of each fish received, and the weight of each fish species received. **However, the LFR's report does not include the FMA or position where fish were caught. In practice, fishers do not provide information about where their fish were caught to LFRs.**

25.    Dealers in fish products (including exporters), must keep records for all fish purchased, disposed of, and stock on hand for sales above 10kg. **Records between the LFR and dealer, however, do not include details concerning where fish were caught. Moreover, the dealer may buy fish that have been consolidated by the LFR from various fishers, making it impossible to trace the origin of an individual fish.**

26.    An LFR that is also licensed to export fish must retain all export documentation required in accordance with the Meat Act 1981, Animal Products Act 1999, and the Customs and Excise Act 2018 for transfers of fish products destined for export. **There is no requirement to record where fish were caught in this documentation.**

27.     Large vertically integrated companies can be the fisher, LFR, processor, exporter, and possibly the importer. In consequence, catch records, including information about the FMA and position of where fish were caught are retained within such a single integrated organization. But, such information as to where the fish were caught is not necessarily shared between departments, and they are not required to do so by law. Moreover, such firms often buy fish from independent fishers, which may be consolidated with their catches, making it impossible to trace where an individual fish was caught. This circumstance is confirmed by MPI's statement in response to a Sea Shepherd OIA request that **"*Fisheries New Zealand does not hold information specifically related to where fish caught, and then landed, makes its way through to export.*"**[8]

28.     In short, the New Zealand fishery suffers from a severe lack of traceability that renders it extremely difficult, if not virtually impossible, to attribute marine mammal bycatch to specific FMAs, QMAs, or fisheries statistical areas.

29.     This lack of traceability has serious implications for New Zealand's ability to accurately report marine mammal bycatch data to the U.S. in connection with the 2020 List of Foreign Fisheries (2020 LOFF) implemented pursuant to the Fish and Fish Product Import Provisions of the U.S. Marine Mammal Protection Act (MMPA).  The 2020 LOFF, which updates the first LOFF published in 2016 (2016 LOFF), lists foreign commercial fisheries that export fish and fish products to the U.S. New Zealand, as a harvesting nation, must apply for and receive a comparability finding for each of its fisheries on the LOFF to continue to export fish

---

[8] Ministry for Primary Industries. Official Information Act response OIA19-0222 seeking identification of fish caught and exported from fishery management areas in Māui habitat. 19 Jun 2019, p.2.

and fish products from those fisheries to the U.S. (NOAA, 2020a). NOAA issued a draft LOFF (2020 Draft LOFF) on March 17, 2020 and then a final LOFF (2020 Final LOFF) on October 10.

30.    To ensure accurate reporting for the 2020 LOFF, New Zealand should have submitted detailed information to the U.S. regarding target species, gear types, area of operation (i.e. FMAs or QMAs), and marine mammal interactions. For example, all exported seafood products to the U.S. should have been linked to specific FMAs or QMAs, with target and non-target species (i.e. bycatch) of each fishery identified, because, in some instances, the product exported to the U.S. was actually a non-target (bycatch) species e.g. ling a common bycatch of hoki.

31.    However, examination of the 2020 Draft LOFF for New Zealand revealed missing information, incorrect information, obvious mistakes, a lack of scientific evidence to justify the marine mammal bycatch estimates, and the failure to attribute marine mammal bycatch to specific FMAs or QMAs (NOAA, 2020b).

32.    Further, given the multi-species nature of New Zealand's fisheries and the dominant use of non-selective fishing methods (i.e. set nets, trawl nets, and purse seine nets), bycatch is common and unavoidable. Up to 252 species are commonly caught (McMillan, *et al*., 2011a), and 122 species are less commonly caught, using bottom and midwater fishing methods (e.g. trawl nets) (McMillan, *et al*., 2011b), while 98 species are commonly caught using surface fishing methods (McMillan, *et al*., 2011b) – these species include those that are commercially traded and those that are not.[9] In terms of New Zealand's inshore fisheries, fishers catch

---

[9] Almost 400 species have been observed being discarded at sea (see: Clark, Anderson, & Gilbert, 2000; Anderson, Gilbert, & Clark, 2001; Anderson & Smith, 2005; Ballara, O'Driscoll, & Anderson, 2010; Ballara & O'Driscoll, 2015), and jack mackerel trawl fisheries (Anderson et al., 2000; Anderson, 2004, 2007). These scientific reports provide detailed information on bycatch and fish discarded at sea from data collected by government observers onboard.

approximately 100 non-target (bycatch) species (Anderson, *et al.*, 1998). Few of these non-target species are listed in the 2020 Draft LOFF, even though they are exported to the U.S. With respect to the impact on the Māui dolphin, these non-target species are caught inside and outside of Māui dolphin habitat. However, without an adequate traceability scheme, it is impossible to determine the origin of such a non-target species exported to the U.S. For this reason, New Zealand should have identified non-target species in the LOFF that may be sourced from Māui dolphin habitat. In fact, NOAA specifically requested that harvesting nations "identify target and nontarget species for each fishery" (NOAA, 2020a).

33.     It is also unclear if the numbers listed in the 2020 Draft LOFF for marine mammal bycatch are for "reported" or "observed" catches, or "Annual Average Mortality Estimates"(NOAA, 2020b).  No information is provided on Māui dolphin bycatch in the 2020 Draft LOFF. Māui dolphin bycatch is listed as "0" in one fishery, a set net fishery for elephant fish (and other species) off the North and South Island, with 133 fishing vessels. Māui dolphin bycatch is listed as "Unknown" in another fishery (trawl fishery for hoki and other species) off the west coast of the North Island. There is no mention of Māui dolphin bycatch for two other trawl fisheries off the North Island and in Cook Strait, three North Island set net fisheries, one North Island purse seine fishery, three "North and South Island" set net fisheries and five "North and South Island" trawl fisheries.

34.     The 2016 LOFF lists 32.3 Hector's dolphins as caught in the gillnet fishery, but in the 2020 Draft LOFF these same 32.3 Hector's dolphins are listed as being caught in the trawl fishery. Yet, the government's own Table 1 (page 6) of their 2019 Draft TMP details 44 Hector's dolphin annual deaths from set nets and 14 deaths from trawl nets. Notably, the 2016 LOFF also includes an estimate for trawl bycatch of Hector's dolphin as "9 estimated number of annual

mortalities in all inshore trawl fisheries" (NZ LOFF, 2016. p.3).  An estimate for trawl bycatch is absent from the 2020 Draft LOFF (NOAA, 2020b).

35.     The 2020 Draft LOFF is not updated with the most recent New Zealand government estimates for Hector's dolphins.  Rather, it appears that partial information from the 2016 LOFF has been inaccurately (in terms of fishing gear – trawl versus set net) resubmitted in the 2020 Draft LOFF. Therefore, New Zealand's submission to the 2020 Draft LOF is not scientifically robust, fails to include publicly available information on bycatch (e.g. the 2019 Draft TMP and associated background documents) and has allocated the estimate of 32.3 Hector's dolphins to the wrong fishing gear.

36.     Most set net and trawl fisheries overlap with the common, dusky, bottlenose and Hector's dolphins' range. All North Island fisheries overlap with the Māui dolphins' range, except for the northeastern corner of the North Island from North Cape to Coromandel Peninsula. Yet the entries for these bycatch species consist of "0", "Unknown" or fail to mention them at all. Māui (and Hector's) dolphins are merely mentioned as bycatch (numbers "unknown") in the hoki (blue grenadier) fishery off the west coast of the North Island.

37.     The 2016 LOFF includes two Hector's dolphin entanglements in salmon aquaculture in Canterbury, Marlborough and Southland (NZ LOFF, 2016. p.7).   These were caught in anti-predator nets around salmon farms, used in an attempt to keep fur seals out of salmon cages. Other marine mammal bycatch in salmon aquaculture listed in the 2016 LOFF were 2 bottlenose dolphins, 4 dusky dolphins and 10 fur seals. The same salmon aquaculture entry is included in the 2020 Draft LOFF, but with "0" as the bycatch estimate for the fur seal and dusky, bottlenose and Hector's dolphins.

38.     My criticisms of the 2020 Draft LOFF still apply to the 2020 Final LOFF. What's more, it appears Māui bycatch in the 2020 Final LOFF has been restricted to areas just outside of the main Māui habitat on a portion of the west coast of the North Island, rather than recognising that Māui may be caught in other areas where they range, for example the Cook Strait fisheries.

39.     New Zealand would need to implement comprehensive systems for both product tracing and bycatch monitoring to even potentially provide the U.S. with an accurate submission for the LOFF process. New Zealand's submission for the 2020 Final LOFF evidences the fact that its marine mammal bycatch is not monitored or managed in a way that is comparable to U.S. standards.

40.     In sum, given the lack of traceability associated with New Zealand's fish products and bycatch, and the inability to track the impacts on marine mammals, its reporting to the U.S. is grossly inadequate for the purposes of compiling a reliable LOFF upon which to make a proper comparability finding. Because of significant discrepancies in this reporting, the 2020 Final LOFF does not present reliable marine mammal bycatch data for New Zealand.

**New Zealand's Quota Management System Incentivizes Under-Reporting and Non-Reporting of Bycatch, Including that of Māui Dolphins**

41.     New Zealand's QMS is purportedly designed to create incentives to ensure the sustainability of fisheries. But, not all behaviours that are incentivized are good.  There is money to be made or saved (1) by dumping catches for which a quota is unavailable or too expensive, (2) from poaching, (3) from falsifying catch reports, and (4) from dumping endangered Māui dolphins.  Such behaviours have seriously distorted New Zealand's catch data for decades.

42.     A marine catch reconstruction study for New Zealand (1950-2010) found that, over 6 decades, more than half of the fish caught in New Zealand's waters by commercial fishers had not been reported - overwhelmingly because of illegally discarded and misreported catches

and bycatch, including endangered dolphins (Simmons, Bremner, Whittaker, Clarke, Teh, Zylich, *et al.*, 2016).  This multidisciplinary study, conducted by the Institute for the Oceans and Fisheries, University of British Columbia, estimated New Zealand's true catch at 2.7 times the officially reported figure. The global findings were published in Nature Communications, one of the world's top scientific journals. The New Zealand findings led to the Minister for Primary Industries launching an independent inquiry into the ministry's handling of illegal fish dumping and an urgent Parliamentary debate into fish dumping.[10][11][12]

43.     Reliable catch data is a fundamental and essential requirement for the effective management of New Zealand's fisheries (McKoy, 2006).  As fisheries management relies on fishing industry self-reported catch and effort data, if such data is deficient, decisions based on that data regarding stock assessments, the broader environmental effects of commercial fishing on biodiversity, endangered species (especially Māui dolphins), seafloor habitats and the very ecosystem that supports the fish on which fisheries depend will be flawed.  Without reliable data, scientists, practitioners, and policy makers cannot properly interpret fisheries trends and the effects of technology or accurately evaluate the social and economic impact of actual or projected fisheries management.

44.     Despite efforts to collect reliable data during the past 114 years, New Zealand's catch reporting systems continue to be inadequate. Essential data are either lacking or missing

---

[10] Parker, D. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 1, Hon David Parker (Parliament TV and Radio). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178162.
[11] Guy, N. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 2, MPI Minister Nathan Guy (Parliament TV and Radio). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178163.
[12] Sage, E. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 3, Eugenie Sage (Parliament TV and Radio). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178164.

from official statistics. Official documents have long highlighted the inadequacies of catch data and acknowledged the significant levels of dumping and misreporting (and non-reporting) of catches. Even following the introduction of the QMS in 1986 along with its supposedly better reporting systems, nefarious reporting practices have persisted.

45.     MPI's Operation Achilles, was one of almost 200 secret compliance operations that informed the catch reconstruction study. Achilles investigated the illegal dumping and non-reporting of fish and endangered Hector's dolphins. The Achilles report concluded that: "*it is more than sustainability. It is more than the fact that we are relying on misleading and incorrect data to sustain our fisheries. This combined with the fact that we have known about these dumping/discarding issues for many years and would appear to have done little to combat it would be very difficult to explain and unpleasant at best. This is only regarding the dumping/unsustainably issue, there is also the matter regarding the deliberate non-reporting of* [endangered] *hectors dolphins*" (Ministry for Primary Industries, 2016. p.5).

46.     A review of MPI's decisions in respect to Operation Achilles by Queen's Council (QC)[13] Michael Heron, found MPI's decision making and processes to be flawed and confirmed that unlawful discarding and non-reporting of marine catch was a substantial and endemic practice amongst commercial fishers: "*It is a problem that has been recognised since the beginning of the QMS. MFish and MPI have not grappled effectively with aspects of the problem and either enforced the law or acted to change it.*" QC Heron concluded: "*For now, however, the law remains and appears to be regularly disobeyed.*" (Heron, 2016. p.5 and 29).

---

[13] The rank of "Queen's Counsel" is awarded to barristers sole who have demonstrated excellence in their careers.  Since the role was established in 1907, only 325 barristers have been appointed Queen's Counsel.

47.    An email authored by MPI's Director of Fisheries Management, Dave Turner,[14] released as part of the Heron review, highlighted the extent and seriousness of illegal discarding and misreporting: "*As you are aware discarding is a systemic failure of the current system and something we have not been able to get on top of from day 1 of the QMS. FM [Fisheries Management] can't quantify the tonnages involved but we suspect they are significant to the point that they are impacting on stocks. We estimate that if we found the golden bullet to stop discarding, we would probably put over half of the inshore fleet out of business overnight...*" (Heron, 2016; The Listener, 2016).

48.    The commercial fishers implicated in Operation Achilles confirmed the problem to MPI investigators: "*I've been a criminal all my life you just haven't caught me...the regulations are a mine field of inaccuracies and hard to follow and if I was to record every species that I ever caught in my whole fishing career I would need a bloody list of books a mile high. I don't believe it's just the fishermen's problem, it's everybody's problems and it's a big problem...*" (Ministry for Primary Industries, 2016).

49.    Another operation that informed the catch reconstruction study was Loctite. Undertaken in 2011, it targeted commercial set net fishers in the Kaikoura area whose fishing practices had long been of concern, including significant and persistent breaches of the 24 hour net soak time[15] restriction (thereby creating so-called "ghost fishing" because the net was left unattended in the water for extended periods of time[16]), under reporting, falsification of fishing

---

[14] Email dated 2 October 2014, from Ministry for Primary Industries Director of Fisheries Management to MPI's Deputy Director-General Regulation & Assurance and the Director of Compliance.

[15] "Soak time" is the time during which the fishing gear is actively in the water.

[16] More precisely, "ghost gear," is any discarded, lost, or abandoned, fishing gear in the marine environment.

returns, and non-reporting of reject fish and non-fish, particularly marine mammal bycatch. MPI investigators noted: "*Declared by-catch of Marine mammals is virtually non-existent, however on the first vessel boarded a large adult fur seal was found dead in the net. The incentive for not reporting of course is the potential closure of the Kaikoura Canyon and removal of the dispensation to net closer to shore*" (Ministry of Primary Industries, 2012. p.4).  The investigators also noted that about a third of the catch was routinely dumped and went unreported because of damage due to sea lice and predators. At least one fisher was unable to locate his net.  Thus, the net remained in the water, resulting in ghost fishing, which is of serious concern "*due to the potential dangers posed to marine life in the area, including marine mammals such as seals, whales and dolphins*" (Ministry of Primary Industries, 2012. p.14)

     50.     Despite MPI engaging with the set net fishers, some were of the mindset that they are doing no wrong. Attempts to change that mindset through monitoring, inspections and an advisory letter were largely "*met with defiance*" (Ministry of Primary Industries, 2012. p.21). The operation Loctite investigators formed the view that "*practices engaged by fishers in the Kaikoura set net fishery are likely to be occurring in other fishery management areas as well*" (Ministry of Primary Industries, 2012. p.23).

