## In the United States Court of International Trade

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS et al., <br><br> Defendants, <br><br> and <br><br> NEW ZEALAND GOVERNMENT, <br><br> Defendant-Intervenor. | Civil Action No. 1:20-cv-00112-GSK <br><br> Before: Judge Gary S. Katzmann <br><br> **Joint Stipulated Schedule and [Proposed] Order** |

## Stipulated Schedule

On November 25, 2020, the Court approved the parties' joint stipulated schedule for briefing on Plaintiffs' motion for a preliminary injunction modifying the schedule orginally agreed to on November 9th. ECF No. 48.  Defendants and Defendant-Intervenor subsequently filed motions to dismiss in addition to their oppositions to the preliminary injunction motion. *See* ECF Nos 55 – 58.  In an effort to coordinate the remaining briefing on the preliminary injunction motion with the briefing on the motions to dismiss, the parties have conferred and agreed to following stipulated schedule:

| Action | Date |
|---|---|
| Plaintiffs file combined Reply in support of Motion for Preliminary Injunction and Opposition to Defendants and Defendant-Intervenor's Motions to Dismiss | February 12, 2021 |
| Defendants and Defendant-Intervenor file Replies in support of Motions to Dismiss | March 5, 2021 |

Additionally, in the interests of efficiency and for the benefit of the Court, Plaintiffs have agreed to a limit of 18,000 words for their combined Reply on the the Preliminary Injunction and Opposition to Motions to Dismiss.

Respectfully submitted this 28th day of January, 2021.

s/ Brett Sommermeyer
Brett Sommermeyer
Catherine Pruett
Sea Shepherd Legal
2226 Eastlake Ave. East
Seattle, WA 98102
(206) 504-1600
brett@seashepherdlegal.org
catherine@seashepherdlegal.org

Danielle Replogle
Lia Comerford
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6654 (Replogle)
(503) 768-6823 (Comerford)
replogled@lclark.edu
comerfordl@lclark.edu

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ PATRICIA M. McCARTHY
Assistant Director

s/ STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-5196

*Attorneys for Defendant United States*

s/ Warren E. Connelly
Warren E. Connelly
Trade Pacific PLLC
660 Pennsylvania Ave., S.E.
Suite 401
Washington, D.C. 20003
Phone: 202-223-3760
wconnelly@tradepacificlaw.com

*Counsel for the New Zealand Government*

**In the United States Court of International Trade**

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-00112-GSK |
| WILBUR ROSS et al., | Before: Judge Gary S. Katzmann |
| Defendants, | **Joint Stipulated Schedule and [Proposed] Order** |
| and | |
| NEW ZEALAND GOVERNMENT, | |
| Defendant-Intervenor. | |

**[Proposed] Order**

Having reviewed the parties' joint stipulated briefing schedule in this matter, the Court hereby ORDERS the following briefing schedule:

| Action | Date |
|---|---|
| Plaintiffs file combined Reply in support of Motion for Preliminary Injunction and Opposition to Defendants and Defendant-Intervenor's Motions to Dismiss | February 12, 2021 |
| Defendants and Defendant-Intervenor file Replies in support of Motions to Dismiss | March 5, 2021 |

The Court further ORDERS that Plaintiffs shall have an 18,000 word limit for their combined Reply on the the Preliminary Injunction and Opposition to Motions to Dismiss.

Date: January___, 2021

_____
Hon. Gary S. Katzmann
Judge of the Court of International Trade