## In the United States Court of International Trade

| SEA SHEPHERD NEW ZEALAND et al., | |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-00112-GSK |
| WILBUR ROSS et al., | Before: Judge Gary S. Katzmann |
| Defendants, | |
| and | |
| NEW ZEALAND GOVERNMENT, | |
| Defendant-Intervenor. | |

## Order

Having reviewed the parties' joint stipulated briefing schedule in this matter, the Court hereby ORDERS the following briefing schedule:

| Action | Date |
|---|---|
| Plaintiffs file combined Reply in support of Motion for Preliminary Injunction and Opposition to Defendants and Defendant-Intervenor's Motions to Dismiss | February 12, 2021 |
| Defendants and Defendant-Intervenor file Replies in support of Motions to Dismiss | March 5, 2021 |

The Court further ORDERS that Plaintiffs shall have an 18,000 word limit for their combined Reply on the the Preliminary Injunction and Opposition to Motions to Dismiss.

Date: January 29, 2021

/S/  Gary S. Katzmann
Hon. Gary S. Katzmann
Judge of the Court of International Trade