**In the United States Court of International Trade**

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-00112-GSK |
| WILBUR ROSS et al., | Before: Judge Gary S. Katzmann |
| Defendants, | **Plaintiffs' Unopposed Motion for Extension of Time for Combined Reply in support of Renewed Motion for a Preliminary Injunction and Opposition to Motions to Dismiss** |
| and | |
| NEW ZEALAND GOVERNMENT, | |
| Defendant-Intervenor. | |

Pursuant to Local Rule 6(b), Plaintiffs Sea Shepherd New Zealand and Sea Shepherd Conservation Society hereby request a five day extension—from February 12, 2021 to and including February 17, 2021—of its deadline to file its combined Reply in support of its Renewed Motion for a Preliminary Injunction and Opposition to Defendants' and Defendant-Intervenor's Motions to Dismiss.

The Parties have twice jointly stipulated to extending the briefing schedule for Plaintiffs' Renewed Motion for a Preliminary Injunction. *See* Dkts. 48 and 61 (Court Orders entering briefing schedules). The second stipulation was filed after Defendants and Defendant-Intervenors both filed separate motions to dismiss. Dkts. 56 and 58. Pursuant to the Court's Rules, Plaintiffs' response to Defendant-Intervenor's Motion to Dismiss would have been due February 19, 2021, *see* Dkt. 56, and Plaintiffs' response to Defendants' Motion to Dismiss would have been due March 3, 2021. *See* Dkt. 58. The Parties' Stipulated Schedule, which the Court entered on January 28, 2021, *see* Dkt. 61, set the following schedule:

- <u>February 12, 2021</u>: Plaintiffs file combined Reply in support of Motion for Preliminary Injunction and Opposition to Defendants' and Defendant-Intervenor's Motions to Dismiss:

- <u>March 5, 2021</u>: Defendants and Defendant-Intervenor file Replies in support of Motions to Dismiss

Plaintiffs now seek a short, five day extension of their February 12, 2021 deadline, to February 17, 2021. The requested extension is needed and warranted due to Plaintiffs' counsels' competing litigation and work schedules. Plaintiffs' counsel has conferred with counsel for Defendants and Defendant-Intervenor regarding this motion. Defendant-Intervenor does not oppose the motion and requests a corresponding 5-day extension of the deadline to file a reply to their Motion to Dismiss. Defendants also do not oppose Plaintiffs' motion. Therefore, Plaintiffs request the Court grant their motion to extend the existing briefing deadlines as follows:

| Action | Date |
|---|---|
| Plaintiffs' file combined Reply in support of Renewed Motion for a Preliminary Injunction and Response in Opposition to Motions to Dismiss | February 17, 2021 |
| Defendants and Defendant-Intervenor file Reply in support of Motions to Dismiss | March 10, 2021 |

Respectfully submitted this 12th day of February, 2021.

s/ Brett Sommermeyer
Brett Sommermeyer
Catherine Pruett
Sea Shepherd Legal
2226 Eastlake Ave. East
Seattle, WA 98102
(206) 504-1600
brett@seashepherdlegal.org
catherine@seashepherdlegal.org

PLAINTIFFS' UNOPPOSED MOTION                                     2
FOR AN EXTENSION OF TIME

s/ Lia Comerford
Lia Comerford
Danielle Replogle
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6823 (Comerford)
(503) 768-6654 (Replogle)
comerfordl@lclark.edu
replogled@lclark.edu

*Counsel for Plaintiffs*

**In the United States Court of International Trade**

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILBUR ROSS et al.,<br><br>        Defendants,<br><br>   and<br><br>NEW ZEALAND GOVERNMENT,<br><br>        Defendant-Intervenor. | Civil Action No. 1:20-cv-00112-GSK<br><br>Before: Judge Gary S. Katzmann<br><br>**[Proposed] Order on Plaintiffs' Unopposed Motion for Extension of Time for Combined Reply in support of Renewed Motion for a Preliminary Injunction and Opposition to Motions to Dismiss** |

**[Proposed] Order**

Having reviewed Plaintiffs' Unopposed Motion for Extension of Time for Combined Reply in support of Renewed Motion for a Preliminary Injunction and Opposition to Motions to Dismiss, the Court hereby GRANTS the motion. The new briefing deadlines are as follows:

| Action | Date |
|---|---|
| Plaintiffs' file combined Reply in support of Renewed Motion for a Preliminary Injunction and Response in Opposition to Motions to Dismiss | February 17, 2021 |
| Defendants and Defendant-Intervenor file Reply in support of Motions to Dismiss | March 10, 2021 |

Date: February _____, 2021

                                      _____
                                        Hon. Gary S. Katzmann
                                        Judge of the Court of International Trade

## CERTIFICATE OF COMPLIANCE

Pursuant to Court of International Trade Standard Chambers Procedure 2(B), I hereby certify that Plaintiffs' Unopposed Motion for Extension of Time for Combined Reply in support of Renewed Motion for a Preliminary Injunction and Opposition to Motions to Dismiss complies with the word limitation of 14,000 words. There are 338 words in this motion (including headings, footnotes, and quotations), as counted by Microsoft Word, the word processor used to prepare the brief.

Dated this 12th day of February, 2021.

s/ Lia Comerford
Lia Comerford
Earthrise Law Center at Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6823
comerfordl@lclark.edu