IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                            )
SEA SHEPHERD NEW ZEALAND and                )
SEA SHEPHERD CONSERVATION                   )
SOCIETY,                                    )
    Plaintiffs,                             )
                                            )
    v.                                      )   Ct. No. 20-00112
                                            )
UNITED STATES, *et al.*,                    )
    Defendants.                             )
_____)

## **ORDER**

Upon review of defendants' consent motion to reschedule oral argument, it is hereby

ORDERED that the motion is granted and, it is further

ORDERED that oral argument on defendants' and defendant-intervenor's partial motions to dismiss and plaintiffs' renewed motion for preliminary injunction will be held on _____, 2021, at _____.


Dated: _____                                    _____
      New York, NY                                              JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                                                         )
SEA SHEPHERD NEW ZEALAND and    )
SEA SHEPHERD CONSERVATION        )
SOCIETY,                                                       )
    Plaintiffs,                                        )
                                                                         )
    v.                                                       )   Ct. No. 20-00112
                                                                         )
UNITED STATES, *et al.*,                              )
    Defendants.                                       )
_____)

## DEFENDANTS' CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Pursuant to Rules 7 and 16 of the Rules of the Court, defendants respectfully request that the Court reschedule the oral argument on defendants' and defendant-intervenor's partial motions to dismiss and plaintiffs' renewed motion for preliminary injunction currently set for June 24, 2021. Counsel for the United States has conferred with the parties, and confirmed their availability for oral argument on June 16, 2021, June 30, 2021, or July 1, 2021, with a preference for the later dates. Brett Sommermeyer consented to this motion on behalf of plaintiffs on April 20, 2021, and Warren Connelly consented on behalf of defendant-intervenor on that date. Should the suggested dates above be unavailable, we respectfully request the opportunity to reschedule argument in the first half of July 2021.

Rescheduling of oral argument is warranted because counsel for the United States will be on a previously scheduled vacation during the week of June 21, 2021, with limited internet availability. Likewise, counsel for National Oceanic and Atmospheric Administration who will assist in preparation for the argument will be on a previously scheduled vacation that same week.

For these reasons, we respectfully request that the Court reschedule oral argument in this matter to June 16, 2021, June 30, 2021, or July 1, 2021, with a preference for the later dates and, should those suggested dates above be unavailable, allow the parties the opportunity to confer with the Court's scheduling coordinator to reschedule argument in the first half of July 2021.

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Acting Assistant Attorney General

                                                JEANNE E. DAVIDSON
                                                Director

                                                /s/ PATRICIA M. McCARTHY
                                                Assistant Director

                                                /s/ STEPHEN C. TOSINI
                                                Senior Trial Counsel
                                                Department of Justice
                                                Civil Division
                                                Commercial Litigation Branch
                                                P.O. Box 480, Ben Franklin Station
                                                Washington, DC 20044
                                                Tel.: (202) 616-5196

April 30, 2021                                    Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to section 2(B)(1) of the Standard Chambers Procedures of this Court, that this motion contains 245 words, excluding any materials excluded from those Procedures' requirements, as calculated by the word processing system used to prepare this brief (Microsoft Word).

/s/ Stephen C. Tosini