UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, et al., <br><br> Defendants, <br><br> and <br><br> NEW ZEALAND GOVERNMENT, <br><br> Defendant-Intervenor. | Before: Gary S. Katzmann, Judge <br> Court No. 20-00112 |

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Supplement Evidentiary Record on Renewed Motion for a Preliminary Injunction, ECF No. 81, and all other pertinent papers, ECF Nos. 83, 84, and 87, it is hereby

**ORDERED** that Plaintiffs' Motion is granted <u>de bene</u>, subject to future consideration and limitations, as appropriate;

**ORDERED** that Defendant-Intervenor will provide to the court a copy of the 2020-2021 Māui dolphin population survey report, to the extent that it is not publicly available, by January 7, 2022; and it is further

**ORDERED** that the Parties will provide a status report to the court by January 7, 2022, regarding any proceedings before the agency implicating this order, including but not limited to, any application for renewed comparability findings submitted by New Zealand.

Dated: <u>December 16, 2021</u>         /S/ <u>Gary S. Katzmann</u>
New York, New York                                    Judge