IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| SEA SHEPHERD NEW ZEALAND and SEA SHEPHERD CONSERVATION SOCIETY, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br>     Defendants. | Ct. No. 20-00112 |

**JOINT STATUS REPORT IN RESPONSE TO
THE COURT'S ORDER OF DECEMBER 16, 2021**

Plaintiffs, Sea Shepherd New Zealand and Sea Shepherd Conservation Society, defendants, and defendant-intervenor, the Government of New Zealand (GNZ), respectfully submit this joint status report in response to the Court's order of December 16, 2021. ECF No. 88. In relevant part, the Court's order directed "that the Parties will provide a status report to the [C]ourt by January 7, 2022, regarding any proceedings before the agency implicating this order, including but not limited to, any application for renewed comparability findings submitted by New Zealand." Order at 1.

GNZ submitted applications to National Oceanic and Atmospheric Administration (NOAA) for comparability findings for certain foreign fisheries pursuant to the procedures set forth in 50 C.F.R. § 216.24(h)(6). *See* Attachment (recordation of applications from NOAA's books and records kept in the ordinary course of business). The fisheries subject to GNZ's request broadly include, among others, every fishery subject to the remand results in this action.[1]

---

[1] The applications broadly cover all of the species, general regions, and equipment at issue in this case. However, there may be differences between the contours of this case and GNZ's

*See Implementation of Fish and Fish Product Import Provisions of the Marine Mammal Protection Act— Notification of Rejection of Petition and Issuance of Comparability Findings*, 85 Fed. Reg. 71,297, 71,298 n.2-n.3 (NOAA Nov. 9, 2020) (identifying fisheries subject to this action); *see also* ECF No. 40.1.

Any comparability finding granted in response to an application above would take effect on January 1, 2023, and, unless revoked for cause, shall remain valid for four years or for such other period as the Assistant Administrator may specify. *See generally* 50 C.F.R. § 216.24(h)(6).

NOAA is currently reviewing New Zealand's applications pursuant to section 216.24(h).

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ PATRICIA M. McCARTHY
Director

| | |
|---|---|
| OF COUNSEL:<br>JASON S. FORMAN<br>Office of General Counsel<br>National Oceanic & Atmospheric<br>  Admin.<br>Silver Spring, MD | /s/ STEPHEN C. TOSINI<br>Senior Trial Counsel<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 616-5196 |
| January 7, 2022 | Attorneys for Defendants |

---

applications, such as fishery boundaries, number of vessels, seasonality, and equipment. Plaintiffs further note that defendants and defendant-intervenor have not provided plaintiffs with a copy of the comparability applications, and therefore plaintiffs' joining in this status report should not be interpreted to mean that plaintiffs agree with the descriptions and characterizations of these applications.

|  |  |
|---|---|
|  | s/ Lia Comerford<br>Lia Comerford<br>Earthrise Law Center at Lewis & Clark Law School<br>10101 S. Terwilliger Blvd.<br>Portland, OR 97219<br>(503) 768-6823 (Comerford)<br>comerfordl@lclark.edu |
| January 7, 2022 | Attorney for Plaintiffs |
|  | /s/ Warren E. Connelly<br>Warren E. Connelly (Lead counsel)<br>Robert G. Gosselink<br>Kenneth N. Hammer<br>Trade Pacific PLLC<br>700 Pennsylvania Avenue, SE<br>Suite 500<br>Washington, D.C. 20003<br>Tel.: 202-223-3760<br>Email: wconnelly@tradepacificlaw.com |
| January 7, 2022 | Attorneys for Defendant-Intervenor |