**In the United States Court of International Trade**

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILBUR ROSS et al.,<br><br>    Defendants,<br><br>and<br><br>NEW ZEALAND GOVERNMENT,<br><br>    Defendant-Intervenor. | Civil Action No. 1:20-cv-00112-GSK<br><br>Before: Judge Gary S. Katzmann<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS CATHERINE PRUETT AND BRETT SOMMERMEYER AS COUNSEL OF RECORD** |

<u>**Order**</u>

Upon consideration of Plaintiffs' Motion for Withdrawal of Attorneys Catherine Pruett and Brett Sommermeyer as Counsel of Record, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Withdrawal of Attorneys Catherine Pruett and Brett Sommermeyer as Counsel of Record is granted.

2. Catherine Pruett and Brett Sommermeyer are withdrawn from this matter.

Date: August 8, 2022

                                                      /S/   Gary S. Katzmann  
                                                     Hon. Gary S. Katzmann  
                                                     Court of International Trade