IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                        )
SEA SHEPHERD NEW ZEALAND and            )
SEA SHEPHERD CONSERVATION               )
SOCIETY,                                )
    Plaintiffs,                        )
                                        )
    v.                                 )  Ct. No. 20-00112
                                        )
UNITED STATES, *et al.*,                )
    Defendants.                        )
_____)

### ORDER

Upon review of defendants' consent motion for leave to file a status report, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____                                          _____
New York, NY                                                          JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

```
_____
                                      )
SEA SHEPHERD NEW ZEALAND and          )
SEA SHEPHERD CONSERVATION             )
SOCIETY,                              )
        Plaintiffs,                   )
                                      )
        v.                            )   Ct. No. 20-00112
                                      )
UNITED STATES, et al.,                )
        Defendants.                   )
_____)
```

### DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE A STATUS REPORT AND STATUS REPORT

Defendants respectfully request that the Court grant leave to file this joint status report. The Court issued an order on December 16, 2021, directing "that the Parties will provide a status report to the [C]ourt by January 7, 2022, regarding any proceedings before the agency implicating this order, including but not limited to, any application for renewed comparability findings submitted by New Zealand." Order at 1, ECF No. 88. The parties then filed the status report as directed. ECF No. 90. Since that time, there has been an additional development in those proceedings that warrant supplementation of our status report of January 7, 2022. Plaintiffs' counsel, Lia Comerford, Esq., consented to this motion on October 26, 2022, at 5:25 EDT. Warren Connelly, Esq. counsel for defendant-intervenor, consented to this motion on October 26, 2022, at 1:25 EDT. For these reasons, we respectfully request that the Court grant us leave to file the status report below.

## STATUS REPORT

On October 21, 2022, NOAA issued the attached notice. *Modification of Deadlines Under the Fish and Fish Product Import Provisions of the Marine Mammal Protection Act*, 87 Fed. Reg. 63,955 (NOAA Oct. 21, 2022).

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        /s/ PATRICIA M. McCARTHY
        Director

OF COUNSEL:         /s/ STEPHEN C. TOSINI
JASON S. FORMAN         Senior Trial Counsel
Office of General Counsel         Department of Justice
National Oceanic & Atmospheric         Civil Division
  Admin.         Commercial Litigation Branch
Silver Spring, MD         P.O. Box 480, Ben Franklin Station
        Washington, DC 20044
        Tel.: (202) 616-5196

October 26, 2022         Attorneys for Defendants