**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE

JUN 1 3 2019

MEMORANDUM FOR: Chris Oliver
Assistant Administrator for Fisheries

FROM: Alexa Cole
Acting Director, Office of International Affairs and Seafood Inspection

SUBJECT: Rejection of a petition for emergency rulemaking under the Administrative Procedure Act—**DECISION MEMORANDUM**

The National Marine Fisheries Service (NMFS) Office of International Affairs and Seafood Inspection (IASI) seeks your concurrence with its recommendation to reject a petition for emergency rulemaking under the Administrative Procedure Act ("APA"). Sea Shepherd Legal, Sea Shepherd New Zealand Ltd., and Sea Shepherd Conservation Society petitioned the U.S. Department of Commerce and other relevant Departments to initiate emergency rulemaking under the Marine Mammal Protection Act ("MMPA"), to ban importation of commercial fish or products from fish that have been caught with commercial fishing technology that results in incidental mortality or serious injury of Māui dolphin (*Cephalorhynchus hectori Māui*) in excess of United States standards.

## I. BACKGROUND

### A. *MMPA Import Provisions*

The MMPA contains provisions to address the incidental mortality and serious injury of marine mammals in both domestic and foreign commercial fisheries. With respect to foreign fisheries, section 101(a)(2) of the MMPA states that the Secretary of the Treasury shall ban the importation of commercial fish or products from fish which have been caught with commercial fishing technology which results in the incidental kill or incidental serious injury of ocean mammals in excess of United States standards. For purposes of applying the preceding sentence, the Secretary of Commerce shall insist on reasonable proof from the government of any nation from which fish or fish products will be exported to the United States of the effects on ocean mammals of the commercial fishing technology in use for such fish or fish products exported from such nation to the United States. (16 U.S.C. 1371(a)(2)).



AR5432

In 2016, NMFS published a final rule establishing conditions for evaluating a harvesting nation's regulatory program to address incidental and intentional mortality and serious injury of marine mammals in fisheries that export fish and fish products to the United States. Under this rule, fish and fish products from fisheries identified by the Assistant Administrator in the List of Foreign Fisheries can only be imported into the United States if the harvesting nation has applied for and received a comparability finding from NMFS. The rule establishes procedures that a harvesting nation must follow, and conditions to meet, to receive a comparability finding for a fishery. The rule includes a five-year exemption period, which ends January 1, 2022, to allow nations time to develop their regulatory programs.

### B. Provisions for Emergency Rulemaking under the MMPA Import Rule

During the five-year exemption period, NMFS may consider emergency rulemaking to ban imports of fish and fish products from an export or exempt fishery having or likely to have an immediate and significant adverse impact on a marine mammal stock. The U.S. regulatory program at section 118(g) of the MMPA (16 U.S.C. 1387(g)) contains provisions for emergency rulemaking for U.S. domestic fisheries that are having or likely to have an immediate and significant adverse impact on a marine mammal stock. NMFS stated it would likewise consider an emergency rulemaking for an export or exempt fishery having or likely to have an immediate and significant adverse impact on a marine mammal stock interacting with that fishery. In the rule, NMFS stated that before it initiates an emergency rulemaking it would consult with the nation with the relevant fishery and urge it to take measures to reduce the incidental mortality and serious injury, and effectively mitigate such immediate and significant adverse impact on the marine mammal stock(s). If the harvesting nation fails to take such measures, NMFS would consider prohibiting the imports of fish and fish products from the relevant export or exempt fishery through notice and comment rulemaking. The petitioners assert that emergency rulemaking without prior notice and an opportunity for public comment as authorized under the APA is warranted in this situation and that NMFS should move to an interim final rule that also waives the normal 30-day delayed effectiveness period.

