IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                                         )
SEA SHEPHERD NEW ZEALAND and         )
SEA SHEPHERD CONSERVATION               )
SOCIETY,                                                    )
      Plaintiffs,                                          )
                                                         )
      v.                                                        )         Ct. No. 20-00112
                                                         )
UNITED STATES, *et al.*,                              )
      Defendants.                                       )
_____)

## DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS OF OCTOBER 28, 2022

Defendants respectfully respond to the Court's questions of October 28, 2022.  ECF No. 103.

**1.**      **In a prior written submission to the court, you noted that on November 30, 2022, the Commerce Department will determine whether to grant New Zealand additional comparability findings to take effect following the expiration of the current comparability findings on January 1, 2023. . . .  How, if at all, does the latest** *Modification of Deadlines Under the Fish and Fish Product Import Provisions of the Marine Mammal Protection Act,* **87 Fed. Reg. 63,955 (NOAA Oct. 21, 2022) [(***2022 Extension***)] impact the November 30, 2022 deadline?**

The *2022 Extension* will result in the subject fisheries reverting to the regulatory scheme in place for all foreign fisheries. There, the National Oceanic and Atmospheric Administration (NOAA) amended its regulatory definition of "exemption period" without exceptions: "Exemption period means the period during which commercial fishing operations that are the source of exports of commercial fish and fish products to the United States will be exempt from the prohibitions of § 216.24(h)(1).  The exemption period extends through December 31, 2023." *2022 Extension*, 87 Fed. Reg. at 63,957.  Accordingly, absent further action by the Court and NOAA, upon expiration of the *NZ Comparability Findings* on January 1, 2023, *Implementation*

*of Fish and Fish Product Import Provisions of the Marine Mammal Protection Act—Notification of Rejection of Petition and Issuance of Comparability Findings*, 85 Fed. Reg. 71,297 (NOAA Nov. 3, 2020) (*NZ Comparability Findings*), the *2022 Extension* will toss the New Zealand fisheries at issue here back into the pool of all foreign fisheries, which do not require comparability findings before importation, rendering challenges to that determination moot. However, a case or controversy may remain with respect to certain aspects of Sea Shepherd's supplemental petition.

**2.      Does the Commerce Department still intend to render its subsequent comparability finding determination for New Zealand on November 30, 2022?**

No.  NOAA has informed us that it will be unable to issue decisions upon New Zealand's requests for comparability findings in time for them to take effect on January 1, 2023.  We are planning to file a motion for voluntary remand for the purpose of extending the current comparability findings by one year to align them with the *2022 Extension* so as to maintain the *status quo* and are currently awaiting the parties' consent to such a motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ PATRICIA M. McCARTHY
Director

OF COUNSEL:                          /s/ STEPHEN C. TOSINI
JASON S. FORMAN                   Senior Trial Counsel
Office of General Counsel         Department of Justice
National Oceanic & Atmospheric   Civil Division
  Admin.                              Commercial Litigation Branch
Silver Spring, MD                   P.O. Box 480, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 616-5196

November 4, 2022                    Attorneys for Defendants