IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

```
_____
                                     )
SEA SHEPHERD NEW ZEALAND and         )
SEA SHEPHERD CONSERVATION            )
SOCIETY,                             )
        Plaintiffs,                  )
                                     )
        v.                           )   Ct. No. 20-00112
                                     )
UNITED STATES, et al.,               )
        Defendants.                  )
_____)
```

## ORDER

Upon review of defendants' unopposed motion for a 60-day extension of time for defendants and defendant-intervenor to file their answers to plaintiffs' supplemental complaint, ECF No. 46, it is hereby

ORDERED that the motion is GRANTED IN PART and, it is further

ORDERED that defendants and shall answer plaintiffs' supplemental complaint no later than February 8, 2023.

Dated: January 6, 2023         /S/   Gary S. Katzmann
       New York, NY            _____
                                         JUDGE