IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SEA SHEPHERD NEW ZEALAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WILBUR ROSS, et al., ) | Civil Action No. 1:20-cv-00112-GSK |
| ) | |
| Defendants, ) | Before: Judge Gary S. Katzmann |
| ) | |
| and ) | |
| ) | |
| NEW ZEALAND GOVERNMENT, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**RESPONSE OF THE GOVERNMENT OF NEW ZEALAND TO THE DEFENDANTS' MOTION TO DISMISS COUNT III OF THE SUPPLEMENTAL AMENDED COMPLAINT**

Submitted by:

Warren E. Connelly (Lead counsel)
Robert G. Gosselink
Kenneth N. Hammer

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
Phone: 202-223-3760
wconnelly@tradepacificlaw.com

*Counsel for the New Zealand Government*

Date submitted: March 7, 2023

The Government of New Zealand supports the Motion of the Defendants to dismiss Count III of the Supplemental Amended Complaint (ECF No. 46) for the reasons stated in the Defendants' Motion.

Respectfully submitted,

/s/ Warren E. Connelly
Warren E. Connelly (Lead counsel)
Robert G. Gosselink
Kenneth N. Hammer

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
Phone:  202-223-3760
wconnelly@tradepacificlaw.com

*Counsel for the New Zealand Government*