**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

SEA SHEPHERD NEW ZEALAND, et al.,

        Plaintiffs,

        v.

UNITED STATES, et al.,

        Defendants.

    and

NEW ZEALAND GOVERNMENT,

        Defendant-Intervenor.

Civil Action No. 1:20-cv-00112-GSK

Before: Judge Gary S. Katzmann

**ORDER GRANTING JOINT MOTION FOR STAY OF LITIGATION**

      Before the Court is the Parties' Joint Motion for Stay of Litigation. Upon consideration the Court hereby **GRANTS** the motion.

      Accordingly, **IT IS SO ORDERED THAT:**

    1. The above-captioned matter is stayed until the National Marine Fisheries Service (NMFS) issues its decision on the Government of New Zealand's (GNZ) pending comparability finding applications for New Zealand's North Island West Coast Fisheries.

    2. Within seven days of NMFS issuing its decision on the pending comparability applications it shall notify the Parties and the Court of the decision and, upon publication of the decision in the Federal Register, will provide a courtesy copy of the decision document.

    3. Within fourteen days of receipt of notice of NMFS' decision, the Parties shall confer and submit a joint motion to govern further proceedings in the case. If the Parties cannot reach

[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF LITIGATION - 1

agreement on such motion, each Party may submit its respective position on how the case should proceed.

    4. After conferring, if any Party seeks to lift the preliminary injunction, that Party shall file a motion with the Court.

    Dated this 14th day of July, 2023,

                /s/   Gary S. Katzmann              
                Judge Gary S. Katzmann

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

SEA SHEPHERD NEW ZEALAND, et al.,

      Plaintiffs,

      v.

UNITED STATES, et al.,

      Defendants.

    and

NEW ZEALAND GOVERNMENT,

      Defendant-Intervenor.

Civil Action No. 1:20-cv-00112-GSK

Before: Judge Gary S. Katzmann

**JOINT MOTION FOR STAY OF LITIGATION**

## MOTION

Plaintiffs Sea Shepherd New Zealand (SSNZ) and Sea Shepherd Conservation Society (SSCS) (collectively Plaintiffs) and Defendants United States National Marine Fisheries Service (NMFS), *et al.*, and Defendant-Intervenor the Government of New Zealand (GNZ) respectfully move the Court for an Order staying the case until NMFS issues a decision on the Government of New Zealand's pending comparability finding applications for New Zealand's West Coast North Island multi-species set-net and trawl fisheries.

In accordance with Local Rule 7, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

JOINT MOTION FOR STAY OF LITIGATION - 1

## MEMORANDUM IN SUPPORT OF MOTION

In the Court's June 21, 2023 Order denying the United States' Partial Motion Dismiss, the Court additionally ordered that the Parties confer and submit to the Court by July 7, 2023 a proposed scheduling order for briefing on the merits in this action. ECF 136 at 23–24. After conferral by the Parties and a discussion of the remaining claims and relevant timelines, in lieu of submitting a proposed order on the briefing, the Parties now jointly move this Court to stay the litigation until a future date when NMFS issues a decision on the pending New Zealand comparability applications.

Under the NMFS regulations implementing the Marine Mammal Protection Act (MMPA), NMFS has until November 30, 2023 to issue a decision on the pending comparability applications from GNZ. Given this timeline, in the absence of a stay, the Parties believe it is unlikely that summary judgment briefing will be completed and this Court's decision will be rendered prior to NMFS' determination on the comparability applications.

NMFS' decision on the pending comparability applications may obviate, in whole or in part, the need for continued litigation in this action. Accordingly, the Parties believe that staying the litigation at this stage will conserve judicial resources and is the most efficient use of the Parties' time. A stay of judicial proceedings is therefore in the public interest. This Court possesses wide discretion to stay judicial proceedings where "it is efficient for its own docket and the fairest course for the parties." *Diamond Sawblades Mfrs' Coal. v. United States*, 34 C.I.T. 404, 406 (CIT 2010) (quoting *Leyva v. Certified Grocers of California,* 593 F.2d 857, 863–64 (9th Cir. 1979). A stay here is particularly appropriate since this is a joint, unopposed motion.

As set out in the attached proposed order, the case should be stayed until a comparability decision is made by NMFS, which is currently scheduled to be made on or before November 30, 2023. Upon a decision on the pending comparability applications, NMFS will notify the Parties and the Court. At that time, the Parties plan to confer and propose course of action for further case proceedings in the form of a Joint Motion to be submitted to the Court. The preliminary injunction will remain in place during the course of the stay.

In sum, given the course of events in this matter, a stay of proceedings will foster the just, speedy, and inexpensive resolution of this matter. USCIT R. 1.

WHEREFORE, the Parties respectfully request the Court enter the attached [Proposed] Order Granting Joint Motion for Stay of Litigation.


Respectfully submitted on this 7th day of July, 2023.

s/ *Lia Comerford*
LIA COMERFORD
ALLISON LAPLANTE
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6823, comerford;@lclark.edu
(503) 768-6894, laplante@lclark.edu

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

s/*PATRICIA M. McCARTHY*
Director


JOINT MOTION FOR STAY OF LITIGATION -3

OF COUNSEL:
JASON S. FORMAN
Office of General Counsel
National Oceanic & Atmospheric
  Admin.
Silver Spring, MD

s/*STEPHEN C. TOSINI*
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-5196

*Attorneys for Defendants*


s/*Warren E. Connelly*
Warren E. Connelly (Lead counsel)
Robert G. Gosselink
Kenneth N. Hammer

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
Office: 202-223-3760
wconnelly@tradepacificlaw

*Attorneys for Defendant-Intervenor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2023, I electronically filed the foregoing filing with the

Clerk of the Court using the CM/ECF system, which will send notification of such to the

attorneys of record.

<u>s/*Lia Comerford*</u>
LIA COMERFORD
ALLISON LAPLANTE
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6823, comerfordl@lclark.edu
(503) 768-6894, laplante@lclark.edu

JOINT MOTION FOR STAY OF LITIGATION -5