IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SEA SHEPHERD NEW ZEALAND and SEA SHEPHERD CONSERVATION SOCIETY,<br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES, *et al.*,<br>    Defendants. | Ct. No. 20-00112 |

### ORDER

Upon review of defendants' consent motion for an extension of time for the parties to file comments in response to the Court's order of December 6, 2023, ECF No. 140, it is hereby

ORDERED that the motion is granted and, it is further

ORDERED that the parties shall file comments on whether the stay of litigation should be lifted or modified in light of NMFS's extension of the exemption period no later than January 22, 2024.

Dated: December 20, 2023　　　　　　　　　　　　　　　/s/ Gary S. Katzmann
New York, NY　　　　　　　　　　　　　　　　　　　　　　　JUDGE