     51.     Compounding this difficult situation are the abysmal levels of onboard observer coverage (about 8.4% in offshore deep-sea fisheries and less than 1% for inshore fisheries) and a lack of effective enforcement (Simmons, McCormack, Bremner, Whittaker, and Dawson *et al.*, 2017). Since the introduction of the QMS, government compliance priorities have shifted away from at-sea enforcement of input controls. Instead, MPI's compliance focus has been more on land-based enforcement initiatives involving output controls and monitoring vessel unloadings.

An independent review of MPI's handling of illegal fish and dolphin dumping revealed industry capture of the regulator, involving flawed processes and inappropriate conduct (Heron, 2016).

52.    Previous research by the DoC into fur seal bycatch determined that a minimum of 20% observer coverage was required to obtain a reasonable level of precision of bycatch estimates (Manly, Seyb, and Fletcher, 1997). More specifically, 90% observer coverage is required in a fishery involving 1,000 trawl tows, about 70% observer coverage for a fishery of 5,000 tows, about 50% observer coverage for a fishery of 10,000 tows, about 40% observer coverage for a fishery of 20,000 tows, and about 20% observer coverage for a fishery of 50,000 tows. For Hector's dolphins, Baird & Bradford (2000) estimated at least 50-80% observer coverage was required. Based on these studies, 100% observer coverage is required to robustly estimate Māui bycatch, given their low numbers.  This is in line with a previous recommendation to the Minister of Fisheries by his officials that 100% observer coverage would likely be required from a strictly statistical viewpoint to be certain of reliable data.

53.    New Zealand's fishers are firmly trapped in the cycle of non-reporting, which MPI itself, succinctly illustrates in the below diagram taken from an MPI report.[17] What little data the QMS produces is highly questionable, compounded by an educational rather than a punitive approach to addressing offenses.  In 2017, the government decided to place electronic monitoring and CCTV cameras on every vessel indicates the gravity of the situation. Unfortunately, in 2018, at the bequest of the industry, the previous government reversed the decision to place CCTV cameras on every fishing vessel.  However, such attempts at increased monitoring do nothing to remove the perverse incentives inherent in the QMS itself (The

---

[17] Note that, as used in the diagram, the acronym "TAC" is "Total Allowable Catch," which is the catch limit set for a particular fishery, generally for a year or a fishing season.

University of Auckland, 2017).



**Source: Ministry for Primary Industries, Better Information Better Value (BIBV) Working Group.**

54.    In sum, New Zealand's QMS creates incentives for fishers to conceal the true quantity of catches including bycatch and discards (Simmons, Whittaker, and Haworth, 2016). These incentives, when coupled with the low levels of observer coverage, undercut any claim that endangered Māui dolphin mortality is low in New Zealand fisheries.

**New Zealand Would Make Positive Changes To Protect the Māui dolphin In Response to a Trade Ban of Seafood Imports by the U.S.**

55.    Amongst other things, I have been asked to provide my expert opinion as to whether New Zealand would respond to a U.S. trade ban against all New Zealand seafood imports potentially originating from fisheries negatively impacting the Māui dolphin.  In

connection with my background research, I was provided with MPI's responses to record requests submitted by Sea Shepherd and by a New Zealand investigative reporter under the OIA seeking information concerning the potential economic impact of the trade ban.

56.    MPI's OIA response received by the investigative reporter contained MPI's assessment of the potential economic impact of the seafood trade ban requested by Sea Shepherd. Specifically, the OIA response included a memorandum dated 28 March 2019 from MPI and the Department of Conservation (DoC) entitled "Māui dolphin bycatch comparability discussions with the US."[18]  In the "Key Messages" section of the memorandum, MPI and DoC provided candid admissions as to the anticipated economic effect of a trade ban. In particular, they stated:

- *"A NOAA instituted import ban, limited to product from the North lsland west coast, would apply to annual exports in the order of $2 million* [US $1.25 million[19]]. *"[20]*

- *"However, if Sea Shepherd were to force NOAA to apply an import ban through the US courts that was grounded in its petition with its inflated Māui dolphin range, then it could apply to $20 million* [US $12.5 million[21]] *of annual exports (including snapper, flounders, gurnard, hoki, mullet)."[22]*

---

[18] Fisheries New Zealand and Department of Conservation. Ministerial briefing on 'Māui dolphin bycatch comparability discussions with the US'. Document Number: B19-0171 (DoC) AM 19-B-0203, 28 March 2019, at para 15, p.5.

[19] Reserve Bank of New Zealand: NZ/US exchange rate 0.6425, 15th June 2020. Retrieved from: https://www.rbnz.govt.nz/statistics/b1.

[20] Fisheries New Zealand and Department of Conservation. Ministerial briefing on 'Māui dolphin bycatch comparability discussions with the US'. Document Number: B19-0171 (DoC) AM 19-B-0203, 28 March 2019, at p. 5.

[21] Reserve Bank of New Zealand: NZ/US exchange rate 0.6425, 15th June 2020. Retrieved from: https://www.rbnz.govt.nz/statistics/b1.

[22] Fisheries New Zealand and Department of Conservation. Ministerial briefing on 'Māui dolphin bycatch comparability discussions with the US'. Document Number: B19-0171 (DoC) AM 19-B-0203, 28 March 2019, at para 15, p.5.

- ▪ *"In the face of an import ban, maintaining the balance of the wider $200 million* [US $125 million[23]] *of annual fisheries exports to the US would require MPI to establish a traceability and certification programme to demonstrate product is not from the area associated with the import ban. This would incur costs for industry and MPI. It would also take time to establish and so disrupt wider trade and result in lost market access as US buyers switch to alternative suppliers."*[24]

57.    The above admissions by MPI and DoC present New Zealand's official evaluation of its potential exposure in the range of $2 (US $1.25 million[25]) to $200 million (US $125 million[26]). The $2 million (US $1.25 million[27]) estimate applies to what New Zealand anticipates would be a more limited trade ban if initiated by NOAA alone without any intervention by the U.S. courts. Should the U.S. courts mandate that NOAA impose a trade ban, New Zealand anticipates that the exposure could rise to at least $20 million given the possibility that the courts would order NOAA to impose a ban in line with the one requested by Sea Shepherd. Finally, and significantly, New Zealand believes the exposure could be as high as $200 million (US $125 million[28]) given the current lack of traceability (as I establish above) in the New Zealand fisheries sector. More particularly, as a consequence of the lack of traceability, New Zealand acknowledges that it would have great difficulty segregating fish products exported

---

[23] Reserve Bank of New Zealand: NZ/US exchange rate 0.6425, 15th June 2020. Retrieved from: https://www.rbnz.govt.nz/statistics/b1.
[24] Fisheries New Zealand and Department of Conservation. Ministerial briefing on 'Māui dolphin bycatch comparability discussions with the US'. Document Number: B19-0171 (DoC) AM 19-B-0203, 28 March 2019, at para 16, p.5.
[25] Reserve Bank of New Zealand: NZ/US exchange rate 0.6425, 15th June 2020. Retrieved from: https://www.rbnz.govt.nz/statistics/b1.
[26] ibid.
[27] ibid.
[28] ibid.

to the U.S. that originate in Māui dolphin habitat from other seafood exports to the U.S.  Thus, the ban could extend to all of New Zealand's U.S. seafood exports. Moreover, it is realistic to assume that it will take more than one year (and likely several) to plan and implement a "traceability and certification programme to demonstrate product is not from the area associated with the import ban" – a fact that would further increase the economic impact of a ban (which may remain in place for many years).

58.    The 28 March 2019 memorandum from MPI and DOC further identifies another important New Zealand concern with a potential trade ban, namely its international reputation. As stated by MPI and DoC: "*a US import ban would undermine the reputation of New Zealand's fisheries management regime, including the TMP [Threat Management Plan] process, and our wider environmental credentials*."[29] This concern is a significant one for New Zealand. The New Zealand government deeply values its international reputation for high-quality, safe and sustainably produced seafood, underpinned by an internationally recognized "clean and green" ethos. It is a major competitive advantage globally given that food production is coming under increasing consumer scrutiny.

59.    On 26 September 2019, Sea Shepherd sent an OIA request to MPI seeking the basis for the economic exposure projections in the 28 March 2019 memorandum.  MPI's response (which it limited to the NZ $2 million and NZ $20 million estimates) further revealed the significance of New Zealand's traceability problems to its assessment of its potential economic exposure: *"Export data is collected on a national level and cannot be traced back to the fisheries management areas from which products may have been obtained. [The $2 million]*

---

[29] Fisheries New Zealand and Department of Conservation. Ministerial briefing on 'Māui dolphin bycatch comparability discussions with the US'. Document Number: B19-0171 (DoC) AM 19-B-0203, 28 March 2019, at para 16, p.5.

*estimate was made by MPI staff based on expert judgement as to the potential supply that may have come from range of the Maui's dolphin...*"[30]

60.     Nevertheless, in light of New Zealand's extreme sensitivity to any negative impact on its international reputation, it is my firm opinion that irrespective of the actual degree of economic exposure from a trade ban (whether NZ $2 million or NZ $200 million), New Zealand will respond to the ban by taking all steps necessary to prove to the world that it lives up to its "clean and green" ethos.

61.     In sum, it is my expert opinion that New Zealand would respond positively to a U.S. imposed seafood trade ban by taking the necessary management and enforcement measures to prevent the Māui dolphin from becoming extinct because such a trade ban would significantly impact seafood export revenues, disrupt wider trade, and particularly diminish New Zealand's international reputation.

62.     A 4 March 2020 decision by NOAA concerning the scope of a similar trade ban under the MMPA related to the Mexican vaquita  – when considered in light of the above-described expressed concerns by MPI and DoC – further supports my opinion that New Zealand will respond positively to a trade ban. In that decision, NOAA announced the revocation of its comparability findings for Mexican fisheries in the vaquita range, banning the importation of shrimp, curvina, sierra, chano, anchovy, herrings, sardines, mackerels, croaker, and pilchard fish and fish products caught with gillnets in the vaquita range.

63.     By way of background, on 14 August 2018, the Court of International Trade required the U.S. government to ban all fish and fish products from Mexican commercial fisheries that use gillnets within the vaquita's range, pending a final adjudication of the merits.

---

[30] Fisheries New Zealand. Official Information Act response OIA19-0645, 14 Nov 2019.

This ban includes the importation from Mexico of all shrimp, curvina, sierra, and chano fish and their products caught with gillnets inside the vaquita's range.

64.     In November 2018, Mexico requested comparability findings for these fisheries under the MMPA. NOAA then granted these findings the following month.

65.     In April 2019, NOAA notified Mexico that it had failed to put in place a regulatory program comparable in effectiveness to the U.S. regulatory program for those fisheries and was considering revoking its comparability findings. Following Mexico's continued failure to take any corrective steps, NOAA revoked the comparability findings on 4 March 2020.

66.     Of relevance here, curvina, sierra, chano, and pilchard are not imported from Mexico into the U.S. under Harmonized Tariff Schedule (HTS) codes that are specific to the type of fish.  Rather, they are imported under generic (non-specific) fish and marine fish codes. For fish listed under these non-specific HTS codes, NOAA is now requiring that they be accompanied by a Certificate of Admissibility.

67.     The required Certificate of Admissibility states: "As the Importer of Record or authorized official/agent of the importer of record, I do hereby certify, to the best of my knowledge and belief, that the fish/fish products contained in this shipment are of species of fish or fish products, or from fisheries, not caught with gillnets deployed in the range of the vaquita, in the upper Gulf of California waters in Mexico."

68.     NOAA's recent decision in respect to generic fish categories regarding the vaquita trade ban has significant implications for New Zealand. My review of import data compiled for New Zealand by NOAA's Fisheries Statistics and Economics Division indicates at least 40 generic fish product descriptions (*e.g.* HTS Code 0302891079: "Fish; fresh or chilled,

n.e.c. in heading 0302, whole"; HTS Code 1604200929: "Fish preparations; sausages, prepared meals and the like, n.e.c. in item no. 1604.20").

69.      Given the use of these generic categories and the inability of New Zealand to trace exports to specific FMAs for even the identified fish species, NOAA is likely to make a similar decision for New Zealand when implementing the trade ban. The lack of traceability will prevent the importer from executing a Certificate of Admissibility certifying that *e.g.* "the fish/fish products contained in the shipment are of species of fish or fish products, or from fisheries, not caught with gillnets or trawls deployed in the range of the Māui dolphin." Thus, the inclusion of generically labeled seafood exports within the trade ban would disrupt New Zealand's wider seafood trade.

### Summary of Opinion

70. In summary:

▪      Commercial fishers fishing in New Zealand's multi-species fisheries, using non-selective fishing methods (e.g. set-nets, trawl nets, and purse seine) catch a wide range of bycatch, including critically endangered Māui dolphins.

▪      A large range of the fish species caught in FMAs 1, 2, 7, 8, and 9, where Māui dolphins have been sighted and where their main habitat is located, are exported to the U.S.

▪      New Zealand's QMS incentivizes fishers to conceal actual fishing effort, bycatch and discards, including Māui dolphin bycatch, which is compounded by an educational approach rather than a punitive approach toward offenses that might result in real deterrence.

▪      As it does not have a boat to plate traceability system, New Zealand cannot trace fishery products and bycatch from the Māui habitat to specific seafood exports to the U.S.

▪        Given the lack of traceability of New Zealand fish products and bycatch, and the inability to track the impacts on marine mammals, there is grossly inadequate reporting to the U.S. for the purposes of compiling a reliable LOFF on the basis of which comparability determinations will be made by U.S. regulators.

▪        The New Zealand government admits that, should a U.S. trade ban of New Zealand seafood imports be instituted, it faces (1) economic damages in the range of $2 million to $200 million (US $1.25 to US $125 million) -  (with the higher range or greater more likely given its traceability problem and the time needed to implement a proper scheme) and (2) significant damage to its deeply valued international reputation.

71.     In consequence, based on my extensive specialist experience working on New Zealand's seafood industry, in my opinion, a ban of New Zealand fishery products from the U.S. market would strongly compel the New Zealand government to take the management and enforcement steps necessary to protect the endangered Māui dolphin from imminent extinction.


Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2020

_____

Dr Glenn Simmons

## References

Anderson, O. F., Bagley, N. W., Hurst, R. J., Francis, M. P., Clark, M. R., & McMillan, P. J. (1998). Atlas of New Zealand fish and squid distributions from research bottoms trawls. (NIWA Technical Report 42). Wellington: National Institute of Water & Atmosphere (NIWA).

Baird, S. J., and Bradford, E. (2000). Estimation of Hector's dolphin bycatch from inshore fisheries, 1997/98 fishing year. Contract 3024. Department of Conservation, Wellington, New Zealand.

Department of Conservation and Fisheries New Zealand (2019a). Protecting Hector's and Māui Dolphins: Consultation on proposals for an updated Threat Management Plan. Fisheries New Zealand Discussion Paper 2019/03, June 2019. New Zealand Government, Wellington. Retrieved from: https://www.mpi.govt.nz/dmsdocument/34971.