### C. The Petition

On February 6, 2019, Sea Shepherd Legal, Sea Shepherd New Zealand Ltd., and Sea Shepherd Conservation Society petitioned the Secretaries of Homeland Security, the Treasury, and Commerce under section 101(a)(2) of the MMPA, 16 U.S.C. § 1371(a)(2), to "ban the importation of commercial fish or products from fish" sourced using fishing activities that "result in the incidental kill or incidental serious injury" of Māui dolphin "in excess of United States standards." Further, the petitioners requested that emergency rulemaking banning such imports is necessary to avoid immediate, ongoing, and "unacceptable risks" to Māui dolphin and requested a substantive response within 60 days (April 7). IASI provided a status update to the petitioners on April 8, 2019.

On February 25, 2019, a "Notice of Receipt" and request for comments on the petition was published in the Federal Register. The comment period on the petition closed on March 27, 2019, NMFS received comment letters and petitions from private citizens primarily through environmental NGOs supporting the petition. Specifically, the majority of commenters expressed their support for the petition and the application of trade restrictions. NMFS received more than 88,678 petitioners on the Care2 comments, most with minimal substantive comment. Forty-three public comments generally supported the petition. In addition, we received substantive comments from the Marine Mammal Commission, industry (2), marine mammal scientists (1) and environmental NGOs (3) for a total of 88,726 comments/petitioners. Those opposed to action on the petition included the New Zealand fishing industry and the U.S.-based National Fisheries Institute.

### D. *Māui Dolphin and New Zealand Fisheries*

The Māui dolphin is endemic to the west coast of New Zealand's North Island. Its population is small, estimated at around 63 animals (95% CI= 57-75, Baker et al. 2016, Roberts et al. 2019). Compared to the previous estimate for 2010-2011, which was 68 dolphins (95% CI = 34-293, n=39), this most recent estimate is lower and has a smaller confidence interval (indicating increased precision) (Hamner et al. 2014b, Baker et al. 2016). The estimated annual rate of change suggests a population decline of 3% per year; however, the large confidence interval precludes a firm conclusion. Baker et al. (2016) estimated that the Māui dolphin population has declined by approximately 1.5% -1.9% per year from 2001 to 2016. Again, however, the 95% CI was too large to confirm a population decline (i.e., the upper confidence limit ranges up to a 3% increase per year, Baker et al.2016). As noted by Baker et al. (2016) though, the power to detect such a trend is low given the small population size of Māui dolphins and the low intrinsic growth rate. Nevertheless, it has been estimated that the Māui dolphin population has declined substantially from historic levels due primarily to accidental bycatch in commercial and recreational set gillnets (also referred to as set nets) and trawls but historic population sizes and trends are highly uncertain. Fisheries using this type of gear within the Māui dolphin range include those targeting snapper, flatfish, groundfish, and other finfish.

The petition cites previous population estimates of 55 individuals in 2011 and 57 individuals in a 2018 International Whaling Commission Committee report. IASI used the most recent Māui population estimates noted above to calculate the Potential Biological Removal (PBR), which is discussed in more detail in the following section.

## II.   CONSULTATIONS AND PRELIMINARY COMPARABILITY FINDING DETERMINATIONS

### A. *Consultation*

IASI staff have held consultations with representatives from the New Zealand Ministry for Primary Industry (MPI). During those consultations, we reviewed the current bycatch mitigation measures, the 2019 Māui dolphin risk assessment, and the proposed 2019 Threat Management

Plan. We identified areas where New Zealand has not mitigated bycatch risk to Māui dolphin, such as fishing interactions offshore of the current closures and situations where regulations have displaced fishing effort into Māui dolphin habitat. We also noted the difference in New Zealand's calculation of a bycatch limit, referred to as Population Sustainability Threshold (PST) versus NMFS' calculation of PBR. These differences are centered around the use of a recovery factor in the PBR equation, which becomes more conservative depending on the status of the species (ESA listed vs. non-ESA listed), and an analogous tuning factor in the PST equation that depends on the defined population recovery target (which, in New Zealand, is a policy decision). In light of uncertainties in the offshore distribution of Māui dolphin, which makes it possible that there is substantially more overlap with commercial fishing effort than indicated in New Zealand's assessment, it is unclear whether existing mitigation measures (time/area closures for commercial fishing) are adequate to reduce bycatch of Māui dolphin to a level substantially below PBR. Therefore, IASI staff provided recommendations for bycatch mitigation to further reduce the risk of Māui dolphin bycatch in New Zealand commercial fisheries. Many of these recommendations are reflected in MPI's mitigation options and updated 2019 Threat Management Plan (TMP). New Zealand's final decisions on the 2019 TMP and implementation of its regulatory actions governing Māui dolphin bycatch are expected by the end of 2019.