Department of Conservation and Fisheries New Zealand (2019b). Protecting Hector's and Māui Dolphins: Supporting Information and Rationale. Fisheries New Zealand Information Paper 2019/01, June 2019. New Zealand Government, Wellington. Retrieved from: https://mpigovtnz.cwp.govt.nz/dmsdocument/34974.

Heron M (2016) Independent Review of MPI/MFish Prosecution Decisions: Operations Achilles, Hippocamp and Overdue. Michael Heron QC, https://www.mpi.govt.nz/dmsdocument/14029.

Manly, B. F. J., Seyb, A., and Fletcher, D, J. (1997). Bycatch of fur seals (Arctocephalus forsteri) in New Zealand fisheries, 1990/91-1995/96, and observer coverage. Department of Conservation. DOC Science Internal Series 41. Wellington, New Zealand.

McKoy J (2006) Fisheries resource knowledge, management, and opportunities: Has the Emperor got no clothes? p35-44 in New Zealand's ocean and its future: knowledge, opportunities and management. *Proceedings of a conference organised by the Royal Society of New Zealand, 16 November 2006, Miscellaneous Series 70.* http://docs.niwa.co.nz/library/public/1877264229C.pdf.

McMillan, P. J., Francis, M. P., James, G. D., Paul, L. J., Marriott, P. J., Mackay, E., Wood, B. A., Griggs, L. H., Sui, H., & Wei, F. (2011a). *New Zealand Fishes Volume 1: A field guide to common species caught by bottom and midwater fishing.* (New Zealand Aquatic Environment and Biodiversity Report No. 68). Wellington: Ministry of Fisheries.

McMillan, P. J., Francis, M. P., Paul, L. J., Marriott, P. J., Mackay, E., Baird, S. J., Griggs, L. H., Sui, H., & Wei, F. (2011b). *New Zealand fishes. Volume 2: A field guide to less common species caught by bottom and midwater fishing.* (New Zealand Aquatic Environment and Biodiversity Report No. 78). Wellington: Ministry of Fisheries.

McMillan, P. J., Griggs, L. H., Francis, M. P., Marriott, P. J., Paul, L. J., Mackay, E., Wood, B. A., Sui, H., & Wei, F. (2011c). *New Zealand fishes. Volume 3: A field guide to common*

*species caught by surface fishing.* (New Zealand Aquatic Environment and Biodiversity Report No. 69). Wellington: Ministry of Fisheries.

Ministry of Fisheries (2007). Hector's and Maui's Dolphin Threat Management Plan, Draft for Public Consultation: Part II – Ministry of Fisheries Initial Position Paper (IIP). 29 August 2007. Ministry of Fisheries, Wellington.

Ministry of Fisheries (2011). Final Advice Paper – reconsideration of measures to manage fishing related threats to Maui's and Hector's dolphins. Final Advice Paper to Minister of Fisheries and Aquaculture, H1033. 1 February 2011. Ministry of Fisheries, Wellington.

Ministry of Primary Industries (2012). Issues Arising from Operation Loctite. Ministry for Primary Industries Report by Fisheries Investigator Bryan Swadel.

Ministry for Primary Industries (2016). Operation Achilles: Document set 1. https://www.mpi.govt.nz/law-and-policy/legal-overviews/fisheries/independent-review-of-prosecution-decisions/.

Ministry for Primary Industries (2019). Aquatic Environment and Biodiversity Annual Review 2018. Compiled by the Fisheries Science Team, Ministry for Primary Industries, Wellington New Zealand. p. 139.

Ministry for Primary Industries and Department of Conservation (2012). Review of the Maui's Dolphin Threat Management Plan MPI and DOC Joint Discussion Paper No: 2012/18. https://www.doc.govt.nz/globalassets/documents/conservation/native-animals/marine-mammals/maui-tmp/mauis-tmp-discussion-document-full.pdf

NOAA (2020a). Fish and Fish Product Import Provisions of the Marine Mammal Protection Act 2020 List of Foreign Fisheries. https://www.federalregister.gov/documents/2020/03/17/2020-05380/fish-and-fish-product-import-provisions-of-the-marine-mammal-protection-act-2020-list-of-foreign.

NOAA (2020b). 2020 Draft List of Foreign Fisheries. https://www.fisheries.noaa.gov/foreign/international-affairs/list-foreign-fisheries.

Paulin, C., Stewart, A., Roberts, C., & McMillan, P. (1989). *New Zealand Fish: A complete guide* (Vol. National Museum of New Zealand, Miscellaneous Series No 19). Wellington: Government Printing Office.

Simmons, G., Bremner, G., Whittaker, H., Clarke, P., Teh, L., Zylich, K., Zeller, D., Pauly, D., Stringer, C., Torkington, B., and Haworth, N. (2016) 'Reconstruction of marine fisheries catches for New Zealand (1950-2010)'. Working Paper 2015-87, *Sea Around Us, Global Fisheries Cluster, Institute for the Oceans and Fisheries, University of British Columbia,* B.C. Canada. http://www.seaaroundus.org/doc/PageContent/OtherWPContent/Simmons+et+al+2016+-+NZ+Catch+Reconstruction+-+May+11.pdf.

Simmons, G., McCormack, F., Bremner, G., Whittaker, H., Dawson, S M., Slooten, E., Thrush, S., Robertson, B., and Haworth, N. (2017) *'New Zealand's fisheries quota management system: on an undeserved pedestal'*. The Conversation, Global Edition, 4 September 2017. Brooklyn, New York. https://theconversation.com/new-zealands-fisheries-quota-management-system-on-an-undeserved-pedestal-82210.

Simmons, G., Whittaker, H., and Haworth, H. (2016). Glenn Simmons, Hugh Whittaker, and Nigel Haworth: We're catching fish but not value: why the QMS needs reforming. The Dominion Post. 26 August 2016. https://www.stuff.co.nz/national/politics/opinion/83610398/glenn-simmons-hugh-whittaker-and-nigel-haworth-were-catching-fish-but-not-value-why-the-qms-needs-reforming.

The Listener (2016). Editorial: Illegal fish dumping has taken place on a scandalous scale. The Listener. Sep 22, 2016. https://www.noted.co.nz/currently/currently-social-issues/editorial-illegal-fish-dumping-has-taken-place-on-a-scandalous-scale.

The University of Auckland (2017). Failed fisheries management system costing NZ economy and environment, experts say. The University of Auckland. 15 June 2017. https://www.auckland.ac.nz/en/about/news-events-and-notices/news/news-2017/06/failed-fisheries-management-system-costing-nz-economy-and-environment-experts-say.html.

Exhibit 1

# Academic Curriculum Vitae

**NAME:**                    Dr Glenn Simmons

**EDUCATIONAL QUALIFICATIONS:** [Recent Tertiary only]

2014    University of Auckland, PhD in International Business (SME growth and entrepreneurial abilities: A Penrosian approach to the New Zealand seafood industry)
2009    University of Auckland, Master of Management in Entrepreneurial Business Growth
2007    University of Auckland, MBA, Business Administration
2006    University of Auckland, PGDipBus, Business Administration

**RESEARCH INTERESTS**

From my empirical work in China, Indonesia, Iceland, Indonesia, Japan, New Zealand, Norway, Philippines, and Taiwan, I specialise in governability of fisheries management systems, innovation, sustainability, value creation, and trade in the seafood industry. Governance includes:

- Business models
- Corporate strategy and business models (creating, delivering and capturing value throughout global fisheries value chains)
- Illegal, Unreported, and Unregulated (IUU) Fishing
- Labour standards (human trafficking for forced labour in fisheries and migrant worker exploitation)

**POSITIONS HELD** [Recent Research and Tertiary related only]

Consultant (2019-). Contract lecturing, research, and analysis.

Research Fellow (2014-2018). New Zealand Asia Institute, University of Auckland. Managed the project 'Value Adding in the Seafood Industry', which sought to assist primary industry businesses sustainably create, deliver and capture more value from their activities in overseas (especially Asian) markets.

**Major Supervisory Research Positions**

Project Manager and Principal Investigator (2016-2018). 'Charting the Uncharted'. New Zealand Asia Institute, University of Auckland.
Project Manager and Principal Investigator (2014-2018). 'Value Adding in the Seafood Industry'. New Zealand Asia Institute, University of Auckland.
Principal Investigator (2012-2016) 'Reconstruction of marine catches for New Zealand (1950-2013). The New Zealand Asia Institute and University of Oxford in partnership with the Sea Around Us Project, Fisheries Centre, University of British Columbia (Co-Principal investigator Professor Daniel Pauly).
Lead Researcher (2010-2016). 'Innovation and market positioning in the Seafood Industry' (Principal Investigator Dr. Christina Stringer. Associate Investigators Professor Hugh Whittaker, Associate Professor Manuka Henare and Ms Audrey Sharp).
Principal Investigator (2014-2015) 'Mapping Human Trafficking in New Zealand'. A University of Auckland project for a collation of NGOs (Co-principal Investigator Dr Christina Stringer).
Researcher (2009-2013). 'New Zealand's Business Engagement with Asia'. The New Zealand Asia Institute (Principal Investigator Professor Hugh Whittaker).
Researcher (2008-2013). 'Growing New Zealand Businesses'. The New Zealand Asia Institute (Principal Investigator Professor Hugh Whittaker).

Researcher (2008-2010). 'Developing a profile of post-harvest offshore processing: Implications for the New Zealand seafood industry'. An Auckland Uniservices Limited project for the Ministry of Fisheries (Principal Investigator Dr Christina Stringer).

**PROFESSIONAL APPOINTMENTS**

Member of the INTERPOL Specialist Group on Trafficking in Human Beings (2014-2016)
Member of the INTERPOL Fisheries Correspondence Group (2018)

**SIGNIFICANT DISTINCTIONS/AWARDS**

- University of Auckland Business School Research Excellence Award 2017, Dean's Award 'Team award for Strategic Impact in Research' (with Professor Hugh Whittaker, Associate Professor Christina Stringer, Associate Professor Manuka Henare, and Professor Nigel Haworth).

- University of Auckland Business School Research Excellence Award 2012, Dean's Award 'in special recognition of research that has impact in the wider research sphere including student and academic staff collaborations' (along with Associate Professor Christina Stringer and Professor Hugh Whittaker).

**RESEARCH IMPACT**

Parker, D. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 1, Hon David Parker (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178162.

Guy, N. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 2, MPI Minister Nathan Guy (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178163.

Sage, E. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 3, Eugenie Sage (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178164.

New Zealand Human Rights Centre (2016). 'Protecting the human rights of crews fishing vessels in NZ waters'. *University of Auckland Law School, New Zealand Human Rights Centre*. September 2016 e-bulletin. Available at: http://www.humanrights.auckland.ac.nz/en/about/e-bulletins/2016-e-bulletins/September-e-bulletin.html.

University of Auckland (2015). How has our research impacted the lives of foreign fishing vessel workers? Published online 4 Feb 2015, at: https://www.youtube.com/watch?v=qZWw9MMP7VE.

Field, M. (2014). "The Catch: How Fishing Companies Reinvented Slavery and Plunder the Oceans". AWA Press, Wellington, New Zealand. Acknowledgement:

Fenton, D. and Browning, S. (2014). Fisheries (Foreign Charter Vessels and Other Matters) Amendment Bill — Second Reading. New Zealand Parliamentary Debates, 15 April 2014. Wellington, Hansard (debates): 2014, Volume: 698, Page 17283. http://www.parliament.nz/en-nz/pb/debates/debates/50HansD_20140415_00000044/fisheries-foreign-charter-vessels-and-other-matters-amendment.

Browning, S. and Fenton, D. (2014). Fisheries (Foreign Charter Vessels and Other Matters) Amendment Bill — In Committee. New Zealand Parliamentary Debates, 30 July 2014. Wellington, Hansard (debates): 2014, Volume: 700, Page 19727. http://www.parliament.nz/en-

nz/pb/debates/debates/50HansD_20140730_00000028/fisheries-foreign-charter-vessels-and-other-matters-amendment.

## PUBLICATIONS

### Journal Articles

Slooten, L., Simmons, G., Dawson, S M., Bremner, G., Thrush, S., D.H. Whittaker., McCormack, F., Robertson, B C., Haworth, N., Clarke, P., Pauly, D., and Zeller, D. (2017) *'Evidence of bias in assessment of fisheries management impacts'.* Proceedings of the National Academy of Sciences. Vol. 114 (25), E4901–E4902. doi: 10.1073/pnas.1706544114.

Stringer, C., Hughes, S., Whittaker, H., Haworth, N., and Simmons, G. (2016) 'Labour Standards and Regulation in GVCs: The Case of the New Zealand Fishing Industry. Environment and Planning A. (Online June 1). doi:10.1177/0308518X16652397.

Stringer, C., Whittaker, H. and Simmons, G. (2015) 'New Zealand's Turbulent Waters? Trafficking of Migrant Fishers for Forced Labour'. *Global Networks: A journal of transnational affairs*, DOI: 10.1111/glob.12077. doi:10.1111/glob.12077.

Stringer, C. and Simmons, G. (2014) 'Stepping through the looking glass: Researching slavery in New Zealand's fishing industry'. *Journal of Management Inquiry*, 24(3): 253-263. doi:10.1177/1056492614561228.

Simmons, G. and Stringer, C. (2014) 'New Zealand's Fisheries Management System: Forced labour an Ignored or overlooked dimension? *Marine Policy*, 50, Part A: 70-84. doi:10.1016/j.marpol.2014.05.013.

Stringer, C., Simmons, G., Coulston, D. and Whittaker, H. (2014) 'Not in New Zealand's waters, surely? Linking labour issues to GPNs'. *Journal of Economic Geography*, 14(4): 739-758. doi:10.1093/jeg/lbt027.

Stringer, C. and Simmons, G. (2013) 'Forced into Slavery' *Samudra Report,* 65: 8-13. Retrieved from http://www.icsf.net/en/samudra/article/EN/65-3893-Forced-into-Sla.html.

Stringer, C., Simmons, G. and Rees, E. (2011) 'Shifting post production patterns: exploring changes in New Zealand's seafood processing industry', *New Zealand Geographer*, 67(3), 161-173.

### Chapters in Books

Simmons, G., Bremner, G., Whittaker, H., Clarke, P., Teh, L., Zylich, K., Zeller, D., Pauly, D., Stringer, C., Torkington, B., and Haworth, N. (2016) 'PART II Countries & Territories Accounts: New Zealand', in: Pauly, D. and Zeller, D. (eds.) *Global Atlas of Marine Fisheries: A Critical Appraisal of Catches and Ecosystem Impacts.* Island Press, Washington, D.C. Retrieved from https://islandpress.org/book/global-atlas-of-marine-fisheries.

Simmons, G., Stringer, C. and Whittaker, H. (2014) 'Introduction to Benjamin Skinner's 'The Cruelest Catch' in Anya Schiffrin (eds) *Global muckraking: 100 years of investigative journalism from around the world* (pp. 59-64). The New Press, New York. Retrieved from http://thenewpress.com/books/global-muckraking.

Simmons, G. and Stringer, C. (2013) 'Country of Origin Labelling (CoOL): Implications for the New Zealand seafood industry', in Ramburuth, P., Stringer, C., and Serapio, M. (eds) *Dynamics of International Business: Asia-Pacific Business Cases*, Cambridge University Press, Melbourne. doi:10.1017/CBO9781107282278.025.

### Monographs and Reports

Slooten, E., Robertson, B., Simmons, G., Bremner, G., and Haworth, N. (2018) *'New Zealand's hoki fishery under scrutiny after claims of fish dumping, misreporting'.* The Conversation, Global Edition, 26 May 2018. Brooklyn, New York. https://theconversation.com/new-zealands-hoki-fishery-under-scrutiny-after-claims-of-fish-dumping-misreporting-97167.