## B. Scientific Review

Scientists from the Southwest Fisheries Science Center calculated the **PBR for Māui dolphin at 0.11**. This would allow a maximum 1 death every 8 years. New Zealand calculates the Population Sustainability Threshold (PST) as their PBR equivalent.[1] **The PST = 0.28** if the population objective for Māui dolphins is recovery to 90% of its carrying capacity; alternately the **PST = 0.14** if the population objective for Māui dolphins is recovery to 95% of its carrying capacity. The actual population objective is a decision for New Zealand ministers following public consultation. In any event, at this level, the difference between PBR and PST is negligible and both PBR and PST are essentially zero.

The information in the petition does not include the most recent bycatch estimates for commercial set net and trawl fisheries contained in the 2019 Māui dolphin risk assessment. In 2012, a panel of experts at a workshop convened by New Zealand estimated that fishing activities were responsible for 4.97 Māui dolphin deaths per year, with 2.33 Māui dolphin mortalities per year from commercial set gillnets, 1.13 mortalities per year from commercial trawls, and 0.88 mortalities per year from recreational/customary set gillnet fisheries. Since these estimates, New Zealand has implemented a series of fishery exclusion zones to mitigate bycatch. To evaluate the effectiveness of these exclusion zones, New Zealand undertook a risk assessment. The risk assessment estimates bycatch risk using the overlap between the distribution of Māui dolphins and fisheries. The Māui dolphin distribution is estimated using a habitat preference model based

---

[1] The PST differs in using mean populations estimate (N) rather than Nmin and $\sqrt{}$ as a general policy parameter instead of a recovery factor ($F_r$). The choice for the policy parameter is left to managers but in the risk assessment New Zealand uses 0.2 for $\Phi$. The greatest differences between the PST and the PBR calculation come from different values for Rmax and the level of protection conferred by $F_r$ (or $\Phi$).

on aerial survey observations of the distribution of Hector's dolphins (of which Māui dolphins are a subspecies). The risk assessment does not employ any empirical data on distribution of Māui dolphins (except within harbors, where estimates based on habitat preference were unavailable), but a comparable spatial model based on Māui dolphin public sightings was used for independent validation. Based on this 2019 risk assessment, New Zealand now estimates the current (i.e., based on the average of the past 3 years) fisheries deaths at:
- Mean annual set nets deaths = 0.095 (i.e., slightly less than 1 dolphin per 10 years)
- Mean trawl deaths = 0.018 (i.e., slightly less than 2 dolphins per 100 years)

The annual mortality estimate of 0.1 for set net and trawl fisheries, combined is very close to the PBR of 0.11 and is under the PST of 0.28 (or 0.14 depending on the corresponding policy decision). New Zealand has estimated that toxoplasmosis is the primary human-caused threat that is driving total mortality of in excess of PBR and PST. It is not clear how deaths from recreational fishing gear are included in the estimate for Māui dolphin deaths. There is no estimate for vulnerability from recreational gillnetting. Deaths in illegal fisheries operations (presumably mostly or entirely recreational) are not accounted for, even though such fishing is known to occur. These factors would both contribute a negative bias to the deaths and therefore would result in an overly optimistic risk estimate when compared to PBR and PST (i.e., lower estimate of mean annual deaths than actually occurring). IASI and scientists from the NMFS Southwest Fisheries Science Center find that New Zealand's current regulatory regime does not mitigate *all* known and possible bycatch risk to levels below the PBR. The cumulative annual deaths resulting from recreational fisheries (both legal and illegal) plus potentially underestimating risks from trawling are very likely to result in exceeding the PBR of 0.11. Currently, New Zealand is proposing additional risk reduction options to mitigate the remaining uncertainty and risk. New Zealand's 2019 TMP (which is equivalent to a take reduction plan and environmental assessment) includes four options, any of which will likely further reduce bycatch well below PBR and PST.