Simmons, G., McCormack, F., Bremner, G., Whittaker, H., Dawson, S M., Slooten, E., Thrush, S., Robertson, B., and Haworth, N. (2017) *'New Zealand's fisheries quota management system: on an undeserved pedestal'*. The Conversation, Global Edition, 4 September 2017. Brooklyn, New York. https://theconversation.com/new-zealands-fisheries-quota-management-system-on-an-undeserved-pedestal-82210.

Simmons, G., Haworth, N. and Whittaker, H. (2017) *'Transparency needed in fishing industry, say academics seeking internal reports'*. NZ Herald, 4 April 2017. NZME Publishing Limited, Auckland. http://www.nzherald.co.nz/opinion/news/article.cfm?c_id=466&objectid=11830990

Simmons, G., Whittaker, H., and Haworth, N. (2016) *'We're catching fish but not value: why the QMS needs reform'*. The Dominion Post, 29 August 2016. Fairfax New Zealand Limited, Auckland. http://www.stuff.co.nz/national/politics/opinion/83610398/glenn-simmons-hugh-whittaker-and-nigel-haworth-were-catching-fish-but-not-value-why-the-qms-needs-reforming.

Simmons, G. (2016) *'University of Auckland: Dumped fish should be exported'* Brand Insight, NZ Herald, 30 May 2016. NZME Publishing Limited, Auckland. http://m.nzherald.co.nz/brand-insight/news/article.cfm?c_id=1503637&objectid=11646175.

Simmons, G., Whittaker, H., Haworth, N., Pauly, D., and Zeller, D. (2016) *'Science of our fisheries study is robust'*. NZ Herald, A22, 23 May 2016. NZME Publishing Limited, Auckland. http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11643041.

Simmons, G., Bremner, G., Whittaker, H., Clarke, P., Teh, L., Zylich, K., Zeller, D., Pauly, D., Stringer, C., Torkington, B., and Haworth, N. (2016) *'Reconstruction of marine fisheries catches for New Zealand (1950-2010)'*. Working Paper 2015-87, Sea Around Us, Global Fisheries Cluster, Institute for the Oceans and Fisheries, University of British Columbia, B.C. Canada. http://www.seaaroundus.org/doc/PageContent/OtherWPContent/Simmons+et+al+2016+-+NZ+Catch+Reconstruction+-+May+11.pdf.

Stringer, C. and Simmons, G. (2014) *'Researching forced labour in the fishing Industry'*. *LexisNexis*. https://www.lexisnexis.com/nz/practicalguidance/slavefree/home.faces.

Stringer, C., Simmons, G. and Coulston, D. (2011) '*Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels'*. Working Paper 11-01, NZ Asia Institute.

Whittaker, D. H., Fath, B., Fiedler, A., & Simmons, G. (2011). *Growing New Zealand Businesses: Summary of Survey Findings*. Auckland: New Zealand Asia Institute, The University of Auckland.

**CONFERENCES**

**Keynote Addresses**

Simmons, G. *'Closer to Reality: Forced Labour, dumping and misreporting of marine catches'*. University 3A. Wanaka. 25 May 2018.

Simmons, G. *'Plundering the Antarctic: The untold story of IUU toothfish vessels'*. The Bill Ballantine Memorial Lecture 2018. University of Auckland. 8 March 2018.

Simmons, G. *'Questions of Fisheries'*. 2017 Hauraki Gulf Marine Park Seminar. Taking Flight: Stories inspired by the world of seabirds. Hauraki Gulf Forum, Auckland Council. Auckland Museum, Auckland. 6 September 2017 (see http://gulfjournal.org.nz/seminar-talk/?seminar-name=2017-taking-flight).

Simmons, G. *'Plundering the Antarctic: The untold story of IUU toothfish vessels'*. New Zealand Ministry of Foreign Affairs and Trade workshop on "Combatting Illegal, Unreported and Unregulated (IUU) Fishing". Ministry of Marine Affairs and Fisheries, Indonesia. 3 May 2017.

Simmons, G. *'Ministerial Inquiry into Foreign Charter Vessels'*. New Zealand Ministry of Foreign Affairs and Trade workshop on "Combatting Illegal, Unreported and Unregulated (IUU) Fishing". Ministry of Marine Affairs and Fisheries, Indonesia. 4 May 2017.

Simmons, G. *'Fishing up the Value Chain: Iceland and Okains Bay'*. New Zealand Ministry of Foreign Affairs and Trade workshop on "Combatting Illegal, Unreported and Unregulated (IUU) Fishing". Ministry of Marine Affairs and Fisheries, Indonesia. 4 May 2017.

Simmons, G. *'Fisheries management: Human trafficking for forced labour an ignored or overlooked dimension?'* 2016 International Workshop on Strategies for Combating Human Trafficking. Cabinet Anti-TIP Task Force and National Immigration Agency. Taipei, Taiwan. 28th July 2016.

Simmons, G., and Pauly, D. *'Reconstruction of marine catches for New Zealand (1950-2012)'*. The NZ Fisheries Symposium 2016: Defining The Economy of Abundance. Auckland. 8-10 April 2016.

Stringer, C. and Simmons, G. *'Forced labour in the New Zealand fishing industry'*, Prevent People Trafficking Conference 2013. Organised by the Salvation Army, Embassy of the United States of America and ECPAT (End Child Prostitution, Child Pornography and Trafficking of Children for Sexual Purposes). Auckland, 12 April 2013.

Simmons, G., Stringer, C., Whittaker, H. and Henare, M. *'Re-thinking the Aotearoa fisheries value chain: Implications for Kaitiakitanga'. 'Nga Whetu Hei Whai - Charting Pathways for Māori Industry Futures Conference'.* Te Pūtea Whakatupu Trust, Rotorua, 27-28 August 2012.

Simmons, G., Stringer, C., Whittaker, H. and Henare, M. *'Re-thinking the New Zealand fisheries value chain', EDS (Environmental Defence Society) Growing Green Conference.* Auckland, 6-7 August 2012.

Stringer, C. and Simmons, G., *'Human Trafficking in New Zealand's Waters, Surely Not?'*, Pacific Trafficking in Persons Forum 2011 'The Inconvenient Truths'. Organised by the Salvation Army. Lower Hutt, 2-3 December 2011.

**Conference Presentations/papers**

Stringer, C., and Simmons, G. (2014). 'Fisheries crime: Linking human trafficking and IUU fishing. A New Zealand case study'.  3rd INTERPOL Global Trafficking in Human Beings Conference.  *INTERPOL General Secretariat,* Lyon, France, 12-14 November 2014.

Fath, B., Fiedler, A., and Simmons, G., Whittaker, H., and Byosiere, P. (2014). "Growth Opportunity Development in High-Tech Entrepreneurs:  Business Objectives, Human Resources Orientation and Competitive Advantage", *Proceedings of the 18th IAMB Conference (IT6055), Roma TRE University,* Rome, Italy, September 17-19, 2014. Retrieved from http://iamb.org/2014-rome/.

Haworth, N., Stringer, C., Simmons, G., Hughes, S., and Whittaker, H. 'Labour standards and modes of regulation: The case of the New Zealand fishing Industry', *ESRC Seminar 3 – International Regulation of Work and Employment, Monash University Prato Centre*. Italy, 15 and 16 September 2014.

Stringer, C., Simmons, G. and Coulston, D. 'Labour abuse aboard foreign fishing vessels in New Zealand's waters: a territoriality and governance approach', *International CRIMT Conference 'Multinational Companies, Global Value Chains and Social Regulation,* Montreal, Canada, 6-8 June 2011.

Stringer, C. and Simmons, G. 'Offshore post-harvest processing: implications for the New Zealand seafood processing industry', *International Institute for Fisheries Economics and Trade,* Montpellier, France, 12-16 July 2010.

Simmons, G. 'SME growth and entrepreneurial capabilities: a Penrosian approach to the seafood processing industry', *International Institute of Fisheries Economics and Trade Conference*, Montpellier, France, 12-16 July 2010.

Simmons, G. (2010). 'A Penrosian approach to innovative, sustainable fisheries', *International PhD Workshop on Technology and Social Well-Being, Institute for Technology, Enterprise and Competitiveness (ITEC), Doshisha University*. Kyoto, Japan, 13 March 2010.

**Invited Talks and Seminars**

Simmons, G. 'Closer to reality: Sixty four years of unreported and dumped marine catch, New Zealand 1950-2013'. The University of Otago. Dunedin. 9th September 2016.

Simmons, G. 'The two polar approaches to capturing value: Evidence from New Zealand and Icelandic fishing industries'. Fisheries Agency. Taipei, Taiwan. 2nd August 2016.

Simmons, G. 'Linking human trafficking for forced labour, environmental abuses, and IUU fishing'. Department of Labour Relations, National Chung Cheng University, Taiwan. 27th October 2015.

Salmond, A., and Simmons, G. (2015). 'Increase Your Outreach: Talking to journalists about your research'. Distinguished Professor Dame Anne Salmond and Dr Glenn Simmons; hosted by Associate DVCR Professor Merryn Gott. University of Auckland Business School, 6 August 2015.

Simmons, G. Panellist at the Global Muckraking: Journalism, Human Rights and Social Chain Conference. Columbia University's International, Media, Advocacy and Communications specialization (IMAC), and the concentrations of Human Rights and Humanitarian Affairs, Economic and Political Development, and Energy and Environment, Columbia University. New York, 17 October 2014.

Stringer, C., Simmons, G., Haworth, N. and Whittaker, H. New Zealand's fishing industry foreign charter vessel sector: An evolving governance arena. PACIBER Meeting, San Francisco, 28 June – 1 July 2014.

Simmons, G., and Whittaker, H. 'The two polar approaches to wealth creation: Evidence from the New Zealand seafood industry', Upgrading Along the Global Fisheries Value Chain, New Zealand Asia Institute, University of Auckland. Auckland. 5-6 December 2013.

Stringer, C. and Simmons, G. 'The nature of the problem: forced labour in the New Zealand fishing industry', Workshop on human trafficking in the seafood sector. Washington DC, 28 October 2013.

Stringer, C. and Simmons, G. 'The current legal and regulatory environment in New Zealand', Workshop on human trafficking in seafood sector. Washington DC, 28 October 2013.

Simmons, G. and Stringer, C. 'Re-thinking fisheries global value chains', ITF/IUF (International Transport Workers' Federation/International Union of Food Workers) Asia Pacific Regional Fisheries Workshop. Auckland, 15 October 2013.

Simmons, G., Stringer, C., Whittaker, H. and Henare, M. 'Rethinking iwi global value chains', Presentation to Te Puni Kokiri Ministry for Maori Development, and the Federation of Maori Authorities. Auckland, 21 June 2013.

Stringer, C. and Simmons, G. 'Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels', Presentation to New Zealand Customs Service. Auckland, 6 June 2013.

Simmons, G., Whittaker, H., Henare, M. and Stringer, C. 'Fisheries global value chains: An alternative?' Presentation to His Excellency Dr Fuad Jaffer Al-Sajwani, Minister of Agriculture & Fisheries Wealth, Sultanate of Oman. Auckland, 22 April 2013.

Stringer, C. and Simmons, G. 'Is the New Zealand foreign charter fishing sector a model for the world?' University of Akureyri. Iceland, 23 May 2012.

Stringer, C., Simmons, G. and Coulston, D. 'Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels', Department of Management and International Business public seminar. Auckland, 11 August 2011.

Simmons, G., Stringer, C., Whittaker, H. and Henare, M. 'A new value chain for the Aotearoa New Zealand fisheries industry', Presentation to Ministry of Fisheries. Auckland, 9 March 2011.

Simmons, G., Stringer, C., Whittaker, H. and Henare, M. 'A new future for the Aotearoa New Zealand seafood industry', Presentation to Ngati Kahungunu Iwi Inc. Fisheries Wananga. Masterton, 3 December 2010.

**Selected Confidential Briefings**

Simmons, G. 'Fisheries Issues'. *Confidential briefing to the Minister of Fisheries*, New Zealand Asia Institute, University of Auckland Business School. Auckland, 2 November 2017.

Simmons, G., and Haworth, N. 'Human trafficking for forced labour and IUU fishing on the high seas'. *Confidential briefing to the National Oceanic and Atmospheric Administration (NOAA)*. Silver Spring, Maryland, USA, 3 June 2016.

Simmons, G. 'Carnage in the Antarctic: The untold story of environmental impact of IUU toothfish vessels'. *Presentation of findings to U.S. Department of State*. Auckland, 11 March 2016.

Simmons, G. 'Linking human trafficking for forced labour and IUU fishing'. *Confidential briefing to the Minister's Office, Ministry of Marine Affairs and Fisheries*. Jakarta, Indonesia, 6 July 2015.

Simmons, G., and Stringer, C. 'Reconstruction of marine catches for New Zealand (1950-2012)'. *Presentation of findings to Department of Prime Minster and Cabinet*. Wellington, 26 March 2015.

Simmons, G., Stringer, C., and Haworth, N. 'Reconstruction of marine catches for New Zealand (1950-2012)'. *Presentation of findings to Ministry for Primary Industries*. Auckland, 19 March 2015.

Simmons, G. and Stringer, C. 'Human trafficking for forced labour, and other labour practices in the foreign charter vessel sector'. *Confidential briefing to the Labour Inspectorate, Ministry of Business, Innovation and Employment.* Auckland, 8 October 2014.

Simmons, G. and Stringer, C. 'Forced labour in the New Zealand fishing Industry', *Testimony in Secret before the Primary Production Committee, New Zealand Parliament, Fisheries (Foreign Charter Vessels and other matters) Amendment Bill Session.* Wellington, 16 April 2013.

Stringer, C., Simmons, G., Whittaker, H. and Henare, M. 'The New Zealand fishing Industry: Part II' *Testimony in Private to Ministerial Inquiry into the use and operation of Foreign Charter Vesse*ls'. Wellington, 7 November 2011.

Stringer, C., Simmons, G., Whittaker, H. and Henare, M. 'The New Zealand fishing Industry: Part I' *Testimony in Private to Ministerial Inquiry into the use and operation of Foreign Charter Vessels'.* Auckland, 26 October 2011.

Simmons, G. and Stringer, C. 'Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels', *Presentation of findings to Ambassador-at-large to Monitor and Combat Trafficking in Persons, U.S. Department of State.* Auckland, 16 July 2011.

Stringer, C., Simmons, G. and Whittaker, H. 'Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels', *Presentation of findings to Ministry of Fisheries.* Wellington, 26 June 2011.

Stringer, C., Simmons, G. and Whittaker, H. 'Not in New Zealand's waters, surely? Labour and human rights abuses aboard foreign fishing vessels', *Presentation of findings to Department of Prime Minster and Cabinet.* Wellington, 26 June 2011.

**MEDIA COVERAGE**

**Documentary Appearances**

Whittaker, H., and Simmons, G. *'Innovativeness of the Icelandic fisheries industry'* (2013). Made by Hilda Jana Gísladóttir.  N4 TV Current Affairs. Iceland. 10 and 12 May 2013.

Simmons, G. *'The Price of Fish'*: An Inside New Zealand documentary (2012). Directed by Guye Henderson, Howard Taylor Productions. The 'Price of Fish' investigates the ways foreign charter fishing vessels - so called 'slave ships' - are plundering New Zealand fish stocks and abusing their Indonesian crews. TV3, 3 August 2012.