## C. *New Zealand Fisheries and Economic Impact*

The petitioners identified 11 fish species harvested within the Māui dolphin range by set nets, trawls, or gillnets that are potentially imported into the United States as fish or fish products. These 11 species equate to 16 fisheries currently listed on the MMPA Import Provisions List of Foreign Fisheries for New Zealand. However, not all of these species are recorded as being imported into the United States. Current trade data shows imports from New Zealand of snapper, flounder, cod, hake, groundfish nspf, and marine fish nspf. The total annual value of these imports is US$13,835,868.00 (based on Jan-Nov 2018 data). The proportion (if any) of these imported fish or fish products that originates from fisheries operating in the Māui dolphin range is unknown. Likewise, the proportion of imports originating from the North Island verses the South Island fisheries is also unknown.

## III. THE GOVERNMENT OF NEW ZEALAND'S REGULATORY ACTIONS AND MITIGATION PLAN

### A. Existing Regulatory Regime



New Zealand's existing regulations governing set nets and trawls are as follows (see map):

- Commercial and recreational set netting is banned out to 7 nautical miles from Maunganui Bluff to Waiwhakaiho River.
- Commercial set netting is banned out to 2 nautical miles from Waiwhakaiho River to Hawera, and only permitted with an observer out to 7 nautical miles in that area.
- Trawling is banned out to 2 nautical miles between Maunganui Bluff and Pariokariwa Point (and 4 nautical miles between Manukau Harbour and Port Waikato) with increased observer coverage (100% target) out to 7 nautical miles in this area.
- Drift netting is banned in the Waikato River.

Because the set net and trawl fisheries have these various offshore fishing restrictions, the characterization of the offshore distribution of Māui dolphins becomes an important element of characterizing their risk of interacting with these fisheries. If the Māui dolphin has a distribution that ranges farther offshore than what is estimated in the 2019 risk assessment's habitat model, they may have more exposure to bycatch in the set net fishery than calculated here, so the estimate could be higher than the value of 0.1 as calculated in the 2019 risk assessment. In contrast, the 2019 risk assessment estimates fewer deaths in trawl fisheries despite higher total fishing effort and higher spatial overlap with dolphins, because the risk assessment estimates that dolphin catchability in trawls is much lower than dolphin catchability in set nets.

### B. Proposed Regulatory Regime

New Zealand's TMP contains four options for bycatch mitigation and protection by gear type (Table 1 and maps). These bycatch mitigation options, with the exception of the status quo, would implement greater bycatch mitigation and extend protection over a larger portion of the Māui dolphin's range. Option 2 offers greater protection than the status quo but does not extend the trawl closure sufficiently offshore to include the full dolphin core habitat. Option 3 most

closely matches IASI recommendations, extending set net and trawl closures out to 10 nautical miles in Māui dolphin core habitat. Option 4 extends protections over the largest portion of Māui dolphin habitat.

Additionally, New Zealand is proposing a trigger mechanism where set net and trawl fishing would be halted throughout the range of Māui dolphin if a fisheries capture occurs. Effective November 1, 2019, New Zealand is also requiring video monitoring of its set net and trawl fishing vessels operating in Māui dolphin habitat (https://www.beehive.govt.nz/release/cameras-vessels-ensure-sustainable-fisheries). The evidence presented in terms of abundance estimates and risk assessments supports the adequacy of existing protection measures. Therefore, NMFS believes the existing regulatory regime together with the proposed enhancements is sufficient to maintain Māui dolphin bycatch below PBR and PST.