## Selected Media Appearances and Research Coverage

Pala, C. (2017). 'Study of industry that calls itself "world leader" finds that vessels illegally discard a third of their catch'. *Earth Island Journal, California, USA.* 27 February 2017. Available at: http://www.earthisland.org/journal/index.php/elist/eListRead/new_zealand_fishing_industry_driving_maui_hectors_dolphin_to_extinction.

LegaSea (2016). 'NZ public loses faith in the fisheries management'. *LegaSea*. 18 November 2016. Available at: http://business.scoop.co.nz/2016/11/18/nz-public-loses-faith-in-the-fisheries-management/.

Radio NZ (2016). 'Fishing cams fall short on prevention – Labour'. *Radio NZ News*. 12 November 2016. Available at: http://www.radionz.co.nz/news/national/317928/fishing-cams-fall-short-on-prevention-labour.

Stewart, R. (2016). 'Opinion: Rachel Stewart: You can't hide from the facts'. *NZ Herald*. 9 November 2016. Available at: http://www.nzherald.co.nz/politics/news/article.cfm?c_id=280&objectid=11744373.

Stewart, R. (2016). 'Opinion: Rachel Stewart: Path of destruction and dim-wittedness'. *NZ Herald*. 2 November 2016. Available at: http://www.nzherald.co.nz/opinion/news/article.cfm?c_id=466&objectid=11739742.

Professional Skipper (2016). '*MPI puts fox in charge of the hen house'*. Professional Skipper, pg. 36-37*.

Fishing and Outdoors (2016). 'MPI extremely reluctant to deliver more fish dumping reports'. *Fishing and Outdoors*. November issue, pg. 10. Available at: http://fishingoutdoors.org/112016/FLASH/index.html.

Pankhurst, T. (2016). 'Opinion: Tim Pankhurst: Fish dumping universal but can be fixed, says Seafood NZ'. *NZ Herald*. 6 October 2016. Available at: http://www.nzherald.co.nz/business/news/article.cfm?c_id=3&objectid=11723019.

Editor NZ Fisher (2016). 'Editorial: MPI 'up to their necks' in the fish-dumping scandal; MPI needs to be overhauled, following damning report'. *NZ Fisher*. October 2016, Issue 63. https://gallery.mailchimp.com/5d03696af13077455b94688fb/files/NZ_Fisher_Issue_63.pdf.

New Zealand Fishing News. (2016). MPI fish-dumping decision making 'flawed'. *New Zealand Fishing News* magazine. October 2016.

Rose, C. (2016). 'Collusion, corruption, contradictions and cover ups in fishing industry, stink'. *Christine Rose*. October 2016. Available at: http://christinerosenz.tumblr.com/post/152105135917/collusion-corruption-contradictions-and-cover.

Carter, G. (2016). 'Fishing industry admit continual failures'. *Fishing and Outdoors*. October issue, pg. 12. Available at: http://fishingoutdoors.org/102016/FLASH/index.html.

Fishing and Outdoors (2016). 'Fisheries Management Needs Full Inquiry'. *Fishing and Outdoors*. October issue, pg. 4. Available at: http://fishingoutdoors.org/102016/FLASH/index.html.

Smith, R., and Carter, G. (2016). 'MPI – complete scumbags'. *Fishing and Outdoors*. October 2016 issue, pg. 1. Available at: http://fishingoutdoors.org/mpi-and-commercial-fishing-info/2092-mpi-%E2%80%93-complete-scumbags.html; and http://fishingoutdoors.org/102016/FLASH/index.html.

Morrah, M. (2016). Opinion: The fishing fiasco - the anatomy of MPI's public relations disaster. *Newshub*. 30 September 2016. Available at: http://www.newshub.co.nz/nznews/opinion-the-fishing-fiasco---the-anatomy-of-a-public-relations-disaster-2016093016.

Morrah, M. (2016). John Key backs MPI Minister despite fish dumping inaction. *Newshub TV3*. 26 September 2016. Available at: http://www.newshub.co.nz/politics/john-key-backs-mpi-minister-despite-fish-dumping-inaction-2016092619.

The Listener (2016). Editorial: Illegal fish dumping has taken place on a scandalous scale. *The Listener*. 23 September 2016. Available at: http://www.listener.co.nz/commentary/features/quota-dumping-system/#print.

LegaSea (2016). MPI flounders and confounds. *LegaSea*. 23 September 2016. https://www.legasea.co.nz/fryday-fryup/fryday-fryup-23-september/.

NZ Herald (2016). Editorial Opinion: Co-operation better serves conservation. *NZ Herald*. 23 September 2016. Available at: http://m.nzherald.co.nz/opinion/news/article.cfm?c_id=466&objectid=11714836.

Shaw, J. (2016). Parliament: 22.09.16 - Question 4 - James Shaw to the Minister for Primary Industries: 'Does he stand by his statement that there is no "hard evidence" to support the Director of Fisheries Management's claim that fish discarding is a systemic failure of the current system?' *Hansard*. 22 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178339.

Small, V. (2016). Opinion: Vernon Small: Fish-dumping report raises serious questions about ministry's culture. *Stuff*. 22 September 2016. Available at: http://www.stuff.co.nz/national/politics/opinion/84494867/fishdumping-report-raises-serious-questions-about-ministrys-culture.

Radio NZ (2016). Emails reveal how MPI backed away from prosecutions. *Radio NZ Morning Report*. 22 September 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201817090/emails-reveal-how-mpi-backed-away-from-prosecutions.

Pennington, P. (2016). MPI officials back-tracked on fish dumping case. *Radio NZ*. 22 September 2016. Available at:  http://www.radionz.co.nz/news/national/313891/mpi-officials-back-tracked-on-fish-dumping-case.

Davidson, I. (2016). Calls for new inquiry into fish dumping intensify. *NZ Herald*. 22 September 2016. Available at: http://www.nzherald.co.nz/politics/news/article.cfm?c_id=280&objectid=11714959.

Morrah, M. (2016). MPI 'up to their necks' in fish-dumping scandal. *Newshub TV3*. 21 September 2016. Available at: http://www.newshub.co.nz/nznews/mpi-up-to-their-necks-in-fish-dumping-scandal-2016092118.

Davis, K. (2016). Parliament: 21.09.16 - Question 11 - Kelvin Davis to the Minister for Primary Industries: 'Why were bag limits for recreational fishers reduced when the Ministry for Primary Industries has ignored thousands of tonnes of fish being dumped by the commercial sector for years?'. *Hansard*. 21 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178234.

LegaSea (2016). A Commission of Inquiry is the only answer. *LegaSea*. 21 September 2016. Available at: https://www.legasea.co.nz/media-releases/a-commission-of-inquiry-is-the-only-answer/.

Otago Daily Times (2016). Editorial: Sustainable fishing threatened. *Otago Daily Times*. 21 September 2016. Available at: https://www.odt.co.nz/opinion/editorial/sustainable-fishing-threatened.

Sage, E. (2016). Parliament: 20.09.16 - Question 4 - Eugenie Sage to the Minister for Primary Industries: 'Does he stand by his predecessor's statement that "Protecting our aquatic environment by setting environmental standards and fostering good fishing practices results in sustainable fisheries?' *Hansard*. 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178155.

Parker, D. (2016). Parliament: 20.09.16 - Question 8 - Hon David Parker to the Minister for Primary Industries: 'Does he stand by his statement on 18 May 2016 regarding investigations into illegal fish dumping that "There's been no cover-up here. These are internal, draft investigations, part of which has been unfortunately leaked"; if so, does he now also think it's unfortunate that a report by Michael Heron QC released last week found MPI's decision not to prosecute was flawed?'. *Hansard*. 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178158.

Parker, D. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 1 Hon David Parker (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178162.

Guy, N. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 2 MPI Minister Nathan Guy (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178163.

Sage, E. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 3 Eugenie Sage (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178164.

Prosser, R. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 4 Richard Prosser (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178165.

McKelvie, I. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 5 Ian McKelvie (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178167.

Davis, K. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 6 Kelvin Davis (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178166.

Simpson, S. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 7 Scott Simpson (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178169.

Mahuta, N. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping - Part 8 Nanaia Mahuta (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178168.

Smith, S. (2016). Parliament Urgent Debate - Inquiry into MPI's handling of illegal fish dumping -Part 9 Stuart Smith (*Parliament TV and Radio*). 20 September 2016. Available at: https://www.parliament.nz/en/watch-parliament/ondemand?itemId=178170.

Prosser. R. (2016). Government Lack of Action on Fisheries Management Appalling. NZ First Press Release, *Scoop*. 20 September 2016. Available at: http://business.scoop.co.nz/2016/09/20/government-lack-of-action-on-fisheries-management-appalling/.

Dawson, P. (2016). Fish dumping report finds that MPI obstructed the prosecution process. *Dawson and Associates*. 20 September 2016. Available at: http://www.maritimelaw.co.nz/blog-item/414/.

Radio NZ (2016). Can the public have confidence in the fishing industry? *Radio NZ Nine to Noon with Katheryn Ryan*. 20 September 2016. Available at: http://www.radionz.co.nz/national/programmes/ninetonoon/audio/201816812/can-the-public-have-confidence-in-the-fishing-industry.

Radio NZ (2016). 'Fisher says ministry is soft on commercial operators'. *Radio NZ – Morning Report*. 20 September 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201816800/fisher-says-ministry-is-soft-on-commercial-operators.

Radio NZ (2016). Nathan Guy responds to calls for fish dumping inquiry. *Radio NZ Morning Report*. 20 September 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201816787/nathan-guy-responds-to-calls-for-fish-dumping-inquiry.

Jones, N. (2016). Urgent debate on illegal fish dumping as opposition MPs say they feel misled by senior MPI officials. *NZ Herald*. 20 September 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11713455.

Morgan, G. (2016. 'Fishing Quota Management System Needs Reform'. *The Morgan Foundation*. 19 September 2016. Available at: http://morganfoundation.org.nz/fishing-quota-management-system-needs-reform/.

Sage, E. (2016). Nathan Guy needs to sort out disastrous fisheries management. *Green Party*. 19 September 2016. https://www.greens.org.nz/news/press-release/nathan-guy-needs-sort-out-disastrous-fisheries-management.

Sherman, M. (2016). Labour calls for fish dumping inquiry at MPI. *Newshub*. 19 September 2016). Available at: http://www.newshub.co.nz/politics/labour-calls-for-fish-dumping-inquiry-at-mpi-2016091905.

Radio NZ (2016). MPI responds to damning fish dumping report. *Radio NZ Morning Report*. 19 September 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201816651/mpi-responds-to-damning-fish-dumping-report.

Young, C. (2016). MPI official admits fish dumping widespread. *Radio NZ*. 19 September 2016. Available at: http://www.radionz.co.nz/news/national/313631/mpi-official-admits-fish-dumping-widespread.

Bootham, L. (2016). MPI 'captured' by fishing industry – Greenpeace. *Radio NZ*. 17 September 2016. Available at: http://www.radionz.co.nz/news/national/313540/mpi-'captured'-by-fishing-industry-greenpeace.

Radio NZ (2016). New technology to improve fisheries monitoring – MPI. *Radio NZ*. 17 September 2016. Available at: http://www.radionz.co.nz/news/national/313560/new-technology-to-improve-fisheries-monitoring-mpi.

Thomas, R. (2016). 'Fish dumping probe slammed'. *Waikato Times*. 17 September 2016. Available at: https://www.pressreader.com/new-zealand/manawatu-standard/20160917/281797103459274.

Rachel Thomas (2016). 'Rachel Thomas – The Government's decision to not prosecute commercial fishers over illegal fish dumping was 'flawed''. *Nelson Mail*. 17 September 2016. Available at: https://www.pressreader.com/new-zealand/nelson-mail/20160917/281767038688996/textview.

Stanford, J. (2016). Call to remove MPI from fisheries management after damning report. *Newstalk ZB*. 17 September 2016. Available at: http://www.newstalkzb.co.nz/news/national/call-to-remove-mpi-from-fisheries-management-after-damning-report/.

Xinhua News (2016). Illegal fishing report reveals "mockery" of New Zealand fisheries policy. *Xinhua News Agency*. 16 September 2016. Available at: http://news.xinhuanet.com/english/2016-09/16/c_135690776.htm.

Morrah, M. (2016). Email shows MPI feared prosecuting fish dumpers. *Newshub TV3*. 16 September 2016. Available at: http://www.newshub.co.nz/nznews/email-shows-mpi-feared-prosecuting-fish-dumpers-2016091619.

Green Party (2016). 'MPI must stop letting commercial fishers off the hook'. *Green Party*. 16 September 2016. Available at: https://www.greens.org.nz/news/press-release/mpi-must-stop-letting-commercial-fishers-hook.

Tirikatene, R. (2016). 'Flawed' MPI and flawed Minister need to enforce the law over fish dumping'. *Labour Party*. 16 September 2016. Available at: http://www.labour.org.nz/flawed_fish_dumping_calls.

Mills, K. (2016). Corpses of dead endangered dolphins caught in fishing nets are dumped overboard in shocking footage. *Mirror, UK*. 16 September 2016. Available at: http://www.mirror.co.uk/news/world-news/dead-endangered-dolphins-caught-fishing-8850261.

Newstalk ZB (2016). 'MPI's decision not to prosecute for illegal fish dumping 'flawed' – report'. *Newstalk ZB*. 16 September 2016. Available at: http://www.newstalkzb.co.nz/news/politics/mpis-decision-not-to-prosecute-for-illegal-fish-dumping-flawed-report/.

Davidson, I. (2016). 'We need to know why this happened': MPI releases footage of rare dolphin deaths. *Newstalk ZB*. 16 September 2016. Available at: http://www.newstalkzb.co.nz/news/politics/we-need-to-know-why-this-happened-mpi-releases-footage-of-rare-dolphin-deaths/.

Tirikatene, R. (2016). 'Flawed fish dumping calls - Rino Tirikatene'. *Voxy*. 16 September 2016. Available at: http://www.voxy.co.nz/politics/5/263158.

Boot, S. (2016). 'MPI chose not to prosecute fish dumping out of fears of embarrassment, law still regularly broken, review says'. *National Business Review*. 16 September 2016. Available at: http://www.nbr.co.nz/article/mpi-chose-not-prosecute-fish-dumping-out-fears-embarrassment-law-still-regularly-broken.

FINZ (2016). 'Industry keen to improve fisheries management system'. *Fisheries Inshore New Zealand*. 16 September 2016. Available at: http://www.scoop.co.nz/stories/BU1609/S00554/industry-keen-to-improve-fisheries-management-system.htm.

LegaSea (2016). 'MPI needs to be overhauled, following damning report'. LegaSea. 16 September 2016. Available at: https://www.legasea.co.nz/media-releases/mpi-needs-to-be-overhauled-following-damning-report/.

NZ City (2016). 'Fish prosecution process flawed: report'. *NZ City News*. 16 September 2016. Available at: http://home.nzcity.co.nz/news/article.aspx?id=233421&cat=987&fm=newsmain%2Cnarts.

Morrah, M., and Wong, S. (2016). 'Investigation finds MPI's fish dumping decision 'flawed''. *Newshub TV3*. 16 September 2016. Available at: http://www.newshub.co.nz/politics/investigation-finds-mpis-fish-dumping-decision-flawed-2016091611.

One News (2016). 'Video: Shocking footage of dead endangered dolphins not enough for MPI to prosecute over illegal dumping'. *One News*. 16 September 2016. Available at:

https://www.tvnz.co.nz/one-news/new-zealand/video-shocking-footage-dead-endangered-dolphins-not-enough-mpi-prosecute-over-illegal-dumping.