**Table 1:** West coast North Island (Māui dolphin) proposed method restrictions by fishing type

| Location | | Proposed area where fishing method would be prohibited ||||||||
|---|---|---|---|---|---|---|---|---|---|
| | | Set net (commercial and recreational) |||| Trawl ||||
| | | Option 1 (status quo) | Option 2 | Option 3 | Option 4 | Option 1 (status quo) | Option 2 | Option 3 | Option 4 |
| Coast between Cape Reinga and Maunganui Bluff (potential habitat) | 0-2 nautical miles offshore | - | ✓ | ✓ | ✓ | Closure to 1 nautical mile | No change | ✓ | ✓ |
| | 2-4 nautical miles offshore | - | ✓ | ✓ | ✓ | | - | - | - |
| Coast between Maunganui Bluff and New Plymouth (core area of distribution) | 0-4 nautical miles offshore | ✓ | ✓ | ✓ | ✓ | Closure varies between 2 and 4 nautical miles | ✓ | ✓ | ✓ |
| | 4-7 nautical miles offshore | ✓ | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 7-10 nautical miles offshore | | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 10-12 nautical miles offshore | | - | ✓ | ✓ | | - | - | ✓ |
| | 12 nautical miles – 100-metre depth | | - | - | ✓ | | - | - | ✓ |
| Harbours (Potential habitat – low number of sightings) | Partial extension (refer to map) | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Remaining harbours | | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |
| Coast between New Plymouth and Cape Egmont (southern tail of distribution – low number of sightings) | 0-2 nautical miles offshore | | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 2-4 nautical miles offshore | Mandatory observer | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 4-7 nautical miles offshore | Mandatory observer | ✓ | ✓ | ✓ | | - | - | - |
| Coast between Cape Egmont and Hawera (Hector's moving north may transit through this area) | 0-2 nautical miles offshore | | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 2-4 nautical miles offshore | Mandatory observer | ✓ | ✓ | ✓ | | - | ✓ | ✓ |
| | 4-7 nautical miles offshore | Mandatory observer | ✓ | ✓ | ✓ | | - | - | - |
| Coast between Hawera and Wellington (potential habitat) | 0-2 nautical miles | | | ✓ | ✓ | | - | ✓ | ✓ |
| | 2-4 nautical miles offshore | | | ✓ | ✓ | | - | - | - |

AR5439

## Proposals for restricting commercial and recreational set netting under the Fisheries Act – west coast North Island



**Figure 2:** Map showing proposed boundaries of commercial and set net closures

AR5440

**Proposals for restricting trawling under the Fisheries Act – west coast North Island**



**Figure 3:** Map showing proposed boundaries of trawl closures

## IV. REQUIREMENTS AND CONSIDERATIONS FOR THE DETERMINATION.

### A. NMFS Determination

IASI reviewed the petition, supporting documents, previous risk assessments, threat management plans and New Zealand's 2019 risk assessment and TMP. IASI recommends rejecting the petition because the Government of New Zealand is implementing a regulatory program comparable in effectiveness to the United States. The basis for this statement is as follows:
1. New Zealand has in place an existing regulatory program to reduce Māui dolphin bycatch.
2. Through its 2019 risk assessment, New Zealand evaluated the effectiveness of this regulatory program in meeting bycatch reduction targets (PST).
3. Based on the 2019 assessment, uncertainties within the model, and unaccounted risk, New Zealand is now proposing additional regulatory measures which, when fully implemented, will likely further reduce risk and Māui dolphin bycatch below PBR.

New Zealand has undertaken the same process as NMFS does through its take reduction process. NMFS implements a regulatory plan, evaluates whether the plan reduced bycatch below PBR, and revises the plan if it is determined that bycatch has not been reduced below PBR.

Since 2012, the Government of New Zealand has had in place measures restricting set nets and trawls in certain areas of Māui dolphin habitat, and required increased observer coverage and other monitoring mechanisms. From 1995/96 to now, there have been no observed captures of Māui dolphins in set net or trawl fisheries (Roberts et al. 2019).