Radio NZ (2016). 'Decision not to prosecute fish dumpers was 'flawed' – inquiry'. *Radio NZ News*. 16 September 2016. Available at: http://www.radionz.co.nz/news/national/313475/decision-not-to-prosecute-fish-dumpers-was-'flawed'-inquiry.

Davidson, I. (2016). 'Failure to prosecute for illegal fish dumping 'flawed''. *NZ Herald*. 16 September 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11711179.

Thomas, R. (2016). 'Independent report into illegal fish dumping slams MPI's 'flawed' handling of Operation Achilles'. *Sunday Star Times*. 16 September 2016. Available at: http://www.stuff.co.nz/sunday-star-times/latest-edition/latest-news/84342216/Independent-report-into-illegal-fish-dumping-slams-MPIs-flawed-handling-of-Operation-Achilles; or http://www.stuff.co.nz/business/84342216/ministry-of-primary-industrys-fish-dumping-operation-achilles-found-to-be-flawed.

MPI (2016). MPI accepts findings of independent review into fisheries compliance operations. *MPI*. 16 September 2016. Available at: https://www.mpi.govt.nz/news-and-resources/media-releases/mpi-accepts-findings-of-independent-review-into-fisheries-compliance-operations/.

Taylor, P. (2016). 'Why fishing review was ordered'. *NZ Herald*. 16 September 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11711150.

Vance, A. (2016). 'Review into MPI fish dumping investigation to be released'. *TV One News*. 16 September 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/review-into-mpi-fish-dumping-investigation-released.

Taylor, P. (2016). 'Fishing watchdog compromised, Government told'. *NZ Herald*. 13 September 2016. Available at: http://www.nzherald.co.nz/fishing-industry/news/article.cfm?c_id=44&objectid=11708266.

Young, A. (2016). 'John Key concedes criticism by fisheries bosses over consultation but sounds own warning'. *NZ Herald*. 31 August 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11702385.

Torkington, B. (2016). 'Opinion - Barry Torkington: Fishing's monopoly structure stifles growth'. *Dominion Post, Stuff*. 31 August 2016. Available at: http://www.stuff.co.nz/business/opinion-analysis/83745693/barry-torkington-fishings-monopoly-structure-stifles-growh.

LegaSea (2016). 'More evidence that MPI doesn't prosecute fish dumping'. *LegaSea*. 26 August 2016. Available at: http://www.legasea.co.nz/inquiry/2016/08/26/more-evidence-that-mpi-doesnt-prosecute-fish-dumping/.

Pennington, P. (2016). 'Fish dumping less than 1 percent of prosecutions'. Radio NZ. 26 August 2016. Available at: http://www.radionz.co.nz/news/national/311844/few-fish-dumping-prosecutions,-figures-show.

Fishing and Outdoors (2016). 'Commercial fishers lying is a way of life'. *Fishing and Outdoors*. August issue, pg. 17. Available at: http://fishingoutdoors.org/082016/FLASH/index.html.

Fishing and Outdoors (2016). 'MPI should be stripped from fish monitoring.' *Fishing and Outdoors*. August 2016 issue, pg. 16. http://fishingoutdoors.org/082016/FLASH/index.html.

Fishing and Outdoors (2016). 'MPI – radical change required'. *Fishing and Outdoors*. August 2016 issue, pg. 16. Available at: http://fishingoutdoors.org/082016/FLASH/index.html.

Pennington, P. (2016). 'MPI refuses to release final fish dumping report'. *Radio NZ News*. 31 July 2016. Available at: http://www.radionz.co.nz/news/national/309802/mpi-refuses-to-release-final-fish-dumping-report.

WWF (2016). 'Minister refuses to take responsibility for investigation into dolphin death'. *World Wildlife Fund*. 12 July 2016. Available at: http://www.wwf.org.nz/?13901/Minister-refuses-to-take-responsibility-for-investigation-into-dolphin-death.

Fishing and Outdoors (2016). 'NZ Seafood industry in denial'. *Fishing and Outdoors*. July issue, pg. 5. Available at: http://fishingoutdoors.org/072016/FLASH/index.html.

Fishing and Outdoors (2016). 'Arrogance sinks fishing industry'. *Fishing and Outdoors*. July issue, pg. 4. Available at: http://fishingoutdoors.org/072016/FLASH/index.html.

New Zealand Fishing News. (2016). 'What a tangled web we weave'. *New Zealand Fishing News*, July 2016 issue.

Ingram, K. (2016). 'Something is Fishy Here: Something smells in the fishing industry – and it's not fish'. *Professional Skipper*. July/Aug Issue. Available from: http://skipper.co.nz/shop/s-112-julaug-2016-with-aquaculture/.

Bess, R. (2016). 'Opinion: Fishing for answers to the gap between the official fish discard rate and a study's findings - Dr Randell Bess'. *The Dominion Post*. 30 June 2016. Available at: http://www.stuff.co.nz/dominion-post/comment/81612293/randall-bess--fishing-for-answers-to-the-gap-between-the-official-fish-discard-rate-and-a-studys-findings.

Bess, R. (2016). 'Opinion: Closing our eyes to unreported dumped bycatch from data - Dr Randall Bess'. *The New Zealand Initiative*. 28 June 2016. Available at: https://nzinitiative.org.nz/insights/opinion/closing-our-eyes-to-unreported/.

Hansford, D. (2016). 'The Stink of Rotten Fish'. *New Zealand Geographic*. Available at: https://nzgeo.com/stories/the-stink-of-rotten-fish/.

New Zealand Fishing World (2016). 'Sequence of failures gives reason for change'. *New Zealand Fishing World – LegaSea*. 13 June 2016. Available at: http://www.nzfishingworld.co.nz/latest/2016/06/sequence-failures-gives-reason-change.

Bess, R. (2016). 'Opinion: Fix fishing from the top'. *The National Business Review*. 10 June 2016. Available at: https://nzinitiative.org.nz/insights/opinion/fix-fishing-from-the-top/.

Torkington, B. (2016). 'Opinion: Barry Torkington: Challenges convention at the NZ Fisheries Symposium'. *Gulf Journal*. June 2016. Available at: http://gulfjournal.org.nz/article/barry-torkington-challenges-convention-at-the-nz-fisheries-symposium/.

Tregidga, J. (2016). 'Opinion: John's Perspective: Wasteful isn't good enough'. *Gulf Journal*. June 2016. http://gulfjournal.org.nz/article/johns-perspective-5/.

Radio NZ (2016). 'Allegation of fish dumping. *Radio NZ – Morning Report*. 3 June 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201803144/allegation-of-fish-dumping.

Bess, J. (2016). 'Fishing in troubled waters: Dr Randall Bess'. *The New Zealand Initiative Insights Magazine*. 3 June 2016. Available at: https://nzinitiative.org.nz/insights/opinion/fishing-in-troubled-waters/.

Kan, R. (2016). 'Opinion: Raybon Kan: We despicable humans are not to be trusted'. *NZ Herald*. 2 June 2016. Available at: http://www.nzherald.co.nz/opinion/news/article.cfm?c_id=466&objectid=11648955.

McKinnel, T. (2016). Opinion: Tim McKinnel; 'If the fish stinks ...'. *Public Address*. 2 June 2016. Available at: http://publicaddress.net/speaker/if-the-fish-stinks/.

Rea, T. (2016). 'Commission of Inquiry Urgently Needed'. *NZ Fisher*. June 2016 Issue. Available at: https://gallery.mailchimp.com/5d03696af13077455b94688fb/files/NZ_Fisher_Issue_60.pdf.

Peters, W., and Prosser, R. (2016). 'NZ First Calls For Commission Of Inquiry Into Fisheries Management'. Scoop. 1 June 2016. Available at: http://nzfirst.org.nz/news/new-zealand-first-calls-commission-inquiry-fisheries-management.

Carter, G., and Smith, R. (2016). 'MPI Busted and in full denial'. *Fishing and Outdoors*. June Issue. Pg. 20. Available at: http://fishingoutdoors.org/062016/FLASH/index.html. http://www.fishingoutdoors.org/using-joomla/extensions/components/content-component/article-category-list/1919-june-2016-edition.html.

Fishing and Outdoors. (2016). 'MPI BUSTED - Rotten to the very core'. *Fishing and Outdoors*. June Issue. Pg. 1. Available at: http://fishingoutdoors.org/062016/FLASH/index.html. http://www.fishingoutdoors.org/using-joomla/extensions/components/content-component/article-category-list/1919-june-2016-edition.html.

Satherley, D. (2016). 'Bad apples' behind fish-dumping – John Key. *Newshub - Paul Henry*. 30 June 2016. Available at: http://www.newshub.co.nz/politics/bad-apples-behind-fish-dumping---key-2016053007#axzz4ASrJVcr8.

Greenpeace NZ (2016). 'Minister confirms Greenpeace allegations of fishing industry policing itself'. *Scoop*. 30 May 2016. Available at: http://www.scoop.co.nz/stories/PO1605/S00445/minister-confirms-greenpeace-allegations-of-fishing-industry.htm.

Stuff (2016). 'Government rejects 'fox in the henhouse' criticism'. *Stuff Politics*. 31 May 2016. Available at: http://www.stuff.co.nz/national/politics/80515926/Government-rejects-fox-in-the-henhouse-criticism.

One News (2016). 'Fishing industry hits back at fuming Greenpeace over new monitor contract'. *One News*. 29 May 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/fishing-industry-hits-back-fuming-greenpeace-over-new-monitor-contract.

Jones, N. (2016). 'Greenpeace critical of fishing contract'. *NZ Herald*. 29 May 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11647037.

Bartlett, H. (2016). 'Greenpeace urges inquiry into MPI handling of fisheries'. *Newstalk ZB*. 29 May 2016. Available at: http://www.newstalkzb.co.nz/news/national/greenpeace-urges-inquiry-into-mpi-handling-of-fisheries/.

Gudsell, K. (2016). 'Fishing industry monitoring own boats – Greenpeace'. *Radio NZ News*. 29 May 2016. Available at: http://www.radionz.co.nz/news/national/305112/fishing-industry-monitoring-boats-greenpeace.

Gisborne Herald (2016). ''Yes' to commercial fishing inquiry'. *Gisborne Herald*. 28 May 2016. Available at: http://gisborneherald.co.nz/localnews/2324404-135/yes-to-commercial-fishing-inquiry.

Moroney, R. (2016). Editorial: Fish stocks a problem we must solve. *Hawkes Bay Today*. 28 May 2016. Available at: http://www.nzherald.co.nz/hawkes-bay-today/news/article.cfm?c_id=1503462&objectid=11646582&ref=rss.

Hobson, B. (2016). 'MPI 'too close' to fishing operations -- Professor Bruce Robertson'. *Newshub*. 24 May 2016. Available at: http://www.newshub.co.nz/politics/mpi-too-close-to-fishing-operations----professor-bruce-robertson-2016052415#ixzz49gPYZO4N

One News (2016). 'MPI speeds up fishing vessel camera rollout to get tough on 'ratbags'. *TV One News*. 24 May 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/mpi-speeds-up-fishing-vessel-camera-rollout-get-tough-ratbags.

Radio NZ (2016). 'Guy spurs MPI on fishing surveillance'. *Radio NZ News*. 24 May 2016. Available at: http://www.radionz.co.nz/news/political/304652/guy-spurs-mpi-on-fishing-surveillance.

Price, R. (2016). 'Minister moves to fast-track fisheries monitoring after fish dumping'. *Stuff Politics*. 24 May 2016. Available at: http://i.stuff.co.nz/national/politics/80320964/Minister-moves-to-fast-track-fisheries-monitoring-after-fish-dumping.

Guy, N. (2016). Faster rollout of fisheries monitoring. The New Zealand Government, 24 May 2016. Available at: https://www.beehive.govt.nz/release/faster-rollout-fisheries-monitoring?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+beehive-govt-nz%2Fminister%2Fnathanguy+%28Nathan+Guy+-+beehive.govt.nz%29.

Baker, R. (2016). Opinion: Richard Baker: Who's running our fisheries? *NZ Herald*. 24 May 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11643654.

Dunne, M. (2016). Announcement from MPI's Director-General in relation to independent review. *MPI*. 24 May 2016. Available at: https://www.mpi.govt.nz/news-and-resources/media-releases/announcement-from-mpis-director-general-in-relation-to-independent-review/.

Montgomerie, J. (2016). 'Timaru fishermen dumped fish, internal Government report suggests'. *The Timaru Herald*. 22 May 2016. Available at: http://i.stuff.co.nz/timaru-herald/news/80213431/timaru-fishermen-dumped-fish-internal-government-report-suggests.adaptive.html.

Plumb, S. (2016). 'Fishers hopeful of review'. *NZ Herald on Sunday*. 22 May 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11642695.

Prosser, R. (2016). 'Land All Fish Caught To Stop Dumping'. *Scoop – New Zealand First Party*. 22 May 2016. Available at: http://nzfirst.org.nz/news/land-all-fish-caught-stop-dumping.

New Zealand First (2016). 'Serious Measures to Stop Fish Dumping Needed. *Scoop*. 21 May 2016. Available at: http://business.scoop.co.nz/2016/05/21/serious-measures-to-stop-fish-dumping-needed/.

Collins, B. (2016). 'Seafood NZ in damage control after revealing report'. *Radio NZ News*. 20 May 2016. Available at: http://www.radionz.co.nz/news/political/304365/seafood-nz-in-damage-control-after-revealing-report.

One News (2016. 'McDonald's responds after being dragged into New Zealand fish sustainability row'. *TV One News*. 20 May 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/mcdonalds-responds-after-being-dragged-into-new-zealand-fish-sustainability-row.

Pennington, P. (2016). 'Were fish dumpers let off the hook?' *Radio NZ News*. 20 May 2016. Available at: http://www.radionz.co.nz/news/national/304306/were-fish-dumpers-let-off-the-hook.

World Wildlife Fund (2016). 'Failure to report dolphin death must be investigated'. *Scoop*. 20 May 2016. Available at: http://www.scoop.co.nz/stories/PO1605/S00261/failure-to-report-dolphin-death-must-be-investigated.htm.

Morrah, M. (2016). 'Exclusive: More evidence suggests MPI knew of fishery wrongdoing'. *Newshub TV3 News*. 20 May 2016. Available at: http://www.newshub.co.nz/nznews/exclusive-more-evidence-suggests-mpi-knew-of-fishery-wrongdoing-2016052018#ixzz49FeP1LkQ.

Sackton, J. (2016). 'Daniel Pauly Project Claims New Zealand's Quota Management System is Flawed'. *Seafood News*. 20 May 2016. Available at: http://www.seafoodnews.com/Story/1019015/Daniel-Pauly-Project-Claims-New-Zealands-Quota-Management-System-is-Flawed.

Radio NZ (2016). 'Calls for fish inquiry to be broadened. *Radio NZ – Nine to Noon with Katheryn Ryan*. 20 May 2016. Available at: http://www.radionz.co.nz/national/programmes/ninetonoon/audio/201801439/calls-for-fish-inquiry-to-be-broadened.

Marwick, F., and Burrow, A. (2016). 'Fisheries fiasco: MPI failing to enforce law'. *Newstalk ZB Politics*. 20 May 2016. Available at: http://www.newstalkzb.co.nz/news/politics/fisheries-fiasco-mpi-failing-to-enforce-law/.