According to the risk assessment, for Māui dolphins on the West Coast of the North Island (WCNI), the estimated annual deaths from commercial set nets was 0.1 individuals per year, (95% CI = 0.0–0.3) and for the inshore trawl fishery was 0.0 individuals per year (95% CI = 0.0–0.1). Therefore, estimated bycatch in set and trawl fisheries is approximately equivalent to the PBR level of 0.11 for Māui dolphins, assuming the distribution of Māui dolphins can be accurately approximated by applying Hector's dolphin preference habitat model. The estimated bycatch is also less than New Zealand's PST (their PBR equivalent) of 0.28 (assuming a calibration coefficient ($\Phi$) value of 0.2, corresponding to a population recovery target at 90% of carrying capacity). Therefore, the best estimate of annual mortalities for assessed commercial fisheries did not exceed the annual PST between 2014/15 and 2016/17, indicating that the recent mortality levels for these fisheries would not individually or collectively depress the equilibrium population below 90% of carrying capacity in the long term. For Māui dolphins, the estimated annual deaths, fishing effort, and risk ratios have declined through time since 1992/93, reflecting the effects of prior spatial closures.

New Zealand's 2019 spatial risk assessment of threats to Māui dolphin informs the revised Threat Management Plan (TMP) for this subspecies (Roberts et al. 2019). According to the 2019 assessment, bycatch of Māui dolphins in commercial fishing operations is currently at or below PBR and PST. However, because the population of Māui dolphins is very small, New

Zealand is committed to reducing the risk of all human-induced deaths to as close as possible to zero to provide the best chance of preventing further population decline and allow the population to increase as rapidly as possible (TMP 2019). Based on the mortality estimates in the risk assessment, New Zealand is proposing to implement additional mitigation measures with the proposed outcome of reducing the current level of fisheries risk by at least 50 percent. New Zealand's TMP proposes a range of bycatch mitigation measures to complement measures already in place and reduce the residual risk from both set netting and trawling. An additional mitigation measure, in addition to the mitigation options proposed in the 2019 TMP, is the inclusion of a trigger mechanism where set net and trawl fishing would be halted throughout the range of the Māui dolphins if a fisheries capture occurred. A further option, in combination with those proposed in the 2019 TMP, is implementation of a trigger mechanism where set net and trawl fishing would be halted throughout the range of the Māui dolphins if a fisheries capture occurred. Most of the options contained in New Zealand's TMP (the equivalent to a Take Reduction Plan), once implemented, would further reduce the risk of Māui dolphin bycatch. With the exception of the status quo option, all options within the TMP, once implemented, will likely further reduce Māui dolphin bycatch to well below PBR and PST.

Therefore, based on the current regulatory regime and assuming the implementation of additional measures outlined in the TMP, NMFS does not believe that import restrictions under the MMPA Import Provisions are warranted at this time and is rejecting the petition. As part of its implementation of the MMPA Import Provisions, NMFS will continue to monitor New Zealand's implementation of its regulatory regime governing set net and trawl fisheries with the potential to interact with Māui dolphin to ensure that the regulatory regime is comparable in effectiveness to the U.S. regulatory regime.

## CERTIFICATION
I certify that the action to reject the petition is consistent with the Marine Mammal Protection Act, the Administrative Procedure Act and other applicable laws.

AR5443

**RECOMMENDATION**

Based on the information included in this memo, I recommend that you reject the petition for emergency rulemaking under the Administrative Procedures Act petitioning the U.S. Department of Commerce and other relevant Departments to initiate emergency rulemaking under the Marine Mammal Protection Act ("MMPA"), to ban importation of commercial fish or products from fish that have been caught with commercial fishing technology that results in incidental mortality or serious injury of Māui dolphin (*Cephalorhynchus hectori Māui*) in excess of United States standards.

I concur _____  6/18/19
                                                                                                    Date

I do not
concur _____
                                                                                                    Date