Sea Shepherd (2016). 'Review of NZ fishing scandal needs to be transparent'. *Scoop – Sea Shepherd Conservation Society*. 20 May 2016. Available at: http://www.scoop.co.nz/stories/PO1605/S00257/review-of-nz-fishing-scandal-needs-to-be-transparent.htm.

Jones, J. (2016). 'Editorial: Full inquiry into fishing practices seems best way forward'. *Gisborne Herald*. 20 May 2016. Available at: http://gisborneherald.co.nz/opinion/2312455-135/full-inquiry-into-fishing-practices-seems.

Wanganui Chronical (2016) 'Editorial: Fishing is killing its own future'. *Wanganui Chronical*. 20 May 2016. Available at: http://www.nzherald.co.nz/wanganui-chronicle/opinion/news/article.cfm?c_id=1503423&objectid=11641827.

Green Party (2016). 'Govt must clamp down on illegal fish dumping'. *Scoop – Green Party*. 19 May 2016. Available at: http://www.scoop.co.nz/stories/PA1605/S00354/govt-must-clamp-down-on-illegal-fish-dumping.htm.

Tirikatene, R. (2016). 'Labour calls for independent inquiry into illegal fish dump'. *Scoop*. 19 May 2016. Available at: http://www.scoop.co.nz/stories/PA1605/S00352/labour-calls-for-independent-inquiry-into-illegal-fish-dump.htm.

Newshub (2016). 'Investigate MPI following fishing revelations – Labour'. *Newshub*. 19 May 2016. Available at: http://www.newshub.co.nz/nznews/investigate-mpi-following-fishing-revelations---labour-2016051909#axzz49qdFQSyB.

Mitson, E. (2016). MPI appoints QC to look into its own fishing investigations. *National Business Review*. 19 May 2016. Available at: http://www.nbr.co.nz/article/mpi-appoints-qc-look-its-own-fishing-investigations-b-189224.

Morton, J. (2016). 'Ministry for Primary Industries to review illegal dumping of fish'. NZ Herald. 19 May 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11641391.

Price, R. (2016). 'Explainer: Why we're hooked on the illegal fish dump 'cover-up''. Stuff Politics. 19 May 2016. Available at: http://i.stuff.co.nz/national/politics/80179709/explainer-why-were-hooked-on-the-illegal-fish-dump-coverup.

Morrah, M. (2016). Opinion: MPI must release fish dumping footage. *Newshub*. 19 May 2016. Available at: http://www.newshub.co.nz/nznews/opinion-mpi-must-release-fish-dumping-footage-2016051910#axzz48lOQXDWn.

Morrah, M. (2016). 'MPI launches review of its own investigations' *Newshub TV3 News*. 19 May 2016. Available at: http://www.newshub.co.nz/nznews/mpi-launches-review-of-its-own-investigations-2016051915#axzz48u6wyR50.

Fuseworks (2016). 'MPI Investigation not enough, says LegaSea'. *Fuseworks*. 19 May 2016. Available at: https://news.fuseworksmedia.com/2c50733a-92a1-4228-bbd2-470ab7e8645f.

Radio Live (2016). MPI has launched an independent review of two of its own fishing quota investigations, following a Newshub report. *Radio Live* various talkback callers. 19 May 2016. Available at: http://www.radiolive.co.nz/MPI-has-launched-an-independent-review-of-two-of-its-own-fishing-quota-investigations-following-a-Newshub-report/tabid/615/articleID/122462/Default.aspx.

Radio NZ (2016). 'MPI announces inquiry into fishing claims'. *Radio NZ News*. 19 May 2016. Available at: http://www.radionz.co.nz/news/national/304280/mpi-announces-inquiry-into-fishing-claims.

Morton, J. (2016). 'MPI to review illegal fish dumping'. *NZ Herald*. 19 May 2016. Available at: http://m.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11641391.

Moir, J. (2016). 'MPI launch independent review into its own handling of illegal discarding of fish'. *Stuff Politics*. 19 May 2016. Available at: http://www.stuff.co.nz/national/politics/80179551/MPI-launch-independent-review-into-its-own-handling-of-illegal-discarding-of-fish.

Dunne, M. (2016). Statement from the Director General of the Ministry for Primary Industries in Relation to Operation Achilles. *MPI*. 19 May 2016. Available at: https://www.mpi.govt.nz/news-and-resources/media-releases/statement-from-the-director-general-of-the-ministry-for-primary-industries-in-relation-to-operation-achilles/.

Migone, P. (2016). 'MPI's own officials think fish dumping high'. *Radio NZ News*. 19 May 2016. Available at: http://www.radionz.co.nz/news/national/304235/mpi's-own-officials-think-fish-dumping-is-high.

LegaSea (2016). 'LegaSea calls for release of damning reports'. *Scoop*. 19 May 2016. Available at: http://www.scoop.co.nz/stories/BU1605/S00590/legasea-calls-for-release-of-damning-reports.htm.

Sherman, M. (2016). 'Labour calls for fish dumping inquiry at MPI'. *Newshub*. 19 May 2016. Available at: http://www.newshub.co.nz/politics/labour-calls-for-fish-dumping-inquiry-at-mpi-2016091905.

The Fish Site (2016). 'Report Questions New Zealand Catch Figures. *The Fish Site*. 19 May 2016. Available at: http://www.thefishsite.com/fishnews/27648/report-questions-new-zealand-catch-figures/.

Price, R. (2016). 'Explainer: Why we're hooked on the illegal fish dump 'cover-up''. *Stuff Politics*. 19 May 2016. Available at: http://www.stuff.co.nz/national/politics/80179709/Explainer-Why-we-re-hooked-on-the-illegal-fish-dump-cover-up.

Radio NZ (2016). 'MPI Investigators: Lack of action leads to over-fishing'. *Radio NZ, Morning Report*. 19 May 2016. Available at: http://www.radionz.co.nz/national/programmes/morningreport/audio/201801260/mpi-invesitgators-lack-of-action-leads-to-over-fishing.

Morrison, A. (2016). 'Buy NZ fish, get dead Maui's dolphins free - Seafood NZ and MPI accused of cover up'. *One News*. 18 May 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/buy-nz-fish-get-dead-mauis-dolphins-free-seafood-and-mpi-accused-cover-up.

Morrah, M. (2016). 'Opinion: Dolphin deaths, cover-ups - MPI needs to come clean'. *Newshub TV3 News*. 18 May 2016. Available at: http://www.newshub.co.nz/nznews/opinion-dolphin-deaths-and-cover-ups---why-mpi-needs-to-come-clean-2016051811#ixzz49FpaBD8e.

Morrah, M. (2016). 'Exclusive: MPI reports reveal widespread illegal dumping of fish'. *Newshub*. 18 May 2016. Available at: http://www.newshub.co.nz/environmentsci/exclusive-internal-mpi-reports-reveal-widespread-illegal-dumping-of-fish-2016051817#ixzz49GA2GLRd.

http://www.newshub.co.nz/environmentsci/exclusive-internal-mpi-reports-reveal-widespread-illegal-dumping-of-fish-2016051817#axzz48u6wyR50.

LegaSea (2016). 'Urgent action required on illegal fishing operations'. *New Zealand Fishing World*. 18 May 2016. Available at: http://www.nzfishingworld.co.nz/latest/2016/05/urgent-action-required-illegal-fishing-operations'.

DeBoni, D. (2016). 'Opinion: We love us some science (as long as it supports our vested interests)'. *One News*. 18 May 2016. Available at: https://www.tvnz.co.nz/one-news/new-zealand/opinion-we-love-us-some-science-long-supports-our-vested-interests.

Otago Daily Times (2016). `Robust review' of fisheries quotas called for'. *Otago Daily Times*. 18 May 2016. Available at: http://www.odt.co.nz/campus/university-otago/383629/robust-review-fisheries-quotas-called.

Bay of Plenty Times (2016). 'Editorial: Figures fishy over quotas'. *Bay of Plenty Times*. 18 May 2016. Available at: http://www.nzherald.co.nz/bay-of-plenty-times/business/news/article.cfm?c_id=1503347&objectid=11640629&ref=rss.

Paul Henry (2016). 'MPI denies fishing quota misreporting'. *Paul Henry, Newshub*. 18 May 2016. Available at: http://www.newshub.co.nz/home/shows/2016/05/mpi-denies-fishing-quota-misreporting.html.

Morrah, M. (2016). 'MPI implicated in new fisheries information'. *Newshub TV3 News*. 17 May 2016. Available at:  http://www.newshub.co.nz/nznews/mpi-implicated-in-new-fisheries-information-2016051718#axzz48wEqJ5x3.

Norman, R. (2016). 'Does MPI help the fishing industry dump on New Zealanders?' *Greenpeace*. 17 May 2016. Available at: http://www.greenpeace.org/new-zealand/en/blog/does-mpi-help-the-fishing-industry-dump-on-ne/blog/56456/.

Burrow, A. (2016). 'Minister has his head in the sand over fisheries failure – union'. *Newstalk ZB*. 17 May 2016. Available at: http://www.newstalkzb.co.nz/news/national/minister-has-his-head-in-the-sand-over-fisheries-failure-union/.

Radio Live (2016). 'More Fish Caught Than Reported'. *Radio Live - James talks with David Parker Environ Spokesman Labour)*. 17 May 2016. Available at: http://www.radiolive.co.nz/More-Fish-Caught-Than-Reported/tabid/506/articleID/122334/Default.aspx.

Paul Henry (2016). 'Paul Henry: 'Deals have been cut' with fishermen – researcher'. *Paul Henry, Newshub*. 17 May 2016. Available at: http://www.newshub.co.nz/nznews/deals-have-been-cut-with-dodgy-fishermen---researcher-2016051708#axzz48xCs1D7f.

Jones, N. (2016). 'Revealed: Half of fish caught in NZ waters not in official records'. *NZ Herald*. 17 May 2016. Available at: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11639478.

NZ Herald (2016). Editorial: Fishers need incentives to save stocks. *NZ Herald*. 17 May 2016. Available at: http://m.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11639798.

Morrah, M. (2016). 'Explosive' research hints at true NZ fisheries catch'. *Newshub TV3 News*. 16 May 2016. Available at: http://www.newshub.co.nz/nznews/explosive-research-reveals-true-nz-fisheries-catch-2016051609#axzz48mKgTboc; or http://www.newshub.co.nz/nznews/explosive-research-reveals-true-nz-fisheries-catch-2016051609#ixzz49H768N7G.

Burrow, A. (2016). 'MPI accused of covering up fisheries failure'. *Newstalk ZB – Larry Williams talks with Russel Norman, Micheal Field, and Hon David Parker*. 16 May 2016. Available at: http://www.newstalkzb.co.nz/news/national/mpi-accused-of-covering-up-fisheries-failure/.

Moir, J. (2016). 'Greenpeace and Labour call for MPI to be investigated over fisheries failure'. *Stuff*. 16 May 2016. Available at: http://www.stuff.co.nz/national/politics/80000939/greenpeace-and-labour-call-for-mpi-to-be-investigated-over-fisheries-failure.

Campbell, J. (2016). 'Fishing report reveals damning criticism of MPI'. *Radio NZ Checkpoint with John Campbell*. 16 May 2016. Available at: http://www.radionz.co.nz/national/programmes/checkpoint/audio/201800911/fishing-report-reveals-damning-criticism-of-mpi.

Radio NZ (2016). 'Fish stock shock'. *Radio NZ, the Panel*. 16 May 2016. Available at: http://www.radionz.co.nz/national/programmes/thepanel/audio/201800899/fish-stock-shock.

Radio NZ (2016). 'NZ fish catch under-reported for decades – study'. *Radio NZ National*. 16 May 2016. Available at: http://www.radionz.co.nz/news/national/303978/fish-catch-'under-reported'-for-decades.

S, Louisson (2016). 'NZ fishery catch 2.7 times reported – new study says'. *The Standard*. 16 May 2016. Available at: http://thestandard.org.nz/nz-fishery-catch-2-7-times-reported-new-study-says/.

Otago Daily Times (2016). 'Fisheries failure: Half of NZ catch not recorded'. *Otago Daily Times*. 16 May 2016. Available at: http://www.odt.co.nz/news/national/383355/fisheries-failure-half-nz-catch-not-recorded.

EDS (2016). 'EDS calls for a wider review of the QMS'. *Environmental Defence Society*. 16 May 2016. Available at: http://www.eds.org.nz/keep-in-touch/blog/2016/media-release-eds-calls-for-a-wider-review/.

Green Party (2016). 'Twice as many fish caught as industry claimed'. *Scoop*. 16 May 2016. Available at: http://www.scoop.co.nz/stories/PA1605/S00277/twice-as-many-fish-caught-as-industry-claimed.htm.

Sea Shepherd Conservation Society (2016). 'Decades of abuse by New Zealand fishing industry exposed'. *Scoop*. 16 May 2016. Available at: http://www.scoop.co.nz/stories/PO1605/S00201/decades-of-abuse-by-new-zealand-fishing-industry-exposed.htm.

Tirikatene. R. (2016). 'Under-reporting shows need to review quota system'. *Scoop*. 16 May 2016. Available at: http://business.scoop.co.nz/2016/05/16/under-reporting-shows-need-to-review-quota-system/.

Field, M. (2016). 'Revealed: New Zealand's enormous 60-year, 25 million tonne illegal fishing lie'. *The Spinoff*. 16 May 2016. Available at: http://thespinoff.co.nz/media/16-05-2016/revealed-new-zealands-enormous-60-year-25-million-tonne-illegal-fishing-operation/.

Radio NZ (2016). 'NZ's catch nearly three times official count – study'. *Nine to Noon, Radio New Zealand National* with Katheryn Ryan. 16 May 2016. Available at: http://www.radionz.co.nz/national/programmes/ninetonoon/audio/201800847/nz's-catch-nearly-three-times-official-count-study.

Fishing and Outdoors (2016). 'Commercial Fishing Industry in Denial'. *Fishing and Outdoors*. May 2016 issue. Available at: http://www.fishingoutdoors.org/using-joomla/extensions/components/content-component/article-category-list/1920-may-2016-edition.html.

Trevett, C. (2016). 'Foreign charter fishing vessels still out under new rules. *NZ Herald*. 1 May 2016. Available from: http://m.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11631799.

The Listener. (2016). 'Slave to Fear'. *The Listener*. 21 January 2016. Available from: http://www.noted.co.nz/currently/social-issues/slave-to-fear/.

Radio New Zealand National (2015). 'Financial abuse of fishing crews still worries'. *Radio New Zealand National*. 7 December 2015. Available from: http://www.radionz.co.nz/national/programmes/checkpoint/audio/201781849/financial-abuse-of-fishing-crews-still-worries.

Radio New Zealand News (2015). 'Foreign crews may still face mistreatment - researcher'. *Radio New Zealand News*. 5 December 2015. Available from: http://www.radionz.co.nz/news/national/291366/foreign-crews-may-still-face-mistreatment-researcher.

Radio NZ News. (2015). 'Government to review fisheries management'. *Radio NZ News*. 19 August 2015. Available from: http://www.radionz.co.nz/news/rural/281837/government-to-review-fisheries-management.

McClure, T. (2015). 'Slavery on NZ Seas'. *The Press.* 26 May 2015, pg. 1.  Available from: http://www.stuff.co.nz/business/68739974/Slavery-on-NZ-seas-rape-bonded-labour-and-abuse-widespread-on-fishing-boats.

Radio New Zealand National (2015). 'Fishing Slavery'. *The Panel, Radio New Zealand National*. 26 May 2015. Available from: http://www.radionz.co.nz/audio/player/201755908.

Radio Live (2015). 'Slavery, sexual assault and unpaid wages in New Zealand waters'. *Sean Plunket, Radio Live*. 26 May 2015. Available from: http://www.radiolive.co.nz/AUDIO-Slavery-sexual-assault-and-unpaid-wages-in-New-Zealand-waters/tabid/506/articleID/83397/Default.aspx.

Radio New Zealand National (2015). 'Shining a light on immigrant exploitation'. *Lauren Baker, in Auckland, Radio New Zealand National*, 25 May 2015. Available from: http://www.radionz.co.nz/news/national/274434/shining-a-light-on-immigrant-exploitation.

Rutherford, H. (2015). 'NZ fishery catch may be three times more than reported'. *Stuff*. 27 March 2015. Available from: http://www.stuff.co.nz/business/industries/67532414/NZ-fishery-catch-may-be-three-times-more-than-reported.

White, M. (2014). 'The Dark Side of our Fishing Industry'. *The University of Auckland Alumni Magazine, Ingenio*, Spring 2014, pg. 24-25. http://www.ingenio-magazine.com/the-dark-side-of-our-fishing-industry/.

Field, M. and Fox, M. (2014). 'Parliament outlaws slave-like fishing conditions'. *Stuff*. 31 July 2014. Available from: http://www.stuff.co.nz/business/industries/10332342/Parliament-outlaws-slave-like-fishing-conditions.

One News (2014). 'Bill aimed at forcing foreign-owned commercial fishing vessels to operate under New Zealand regulations when working in our waters has unanimously passed its third and final reading in Parliament'. *TV One News*, 31 July 2014. Available from: https://www.tvnz.co.nz/one-news/archive/fishing-slavery-bill-passes-final-hurdle-6042802.html.

Parliament Today (2014). 'Houses Rises After Slave Ships Bill Passes'. *Parliament Today*. 31 July 2014. Available from: http://parliamenttoday.co.nz/2014/07/houses-rises-after-slave-ships-bill-passes/.

Field, M. (2014). 'Gov under fire for failure to pass slave fishing bill'. *Sunday Star Times*. 27 July 2014. Available from: http://www.stuff.co.nz/national/politics/10316242/Gov-under-fire-for-failure-to-pass-slave-fishing-bill.

Field, M. (2014). 'The Catch: How Fishing Companies Reinvented Slavery and Plunder the Oceans'. AWA Press, Wellington, New Zealand.

Maori Television (2014). 'Native Affairs: Fishy Business Panel'. *Maori Television*. 10 March 2014. Available from: http://www.maoritelevision.com/news/national/native-affairs-fishy-business-panel.

Campbell Live (2013). 'An investigation into fish dumping'. *Campbell Live, TV3*. 10 September 2013. Available from: http://www.3news.co.nz/An-investigation-into-fish-dumping/tabid/817/articleID/312670/Default.aspx.

Radio New Zealand National (2013). 'Is the government blind to the extent of fish dumping?' *Nine to Noon, Radio New Zealand National.* 16 August 2013. Available from: http://www.radionz.co.nz/national/programmes/ninetonoon/audio/2565912/is-the-overnment-blind-to-the-extent-of-fish-dumping.

Radio Live (2013). 'Life aboard a foreign fishing vessel'. *Duncan Garner, Radio Live*. 12 April 2013. Available from: http://www.radiolive.co.nz/Life-aboard-a-foreign-fishing-vessel/tabid/506/articleID/34680/Default.aspx.

Levy, D. (2012). 'Korean fishing firm faces fraud and abuse case'. *Sunday Star Times*. 30 September 2012. Available from: http://www.stuff.co.nz/national/politics/7748122/Korean-fishing-firm-faces-fraud-and-abuse-case.

Otto, M. (2012). 'Human trafficking a reality in New Zealand waters'. *NZ Catholic News, Feature*. Issue 12-25 August 2012, pg. 18. Available from: http://www.nzcatholic.org.nz/2012/08/23/human-trafficking-a-reality-in-nz-waters/.

Field, M. (2012). 'Lost millions in fish waste'. *Sunday Star Times*. 6 August 2012.  Available from: http://www.stuff.co.nz/business/farming/7423890/Lost-millions-in-fish-waste.

Day, K. (2012). 'Slavery in New Zealand Waters'. Asia Monitor Resource Centre. Issue No: 81 May - August 2012. Available from: http://www.amrc.org.hk/content/%E2%80%98slavery%E2%80%99-new-zealand-waters.

3 News (2012). 'CCTV considered to stop fish dumping'. *TV3 News*. 7 July 2012. Available from: http://www.3news.co.nz/environmentsci/cctv-considered-to-stop-fish-dumping-2012070717#axzz3jRCsQPK4.

Field, M. (2012). 'Americans warned that NZ seafood tainted by slave labour'. *Sunday Star Times*. 24 June 2012. Available from: http://www.stuff.co.nz/business/industries/7159929/Americans-warned-that-NZ-seafood-tainted-by-slave-labour.

Zhi, C. (2012) 'S. Korean arrests of allegedly abusive fishing skippers imminent: New Zealand academics'. Xinhua News Agency. 19 June 2012. Available from: http://news.xinhuanet.com/english/world/2012-06/19/c_131663713.htm.

Ko, Na-mu. (2012). 'Government investigation finds foreign workers on Korean vessels were abused'. *The hankyoreh*. 11 June 2012. Available from: http://www.hani.co.kr/arti/english_edition/e_international/537104.html

Radio New Zealand National (2012). 'Korea commission acknowledges abuses on fishing boats' *Radio New Zealand National News*. 10 June 2012. Available from: http://www.radionz.co.nz/news/national/107901/korea-commission-acknowledges-abuses-on-fishing-boats.

Radio New Zealand National (2012). 'Foreign vessels 'may quit' NZ deep sea waters'. *Radio New Zealand National News*. 28 May 2012. Available from: http://www.radionz.co.nz/news/national/106864/foreign-vessels-'may-quit'-nz-deep-sea-waters.

Field, M. (2012). 'NZ flagging may hook fish gains'. *Sunday Star Times*. 27 May 2012, pg. A8.

Ko, Na-mu. (2012). 'Korean fishing vessels accused of sex crimes in international waters'. *The hankyoreh*. 12 May 2012. Available from: http://www.hani.co.kr/arti/english_edition/e_international/532524.html.

3 News (2012). 'Illegal fish dumping may be common practice'. *TV3 News*. 13 May 2012. Available from: http://www.3news.co.nz/environmentsci/illegal-fish-dumping-may-be-common-practice-2012051318%23axzz3Pyn4lvTF.

Graham, D. (2012). 'Anomalies dog NZ-Indonesia ties'. *NZ Herald*. 25 April 2012, A21. Available from: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=10801202.

Field, M. (2012). 'NZ steps up for widows after trawler tragedy'. *Sunday Star Times*. 15 April 2012, pg. A4. Available from: http://www.stuff.co.nz/national/6744698/NZ-steps-up-for-widows-after-trawler-tragedy.

OneNews (2012). 'ACC pays widows of Korean trawler tragedy'. *TVOne News*, 15 April 2012. Available from: http://tvnz.co.nz/national-news/acc-pays-widows-korean-trawler-tragedy-4833692.

Radio New Zealand National (2012). 'MAF says no decision yet on cutting fish observer roles' *Radio New Zealand National, Morning Report*. 26 March 2012. Available from: http://www.radionz.co.nz/national/programmes/morningreport/audio/2513744/maf-says-no-decision-yet-on-cutting-fish-observer-roles.

OneNews (2012). 'Govt fishery observers told to get ready to pack'. *TVOne News*, 25 March 2012. Available from: http://tvnz.co.nz/national-news/govt-fishery-observers-told-get-ready-pack-up-4795996.

Field, M. (2012). 'Action on fishing abuses escalates'. *Sunday Star Times*. 4 March 2012, pg. News A5. Available from: http://www.stuff.co.nz/national/6519414/Action-on-fishing-abuse-escalates.

3 News (2012). 'Foreign fishing vessels still a problem'. *TV3 News, Firstline*. 2 March 2012. Available from: http://www.3news.co.nz/business/foreign-fishing-vessels-still-a-problem-2012030209#axzz3jRCsQPK4.

Editor of NZ Herald (2012). 'Editorial: Time to halt exploitation on the high seas'. *NZ Herald*. 2 March 2012. http://www.nzherald.co.nz/opinion/news/article.cfm?c_id=466&objectid=10789195.

Radio Live (2012). 'Improvements on the way for foreign fishermen in New Zealand waters'. *Marcus Lush, Radio Live*. 2 March 2012. Available from: http://www.radiolive.co.nz/Improvements-on-the-way-for-foreign-fishermen-in-New-Zealand-waters/tabid/506/articleID/26397/Default.aspx.

Radio New Zealand National (2012). 'Some companies could fail – researcher'. *Radio New Zealand National News*. 2 March 2012. Available from: http://www.radionz.co.nz/news/national/99870/recommendations-seen-as-not-sufficient.

Skinner, B E. (2012). 'The fishing Industry's cruelest catch'. *BloombergBusinessweek,* 23 February 2012. Available from: http://www.bloomberg.com/bw/articles/2012-02-23/the-fishing-industrys-cruelest-catch.

Newstalk ZB (2012). 'Injured fishing crew expected in NZ tonight'. *Newstalk ZB National News*. 13 January 2012. Available from: http://www.newstalkzb.co.nz/.../1238492544-Injured-fishing-crew-expected-in-NZ%20-tonight.

Nicholson-Moon, L. (2012). 'Not in our waters – surely'. *Good Magazine*. Jan-Feb 2012 issue, pg. 62-69. Available from: http://www.good.net.nz/article/1970/01/not-in-our-waters-surely.

The Salvation Army (2011). 'Modern-day slavery exposed in New Zealand waters'. *The Salvation Army*. Press release. 11 December 2011. Available from: http://www.salvationarmy.org.nz/research-media/media-centre/local-news/modern-day-slavery-exposed-in-new-zealand-waters/.

Field, M. (2011). 'Probe exposes fishing underbelly'. *Sunday Star Times*. 23 October 2011. Available from: http://www.stuff.co.nz/national/5835608/Probe-exposes-fishing-underbelly.

UNgift (2011). 'Not in New Zealand's waters, surely?' *UN Global Initiative to Fight Human Trafficking*, September 2011. Available from: http://www.ungift.org/knowledgehub/stories/sept2011/labour-and-human-rights-abuses-in-new-zealand.html.

Ingram, K. (2011). 'An investigation into fishing slaves' *Professional Skipper*. September/October 2011, pg. 18-23.

Australian Commonwealth Parliamentary Library (2011). 'Not in New Zealand? Labour exploitation on foreign fishing vessels'. 16 September 2011. Available from: http://parliamentflagpost.blogspot.com/2011/09/not-in-new-zealand-labour-exploitation.html

Radio Live (2011). Panel discussion (Glenn Simmons and Christina Stringer) on 'Human rights abuses on foreign fishing vessels in New Zealand waters'. *Radio Live, The Asian Radio Show*, 27 August 2011. Available from: https://www.mixcloud.com/theasianradioshow/tars-season-4-episode-9-part-1-27082011/.

ABC World News (2011). 'NZ probes crew abuse on slave ships'. *ABC World News.* 24 August 2011. Available from: http://www.abc.net.au/news/2011-08-23/claims-foreign-fishing-crews-abused-in-new-zealand/2852318?section=world.

Jakarta Globe (2011). 'NZ Investigates Abuse Claims Against Indonesian Fishing Crews'. *Jakarta Globe*. 23 August 2011. Available from: http://thejakartaglobe.beritasatu.com/archive/nz-investigates-abuse-claims-against-indonesian-fishing-crews/461042/.

Xinhua News Agency (2011). 'Alleged abuse on foreign fishing vessels damages NZ image'. *Peoples Daily*. 23 August 2011. Available from: http://www.globaltimes.cn/content/672239.shtml.

Donnell, H. (2011). 'Fish bait for meals? Inquiry begins'. *NZ Herald*. 23 August 2011.  Available from: http://www.nzherald.co.nz/business/news/article.cfm?c_id=3&objectid=10746914.

OneNews (2011). 'Major fishing industry inquiry unveiled'. *TVOne News,* 23 August 2011. Available from: http://tvnz.co.nz/national-news/major-fishing-industry-inquiry-unveiled-4362684.

Agence France-Presse (2011). 'NZ probes foreign fishing crew abuse claims'. 22 August 2011. Available from: https://www.rnw.org/archive/nz-probes-foreign-fishing-crew-abuse-claims.

The Australian (2011). 'Fisherman in slavery' in NZ waters'. *AAP and Reuters*, 12 August 2011. Available from: http://www.theaustralian.com.au/news/world/modern-slavery-on-korean-fishing-boats/story-e6frg6so-1226113886388.

South Australia Sunday Mail (2011).  'Fisherman raped, beaten in New Zealand waters'. 12 August 2011. Available from: http://www.adelaidenow.com.au/news/breaking-news/fishermen-raped-beaten-in-new-zealand-waters/story-e6frea73-1226113843555.

Radio New Zealand (2011). 'More revelations about life on foreign fishing trawlers'. *Checkpoint, Radio New Zealand*. 11 August 2011. Available from: http://www.radionz.co.nz/national/programmes/checkpoint/audio/2495526/more-revelations-about-life-on-foreign-fishing-trawlers.

3 News (2011). 'Foreign fishing crews treated like slaves in NZ waters'. *TV3 News*. 11 August 2011. Available from: http://www.3news.co.nz/nznews/foreign-fishing-crews-treated-like-slaves-in-nz-waters-2011081122#axzz3jRCsQPK4.

3 News (2011). 'Government not protecting foreign fishermen – study'. *TV3 News*. 11 August 2011. Available from: http://www.3news.co.nz/nznews/government-not-protecting-foreign-fishermen--study-2011081113#axzz3jIw0XWua.

Bond, S. (2011). 'Insidious and disturbing practices'. *The Aucklander*. 11 August 2011.  Available from: http://www.nzherald.co.nz/aucklander/news/article.cfm?c_id=1503378&objectid=11037812.

Field, M. (2011). 'Slave fishing in NZ waters exposed'. *Timaru Herald*. 11 August 2011. Available from: http://www.stuff.co.nz/business/industries/5431221/Slave-fishing-in-NZ-waters-exposed.

Radio New Zealand National News (2011). 'Seminar to hear abuse of foreign fishing crews'. 11 August 2011. *Radio New Zealand National*. Available from: http://www.radionz.co.nz/news/national/82288/seminar-to-hear-about-abuse-of-foreign-fishing-crews.

Radio New Zealand (2011). 'Report to reveal allegations of abuse aboard fishing boats'. *Morning Report, Radio New Zealand*. 9 August 2011. Available from: http://www.radionz.co.nz/national/programmes/morningreport/audio/2495273/report-to-reveal-allegations-of-abuse-aboard-fishing-boats.

Field, M. (2011). 'Fishing probe turns ugly'. *Sunday Star Times*, 3 July 2011, pg. 1. Available from: http://www.stuff.co.nz/national/5402951/Fishing-probe-turns-ugly.

Field, M. (2011). 'US seeks answers on abuse of crew'. *Sunday Star Times*. 3 July 2011, pg. 1. Available from: http://www.stuff.co.nz/sunday-star-times/latest-edition/5224830/US-seeks-answers-on-abuse-of-crews.